IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.,<br><br>    Defendants.<br>                                  / | No. CR 08-0730 WHA<br><br>**ORDER RE FINGERPRINT<br>AND FIREARMS EXPERTS** |

By **NOON** on **AUGUST 13, 2010**, the government shall please file a declaration by expert Joanne Del Bene confirming, if true, the government's unsworn statement that for the fingerprints in question, she used the ACE-V method and if there are variations of the ACE-V method, stating which variations she used. Ms. Del Bene must also state any deviations from the ACE-V method she used in processing the prints in question.

By the same date and time, the government shall also file a declaration from each of its firearms experts, Gerard Andrew Smith, Mark Proia, and John Sanchez. Each declaration must confirm, if true, the government's unsworn statement that these experts used the AFTE method for their examination and analysis of the firearms, casings, rounds, and bullets in question. If there are any variations to the AFTE method, each expert must state which variations they used. Each expert must also state any deviations from the AFTE method used in the examination and analysis of the firearms, casings, rounds, and bullets in question.

**IT IS SO ORDERED.**

Dated: August 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE