IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE PRETRIAL EVIDENTIARY HEARING RE PROPOSED GANG EXPERTS** |

Although perhaps the traditional *Daubert* factors do not apply to the proposed gang-expert testimony by Sergeant Dion McDonnell, Detective Frank Flores, and Sergeant Mario Molina, a preliminary determination regarding the admissibility of the proposed expert testimony will be made prior to its presentation to the jury. *See United States v. Hankey*, 203 F.3d 1160, 1168 (9th Cir. 2000). The analytical framework in *United States v. Mejia*, 545 F.3d 179 (2d Cir. 2008), is useful and comports with the undersigned's expectations of how these issues will be treated by our court of appeals. Therefore, we will follow the *Mejia* framework. Specifically, each proffered "opinion" by each expert will be examined to ensure that the opinion is actually based on specialized knowledge that assists the jury, is not being offered as a shortcut for factual evidence, and is not simply a repetition of hearsay.

To this end, the government will have an opportunity to demonstrate that its gang-expert testimony qualifies for presentation to the jury. Therefore, an evidentiary hearing will be allowed for the government to make such a demonstration. Defense counsel will be permitted to cross-

examine the expert witnesses.  The hearing will be on **OCTOBER 12** from **7:30 A.M.** to **1:30 P.M.** and may extend to **OCTOBER 13** from **7:30 A.M.** to **4 P.M.**

The evidentiary hearing will address all aspects of the government's revised expert disclosures, including, but not limited to, code words, customs, symbols, colors, history, hierarchy, operations, organization, and structure of MS-13.  The burden is on the government to show that its proposed expert testimony satisfies the rules of evidence.  By **OCTOBER 4** at **NOON**, the government shall notify counsel of the sequence of witnesses.

**IT IS SO ORDERED.**

Dated:  September 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE