Volume II

Pages 188 - 410

United States District Court

Northern District Of California

Before The Honorable William Alsup

```
United States of America,    )
                             )
          Plaintiff,         )
                             )
    vs.                      )
                             )
Ivan Cerna, Marvin Carcamo, )
Angel Noel Guevara, Morris   )
Flores, Guillermo Herrera,   )
Jonathan Cruz-Ramirez,       )
Walter Cruz-Zavala, Daniel   )
Portillo, Erick Lopez,       )      No. CR08-0730 WHA
Walter Chinchilla-Linar,     )
Cesar Alvarado, Wilbert      )
Castillo, Jose Quinteros,    )
Melvin Maldonado,            )
Manuel Franco, Aristides     )
Rafael Montoya, Luis         )
Herrera, Danilo Velasquez,   )
Giovanni Hernandez,          )
                             )
          Defendants.        )
_____)
```

San Francisco, California
Wednesday, October 13, 2010

**Reporter's Transcript of Proceedings**

**Appearances:**

(Appearances on next page.)


*Reported By:*          *Sahar McVickar, RPR, CSR 12963*
                        *Official Reporter, U.S. District Court*
                        *for the Northern District of California*

(Computerized Transcription by Eclipse)

**Appearances:**

| | |
|---|---|
| For Plaintiff: | Melinda L. Haag |
| | United States Attorney |
| | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California  94102 |
| By: | **Wai Wilson Leung, Esquire** |
| | **William Frentzen, Esquire** |
| | **Assistant United States Attorneys** |

For Defendant
Ivan Cerna:              Sugarman & Cannon
                         44 Montgomery Street, Suite 2080
                         San Francisco, California  94104
              By:  **Christopher Cannon, Esquire**

For Defendant
Marvin Carcamo:          Law Offices of Kourosh Ken Behzadi
                         2467 Via De Los Milagros
                         Pleasanton, California  94566
              By:  **Kourosh Behzadi, Esquire**

For Defendant
Angel Noel Guevara:      Law Offices of Jennifer Lynn Naegele
                         P.O. Box 12375
                         San Francisco, California  94112
              By:  **Jennifer Lynn Naegele, Esquire**

For Defendant
Morris Flores:           Law Offices of Mark Rosenbush
                         214 Duboce Avenue
                         San Francisco, California  94103
              By:  **Mark Rosenbush, Esquire**

For Defendant
Guillermo Herrera:       Law Offices of Martin Sabelli
                         500 Liberty Street
                         San Francisco, California  94114
              By:  **Martin Sabelli, Esquire**

For Defendant
Jonathan Cruz-Ramirez:   Law Office of John Philipsborn
                         507 Polk Street, Suite 350
                         San Francisco, California  94102
              By:  **John Timothy Philipsborn, Esquire**

(Appearances continued on next page.)

```
1    Appearances, continued:

2    For Defendant
     Walter Cruz-Zavala:        Law Offices of Brian Berson
3                               235 Montgomery Street, Suite 625
                                San Francisco, California  94104
4                         By:   Brian Berson, Esquire
                                (Specially appearing for
5                               Randy Sue Pollock)

6    For Defendant
     Daniel Portillo:           Berman, Glenn & Haight
7                               5 Third Street, The Hearst Building
                                Suite 1100
8                               San Francisco, California  94103
                          By:   Jeffry Glenn, Esquire
9
     For Defendant
10   Erick Lopez:               Law Office of Peter Goodman
                                400 Montgomery Street, 2nd Floor
11                              San Francisco, California  94104
                          By:   Brian Berson, Esquire
12                              (Specially appearing for
                                Peter Goodman, who was present in
13                              court at 9:30 a.m.)

14   For Defendant
     Walter Chinchilla-
15   Linar:                     Law Offices of Richard B. Mazer
                                99 Divisadero Street
16                              San Francisco, California  94117
                          By:   Julie Ann de Almeida, Esquire
17
     For Defendant
18   Cesar Alvarado:            Law Office of Mark Stuart Goldrosen
                                255 Kansas Street, Suite 340
19                              San Francisco, California  94103
                          By:   Mark Stuart Goldrosen, Esquire
20
     For Defendant
21   Wilbert Castillo:          Law Offices of Frank Bell
                                333 Bradford Street, Suite 270
22                              Redwood City, California  94063
                          By:   Frank Bell, Esquire
23

24

25   (Appearances continued on next page.)
```

```
1   Appearances, (cont'd):

2   For Defendant
    Jose Quinteros:          Law Offices of Michael Berger
3                            1611 Telegraph Avenue, Suite 1100
                             Oakland, California  94612
4                      By:  Michael R. Berger, Esquire

5   For Defendant
    Melvin Maldonado:        Law Offices of Brian Berson
6                            235 Montgomery Street, Suite 625
                             San Francisco, California  94104
7                      By:  Brian Berson, Esquire

8   For Defendant
    Manuel Franco:           Law Offices of Geri Lynn Green
9                            155 Montgomery Street, Suite 901
                             Berkeley, California  94104
10                     By:  JT Swanson, Esquire

11  For Defendant
    Aristidis Carcamo:       Law Offices of Shana Keating
12                           1934 Divisadero Street
                             San Francisco, California  941115
13                     By:  Shana Keating, Esquire

14  For Defendant
    Rafael Montoya:          Swanson McNamara & Haller, LLP
15                           300 Montgomery Street, Suite 1100
                             San Francisco, California  94104
16                     By:  Ed Swanson, Esquire

17  For Defendant
    Luis Herrera:            Law Offices of James S. Thomson
18                           819 Delaware Street
                             Berkeley, California  94710
19                     By:  James S. Thomson, Esquire

20  For Defendant
    Luis Herrera:            Law Offices of Josh A. Cohen
21                           633 Battery Street, Suite 110
                             San Francisco, California  94111
22                     By:  Josh A. Cohen, Esquire

23

24

25  (Appearances continued on next page.)
```

1    **Appearances, (cont'd.):**

2    For Defendant
     Danilo Velasquez:          Law Offices of Jennifer Schwartz
3                               1229 4th Street, Suite 307
                                San Rafael, California  94901
4                        **By:  Jennifer Schwartz, Esquire**

5    For Defendant
     Giovanni Hernandez:        Law Office of Mark Rendon Vermuelen
6                               755 Florida Street, #4
                                San Francisco, California  94110
7                        **By:  Martin Sabelli, Esquire
                                (Specially appearing for**
8                               **Mark Rendon Vermuelen, who was present
                                in court at 10:30 a.m.)**

9    Also Present:              Carol Rhine-Medina
10                              Certified Spanish Interpreter

11                              Daniel Navarro
                                Certified Spanish Interpreter
12

13

14

15                              ---o0o---

16

17

18

19

20

21

22

23

24

25

# I N D E X

**Plaintiff's Witnesses:**

                                                                    Page

**Flores, Frank**
**(Previously Sworn)**

Direct Examination, (resumed), by Mr. Leung          200
Recross-Examination by Mr. Sabelli                   263
Cross-Examination by Mr. Cannon                      272
Cross-Examination by Mr. Glenn                       275
Redirect Examination by Mr. Leung                    275
Recross-Examination by Mr. Sabelli                   276


**Molina, Mario**
**(Sworn)**

Direct Examination by Mr. Frentzen           278 - 350
Direct Examination, (cont'd.) by Mr. Frentzen   356 - 403

**Defendant's Witnesses:**

None

---o0o---

E X H I B I T S

| Plaintiff's Exhibits: | W/Drawn | Iden. | Evid. |
|---|---|---|---|
| 4 | | | 330 |

| Defendant's Exhibits: | W/Drawn | Iden. | Evid. |
|---|---|---|---|
| None | | | |

---o0o---

<u>Wednesday</u>, <u>October</u> <u>13</u>, <u>2010</u>                                    <u>7:30 A.M.</u>

<u>P R O C E E D I N G S</u>

    **THE COURT:**  Better call the case and make sure
everyone is present.

    **THE CLERK:**  There are a few attorneys who are not
present, but we'll call the case and see who is here.

    Criminal No. CR08-730, the United States versus
Ivan Cerna, Marvin Carcamo, Angel Guevara, Morris Flores,
Guillermo Herrera, Jonathan Cruz-Ramirez, Walter Cruz-Zavala,
Daniel Portillo, Erick Lopez, Walter Chinchilla-Linar, Cesar
Alvarez, Wilbert Castillo, Jose Quinteros, Melvin Maldonado,
Manual Franco, Aristides Carcamo, Rafael Montoya, Luis Herrera,
Danilo Velasquez, and Giovanni Hernandez.

    Counsel, I need you to state your appearances.

    **MR. LEUNG:**  Wilson Leung for the Government.  Good
morning, Your Honor.

    With me is William Frentzen from the U.S. Attorney's
Office.

    **THE COURT:**  Very well.

    **MR. SABELLI:**  Good morning, Your Honor.

    Martin Sabelli for Guillermo Herrera, who's present.

    I'm also standing in for Michael Berger who
represents Jose Quinteros, who is also present.  And I'm also
standing in for Frank Bell who represents Wilbert Castillo.

    **MR. GOLDROSEN:**  Good morning, Your Honor.

1          Mark Goldrosen for Cesar Alvarez, who is in custody,

2   present, and assisted by the Spanish interpreter.

3              **THE COURT:**  All right, who is over there?

4              **MR. BERSON:**  Good morning.

5          Brian Berson.  I'm here for Melvin Maldonado.  I'm

6   also specially appearing for Peter Goodman for Erick Lopez.

7              **MR. GLENN:**  Good morning, Your Honor.

8          Jeffry Glenn for Daniel Portillo, who is in the

9   front row.

10             **MS. SCHWARTZ:**  Good morning, Your Honor.

11         Jennifer Schwartz, representing Danilo Velasquez,

12  who's present and in custody.

13             **MS. DE ALMEIDA:**  Good morning, Your Honor.

14         Julie de Almeida for Walter Chinchilla, who is

15  present and being assisted by the Spanish interpreter.

16         I'm also appearing for Jennifer Naegele, who is

17  stuck in traffic but on her way, for Angel Guevara.

18             **MR. COHEN:**  Good morning, Your Honor.

19         Josh Cohen for Luis Herrera, who is present, in

20  custody, and being assisted by a Spanish interpreter.

21             **MR. THOMSON:**  Good morning, Your Honor.

22         James Thomson on behalf of Mr. Luis Herrera, who is

23  present.

24             **MS. KEATING:**  Good morning, Your Honor.

25         Shana Keating on behalf Aristides Carcamo, who is

```
 1   present and being assisted by the Spanish interpreter.

 2            MR. PHILIPSBORN:  Good morning, Your Honor.

 3            John Philipsborn, for Mr. Cruz-Ramirez, who is

 4   present.

 5            MR. ROSENBUSH:  Good morning, Your Honor.

 6            Mark Rosenbush for Mr. Flores.  Morris Flores is

 7   present in court.

 8            Your Honor, I'm going to be out of the courtroom

 9   between 9:00 and 10:00 o'clock for other business here in the

10   building.  And Mr. Sabelli will be standing in for Mr. Flores

11   during that time.

12            MR. SWANSON:  Good morning, Your Honor.

13            Ed Swanson on behalf of Rafael Montoya.

14            MR. SWANSON:  Good morning.

15            J.T. Swanson on behalf of --

16            THE COURT:  Thank you.

17            MR. CANNON:  Good morning, Your Honor.

18            Christopher Cannon on behalf of Ivan Cerna, who is

19   present in custody.

20            MR. BELL:  Good morning.  Frank Bell.  I am here on

21   behalf Wilbert Castillo.

22            THE COURT:  Thank you.

23            MR. BEHZADI:  Good morning, Your Honor.

24            Ken Behzadi on behalf of Marvin Carcamo, who is

25   present.
```

```
 1              MS. NAEGELE:  Good morning, Your Honor.

 2              Jennifer Naegele on behalf Angel Guevara, who is

 3   present.

 4              THE COURT:  All right, I guess you are not stuck in

 5   traffic.

 6              MS. NAEGELE:  No.  Thank you.

 7              THE COURT:  All right.

 8              Anyone else?

 9              Dawn, is everyone present and accounted for?

10              THE CLERK:  Your Honor, I have two that I think may

11   not be covered, and that is Walter Cruz-Zavala, who is

12   represented by Randy Sue Pollack, and Giovanni Hernandez, who

13   is represented by Mark Vermuelen.

14              MR. SABELLI:  Your Honor, my apologies.

15   Mr. Vermuelen did ask me to stand in --

16              THE COURT:  For which one?

17              MR. SABELLI:  For Mr. Vermuelen's client,

18   Mr. Hernandez, Giovanni Hernandez.

19              THE COURT:  Who is the other one?

20              THE CLERK:  Walter Cruz-Zavala is the other.

21              MR. BERSON:  Your Honor, I exchanged a couple of

22   messages with Ms. Pollack yesterday, and I didn't read them

23   carefully; I bet she asked me to stand in for her today.  I'm

24   happy to do that.

25              THE COURT:  Will you do that?
```

```
 1              MR. BERSON:  Yes.

 2              THE COURT:  All right, thank you.

 3              MR. BERSON:  I did yesterday, and I'm pretty sure

 4   she must have asked me to do it again today.

 5              THE COURT:  All right, so you are representing her

 6   client today.

 7              All right, does that take care of everyone, Dawn?

 8              THE CLERK:  Yes, Your Honor.

 9              THE COURT:  Yesterday we had reopened the direct

10   examination so that the Government could lay foundation

11   concerning a demonstrative exhibit.

12              Are you prepared to go forward now?

13              MR. LEUNG:  Yes, Your Honor.

14              THE COURT:  All right, please go ahead.

15              MR. LEUNG:  Thank you.

16              THE INTERPRETER:  The interpreter has been advised

17   that there's a problem with the equipment --

18              THE COURT:  All right, we'll pause while we fix the

19   interpreter problem.

20              THE INTERPRETER:  I can assure you it was tested

21   before we opened the session.

22              THE COURT:  That's fine.  Make it work.

23                   (Technical problems addressed.)

24              THE COURT:  Have the interpreters stated their

25   appearances?
```

1           *INTERPRETER RHINE-MEDINA:*  Carol Rhine-Medina,

2    certified Spanish interpreter.

3           *THE COURT:*  All right, thank you.

4           Go ahead.

5           *MR. LEUNG:*  Thank you.

6           May I approach the witness, Your Honor?

7           *THE COURT:*  Yes, you may.

8                  <u>DIRECT EXAMINATION, (RESUMED)</u>

9    *BY MR. LEUNG:*

10   *Q.*  Detective Flores, let me show you what has been marked as

11   Government's Exhibit 1.  Can you please take a look at pages 18

12   and 19, which is titled, "Demonstrative exhibits to be used

13   during expert testimony of Frank Flores, Dion McDonnell, and

14   Mario Molina."

15           Did you review the items listed on this list

16   yesterday?

17   *A.*  Yes, I did.

18   *Q.*  And did you rely upon them in formulating the expert

19   opinions that were discussed yesterday?

20   *A.*  No, sir.

21   *Q.*  However, despite the fact that you did not rely upon them

22   in formulating your expert opinion from yesterday, what

23   significance, if any, do the listed items have, in your mind?

24   *A.*  Some of the photographs that I viewed were consistent with

25   items that I talked about during my testimony yesterday,

1    including graffiti, some tattoos depicting MS-13, Mara, mareros

2    and gang graffiti and gang tattoos of that nature.

3              MR. LEUNG:  With the Court's permission, I would

4    like to go over some of the items with Detective Flores using

5    the projector.

6              THE COURT:  All right.  Let me make sure that the --

7    is it hooked up so that the defendants can see on those screens

8    and the lawyers can see?  The lawyers in the back can't see --

9    oh, yes, you can.

10             All right, go ahead, then.

11             MR. LEUNG:  Thank you, Your Honor.

12   BY MR. LEUNG:

13   Q.  Detective Flores, is your screen working?

14   A.  Yes, it is.

15   Q.  Let me direct your attention to this photograph.

16             THE COURT:  You better identify it in some way so it

17   will be clear.

18             MR. LEUNG:  Certainly.

19   BY MR. LEUNG:

20   Q.  Bates number photo 00205.

21   A.  Yes, sir.

22   Q.  Can you tell us what significance this photo has to you?

23   A.  Yes.  It's consistent with MS-13 gang graffiti that I've

24   viewed on many occasions throughout my career.  You have the

25   letters "MS," the letter "X," which represents the Roman

**Flores - Direct / Leung**

1    numeral for 10, and the "3." Added together, that's 13.  So

2    you would read that from left to right as MS-13.

3              And beneath that there are three letters, "PLS,"

4    which is consistent with the abbreviation for many cliques

5    that, again, I've witnessed on many investigations of vandalism

6    where I've encountered MS-13 graffiti.

7    *Q.*  Let me direct your attention to what has been Bates

8    numbered photo 00206.  Do you see anything here that is of

9    significance to you?

10   *A.*  Yes.  At the base of the sign, you have the letters "M" and

11   "S," for Mara Salvatrucha.

12   *Q.*  What about what's been marked as photo 000207; could you

13   tell us what, if anything, is of significance in this photo?

14   *A.*  Yes.  This is, again, consistent with graffiti that I've

15   beared witness to throughout my career, through investigations,

16   and numerous searches where I've seen the same type of graffiti

17   writings on pieces of paper, walls.

18             From the -- beginning on the left side, you have the

19   letters "M" and "S," and then you have a hand beneath that

20   depicting the MS-13 gang hand sign.  You have the two fingers

21   up, you have the middle finger bent down with the thumb

22   covering both fingers; this is --

23   *Q.*  I'm circling on the screen the hand that you are talking

24   about.

25             Do you see that?

1    **A.**  Yes, sir.

2    **Q.**  Is that what you are talking about?

3    **A.**  That's correct.

4    **Q.**  Okay.

5    **A.**  The hand is depicted -- the hand sign the gang sign for

6    MS-13.  I've seen that on numerous graffiti investigations,

7    I've seen that on several gang tattoos, as well.

8    **Q.**  Okay.

9            And what is the hand sign called?

10   **A.**  That's referred to as "la garra," or the rag in Spanish.

11   Also as la bestia," the beast, or, as I referred to it before,

12   as the devil's pitchfork.

13           **MR. SABELLI:**  I'm sorry, Your Honor, I could not

14   hear part of that answer with respect to the definition of la

15   garra in Spanish.  I did not hear that.

16           **THE COURT:**  The court reporter will please read that

17   back.

18               **(Whereupon, the record was read back.)**

19           **THE COURT:**  Thank you.

20   **BY MR. LEUNG:**

21   **Q.**  And to the right of the screen --

22   **A.**  Yes.

23   **Q.**  What significance --

24           **THE COURT REPORTER:**  I'm sorry, you have to speak

25   right into the microphone, I can't hear you.

1  *BY MR. LEUNG:*

2  *Q.*  What significance do the letters or numbers that I just

3  circled have?

4  *A.*  Again, you have "MS" for Mara Salvatrucha 13.  Together,

5  reading that together is MS-13.  And then between the hand and

6  MS-13 on the right hand on the screen, you have the letters

7  "PLS," which are generally representative of the clique of

8  MS-13 that is involved.

9  *Q.*  Thank you.

10       Detective Flores, let me show you now what's been

11  Bates numbered photo 00209.  Take a look at what I just

12  circled.

13  *A.*  Yes, sir?

14  *Q.*  What is that, again?

15  *A.*  Again, that's the hand sign used by MS-13 gang members

16  referred to, again, as la garra, or the rag.

17  *Q.*  Okay.

18  *A.*  "La bestia," "the beast," or the way I've described it, as

19  the devil's pitchfork.

20  *Q.*  Let me direct your attention to -- to what's been Bates

21  numbered photo 00213.  Could you explain to us what meaning

22  this has, if any, to you?

23  *A.*  Yes, this is, again, graffiti that I've found throughout my

24  career, very consistent with MS-13.  From left to right, you

25  have the letters "MS," and then you have the number 1, the

1    number 3, for 13.  And next to that on the far right, you have

2    20th Street, or "2," "0," and "ST," placed within the zero.

3    **Q.**  So this is the 20th Street that you were referencing?

4    **A.**  Yes, sir.  So reading that together, I would read that as

5    MS-13, 20th Street.

6              **MR. SABELLI:**  May I have one moment, Your Honor?

7                   **(Counsel confer.)**

8              **MR. SABELLI:**  Thank you very much, Your Honor.

9              **THE COURT:**  All right.

10   **BY MR. LEUNG:**

11   **Q.**  Based on your experience and training, what would MS-13,

12   20th Street mean?

13   **A.**  MS-13 would represent Mara Salvatrucha.  20th Street could

14   be representative of the clique, or a particular area the

15   clique operates.

16   **Q.**  Let me show you what has been marked as photo 00214.

17   Again, what is this?

18   **A.**  Again, that is described as the devil's pitchfork, or la

19   garra.  It is a specific gang tattoo or drawing or hand sign

20   that I've seen on tattoos in numerous vandalism graffiti

21   investigations on or by MS-13 gang members.

22   **Q.**  And is it only used by MS-13?

23   **A.**  In terms of the gang world outside of the University of

24   Texas, I don't know of any gang that uses it.

25              In the sense of anybody else using it, only the

1   University of Texas that I know about.

2   **Q.**  Let me show you now what's been marked Bates numbered as

3   photo 00218.  Take a look at that.

4   **A.**  Yes, sir.

5   **Q.**  What, if any, significance do you see in this photo?

6   **A.**  You have the word sur, s-u-r -- sorry.

7             And then beneath the sur, you have what appears to

8   be a 1 and a 3, indicative of membership or affiliation with

9   the Sureño street gang culture.

10            **MR. SABELLI:**  I'm sorry, Your Honor, I can't tell if

11  it is the witness or is Mr. Leung underlining.

12            **MR. LEUNG:**  I'm underlining.

13            **MR. SABELLI:**  If that's the case, I think the

14  witness should be the one indicating where letters are rather

15  than counsel.

16            **MR. LEUNG:**  It's part of the questioning, Your

17  Honor.

18            **THE COURT:**  Well, Mr. Leung is right; if he wants to

19  draw attention to part of the photograph and say what is this,

20  it's okay for him to do the underlining.  But as the witness is

21  speaking, Mr. Leung should not be underlining because that

22  would, then, be a way to lead the witness.  But so just follow

23  that ground rule, and we'll be okay.

24  **BY MR. LEUNG:**

25  **Q.**  Detective Flores, do you know how to use the touch screen?

1   **A.**  Yes, sir.

2   **Q.**  If you want to clear anything, just hit the lower left.

3   **A.**  Okay.

4   **Q.**  All right.

5           Let me show you, then, what's been photo -- what's

6   been marked Bates numbered as photo 00219.

7   **A.**  Yes, sir.

8   **Q.**  And could you explain to us the meaning of this to you?

9   **A.**  Yes.  It's the -- there is a letter "X," and the number

10  "3," "X" being representative of the Roman numeral 10, and

11  added -- add to 3, it's -- adds up to number 13.

12  **Q.**  Sure.

13  **A.**  Or it's the number 13, which is affiliated or used by

14  Sureño street gang members.

15  **Q.**  Is that an actual 3 that is written?

16  **A.**  Yes.

17  **Q.**  Photo 00220, what is this?

18  **A.**  It's, again, writing or graffiti that I've found consistent

19  throughout my career.  You have the letters "MS," and the

20  number 1 above the number 3, so I would read that as MS-13,

21  Mara Salvatrucha 13.

22  **Q.**  Let me show you -- let me show you what has been marked as

23  photo 00210.  In particular, let me direct your attention to

24  the portion that I just circled -- let me circle it better.

25          Do you see what I just circled, Detective Flores?

1   **A.**   Yes, sir.

2   **Q.**   What is that?

3   **A.**   That's three dots representative of "mi vida loca," which

4   is common among Hispanic street gang members, not unique to

5   MS-13, but more common to Hispanic street gang members.

6   **Q.**   Now let me direct your attention to --

7                 **THE COURT:**   What does it mean?  I don't remember.

8                 **THE WITNESS:**   Representative of mi vida loca, or my

9   crazy life, translation to English.

10  **BY MR. LEUNG:**

11  **Q.**   And there is an obstruction in the photograph, but let me

12  circle the graffito *[verbatim]* next to the mi vida loca symbol.

13  Do you see that?

14  **A.**   Yes, sir.

15  **Q.**   It's partly obscured, but what is that?

16  **A.**   It appears to be the hand, or the hand sign used by MS-13,

17  but within the two fingers that are spread open, I can see the

18  letters "MS" and the numbers 1, 3, representative of MS-13.

19  **Q.**   Now let me direct your attention to the right -- to the

20  right of that.  First, let me direct your attention to the top

21  there.  What is that?

22  **A.**   That appears to be 20th Street, "2," "0," and then an "S"

23  and a "T."

24  **Q.**   What significance do you attach to that?

25  **A.**   I would assume that is the clique or area involved with

```
 1   MS-13.
 2   Q.  Let me ask you to take a look at the line underneath it.
 3   What does that say?
 4   A.  That's the Spanish word, "locotes," Spanish for crazy.
 5   Q.  Now, underneath that, can you make it out?
 6   A.  Yes.  You have the words in Spanish, "sur," for south, and
 7   then you have what appears to be the word in English, side; put
 8   together, sur side, or South Side.
 9   Q.  What significance does the phrase "South Side" have?
10   A.  South Side is another reference to Southern California
11   Hispanic street gang members.  And also, it's interchangeable
12   with the number 13.
13   Q.  And finally, the last line, eme ese"; what does that mean?
14   A.  It's Spanish for "M" and "S," representative of Mara
15   Salvatrucha.
16   Q.  Let me show you what's been Bates stamped photo 00252.
17   Could you take a look at that.
18   A.  Yes, sir.
19   Q.  Again, what do you see?
20   A.  Um, again, I see the letters "M," "S," the Roman numeral
21   "X" or the letter "X," representative of the Roman numeral 10,
22   and the number 3, indicative of 13, MS-13.
23   Q.  Let me show you what has been marked as photo 00253.
24   A.  Yes, sir.
25   Q.  What do you see there?
```

1   **A.**   I see the letters "MS" and the letter "X" and the number 3,

2   indicative of MS Mara Salvatrucha 13.

3   **Q.**   What do you see there on photo 00254?

4   **A.**   I see the letters "M" and "S," representative of Mara

5   Salvatrucha.

6   **Q.**   Show you what has been marked as photo 00257.  What do you

7   see there?

8   **A.**   Again, this is a perfect example of what I've witnessed

9   throughout the majority of my career in vandalism and items

10  that are recovered during various investigations:  Two block

11  letters, "M" and "S," the letter "X," the number 3, indicative

12  or representative of MS-13, or Mara Salvatrucha 13.

13  **Q.**   Take a look at what has been marked photo 00258.  What do

14  you see there?

15  **A.**   I see the majority of a hand, or the MS-13 gang hand sign

16  that's been graffitied on the wall, partially obscured by the

17  line, but I can make out the majority of it and identify it as

18  such.

19          And then it appears you have the word, "Salva," on

20  the far left side.  And to the right, it appears you have the

21  word "trucha."

22  **Q.**   What does Salvatrucha mean?

23  **A.**   Indicative of part of the gang.  The name of the gang is

24  Mara Salvatrucha.

25  **Q.**   Let me show you what's marked as photo 00359.  What is

1    this?

2    *A.*   Again, it's consistent with gang graffiti I've witnessed

3    throughout my career:  The letters "MS" and the number 1 and

4    the number 3, identifying Mara Salvatrucha 13.

5    *Q.*   Photo 00260; do you see -- can you see what's photographed?

6    *A.*   Yes, sir.

7    *Q.*   What is it?

8    *A.*   The letters "MS," the letter "X" above the number 3,

9    representative of MS-13.

10   *Q.*   Let me show you what's been marked as photo 00261.

11           What is this?

12   *A.*   Appears to be a graffiti with the word, "sur," above the

13   letter "X" and the number 3, so representative of sur, being

14   the Spanish word for south; 13 representative -- also

15   indicative of Southern California Hispanic street gangs.

16   *Q.*   And what, if any, is the significance of the phrase, "sur

17   13" for MS-13?

18   *A.*   "Sur" -- MS-13 is considered a Southern California Hispanic

19   street gang, which is loyal to the Mexican Mafia.  And as such,

20   they identify themselves by the number 13, or as Sureños, or

21   "sur" for short, or any other variation indicating south, South

22   Side, or any Spanish term referring to the same, sur or south.

23   *Q.*   Let me ask you to take a look at what has been marked as

24   photo 00262.

25   *A.*   Yes, sir?

 1   *Q.*  Could you explain the significance, if anything, of what

 2   you see.

 3   *A.*  Well --

 4   *Q.*  Starting with the left of the screen.

 5   *A.*  Yes, sir.

 6   *Q.*  Where I have a marked there *(pointing)*.

 7   *A.*  There you have -- it's actually at an angle there.  You

 8   have the letter "X" and the number 3, indicative of the number

 9   13.  Just to the right of that, you have the two letters, "LA,"

10   which is more commonly seen on the symbol of the Los Angeles

11   Dodgers.

12            To the right of that, you have an "E" and an "S."

13   And then beneath that, you have the number 503; 503 I know to

14   be the area code for El Salvador.

15   *Q.*  And what, if any, significance do you attach to the other

16   writing that's depicted here?

17   *A.*  It's indicative of some ties to Los Angeles or ties to

18   El Salvador.

19   *Q.*  Let me show you what's marked as photo 00263.  This appears

20   to be a wider view of the previous picture; is that correct?

21   *A.*  Yes, sir, it appears to be.

22   *Q.*  Let me show you what has been marked as photo 00264.

23            Again, this appears to be a wider shot of a previous

24   photo, but let me direct your attention to what is depicted on

25   the two telephone poles.  Do you see what I just circled?

1   **A.**  I can't see what's on the left pole.  On the pole on the

2   right side, it's a 3.

3   **Q.**  Let me see if I can move this so that the glare might be

4   less.

5             Is that any better?

6   **A.**  No, sir.

7   **Q.**  That's okay.

8             Show you what's been marked as photo 00265.  First,

9   let me direct your attention to the top of the screen here.

10  What is that?

11  **A.**  You have the letter "X," the number 3, indicative of 13.

12  You have the letters "MS," representative of Mara Salvatrucha.

13  **Q.**  Let me ask you to take a look at the middle of the screen,

14  what I just underlined; what do you see there?

15  **A.**  Yes, sir.  I see "El Salvador," which identifies itself, or

16  some connection with El Salvador.

17  **Q.**  And what significance do you attach to the writings

18  depicted on this page?

19  **A.**  It's representative of Mara Salvatrucha, clearly, at the

20  top end, and El Salvador at the bottom, some connection with

21  El Salvador.

22  **Q.**  And what is the significance of El Salvador to Mara

23  Salvatrucha?

24  **A.**  El Salvador is one of the bigger strongholds for Mara

25  Salvatrucha; a lot of its original members were, in fact, from

 1    El Salvador.

 2    *Q.*   Let me show you what's been marked as photo 00266.   Is this

 3    just a close-up of part of the photo we saw earlier?

 4    *A.*   It appears to be, yes, sir.

 5    *Q.*   Photo 00267:  Can you make out what's written there?  It's

 6    rather faint.

 7    *A.*   I can make out the -- looks like the last three names at

 8    the bottom.  If I can kind of draw a line pointing to the first

 9    name.

10    *Q.*   What do you see?

11    *A.*   The second and the third.  First name appears to be Pelon,

12    second name appears to be Sopel *(phonetic)*, and the third name

13    appears to be "Silent."

14    *Q.*   What significance, if any, do you attach to the writings

15    that you see here?

16    *A.*   Appear to be monikers, or gang monikers.

17    *Q.*   Let me show you what has been marked as photo 00268.   Can

18    you see -- although it's faint, can you see any writing

19    depicted here?

20    *A.*   Yes.

21    *Q.*   And what do you see?

22    *A.*   Appears to be "El," and then Salvador without the "R" at

23    the end.

24    *Q.*   Let's move on to something else.

25                 Let me show you what's been Bates numbered as

 1    CD4-00001.  It's a photocopy of a document.  What does this

 2    appear to you to be?

 3    **A.**  It appears to be a small handwritten note, commonly

 4    referred to throughout my career as a "kite," or in Spanish, a

 5    "wila."

 6    **Q.**  What is a kite, or wila?

 7    **A.**  A small, handwritten note that is generally smuggled or

 8    transferred from one person to another, and it's done so to

 9    avoid detection or capture.

10    **Q.**  And based on your experience, what -- do you know if MS-13

11    employ kites?

12                    **(Court reporter clarification.)**

13    **BY MR. LEUNG:**

14    **Q.**  Do you know if MS-13 members employ kites?

15    **A.**  Yes, sir.

16    **Q.**  Let me show you what's been marked as Bates R002017, or it

17    begins with this Bates number.

18              **THE COURT REPORTER:**  You have to speak into the mic.

19    **BY MR. LEUNG:**

20    **Q.**  Let me direct your attention to R002018.  What do you see

21    depicted?

22    **A.**  I see depicted the -- well, what's been consistent with

23    either what I've recovered before or I've seen before through

24    varies investigations as MS-13 gang graffiti.  You have the

25    letters "M" and "S" on block letters.  And you have a "1" and a

```
 1   "3" at the base of the "M."
 2            The top right corner, you have three monikers, or
 3   nicknames that are written:  "Slow," "Slowly," and "travieso,"
 4   travieso meaning, mischievous one, translation.
 5   Q.  Could you circle for us the MS-13 writing that you
 6   identified in block.
 7   A.  Yes, sir.
 8                       (Witness complies.)
 9   BY MR. LEUNG:
10   Q.  Do you recognize the writing that I'm circling now?
11   A.  Yes.
12   Q.  And what does that appear to be?
13   A.  That is the letter "S," with another "S" at the base of the
14   larger block letter, "F," "S," and then the letter "S" and "F"
15   at the base.
16   Q.  Let me direct your attention to what has been marked as
17   R002019.  What is this?
18   A.  Again, it's consistent with gang graffiti that I've
19   encountered on various investigations.  You have the large
20   block letter "M," and accompanied by large block letter "S,"
21   representative of MS.  And at the base of the M, you have the 1
22   and you have a 3, indicative of MS-13.
23   Q.  Thank you.
24            Let me ask you to take a look at what's marked as
25   R002020.  Again, what do you see?
```

**Flores - Direct / Leung**

1    **A.**  I see two large block letters representative of "M," and

2    "S," for Mara Salvatrucha.  You have a "1" and a "3" at the

3    base of the "M," and then you have the word sur at the base of

4    the "S," sur representing southern, or south, representative of

5    their ties to Southern California Hispanic street gangs and the

6    Mexican Mafia.

7    **Q.**  Let me show you what's been marked as R002021.  What do you

8    see here?

9    **A.**  I see beginning at -- kind of at the center the letter "M,"

10   the letter "S," accompanied by an "X," representative of the

11   Roman numeral 10 and a 3; I would read that as MS-13.

12          And inside the "3," the "X," the "S" and the "M,"

13   you have the three dots kind of placed within these letters,

14   representative of mi vida loca, or my crazy life.

15          At the top of the photograph, on each corner you

16   have a "1" and a "3," representative of 13.  As you move down

17   to the bottom of the paper, you have a moniker of "slow," you

18   have a "2," and a zero, again, each decorated within the three

19   dots representing mi vida loca.  "20" and the "S" can be

20   indicative of, again, the gang clique or area the gang claims.

21          Within the number 2, you have an "X" followed by

22   three "I"s representative of the Roman numeral 13.

23   **Q.**  And finally, let me direct your attention to the very

24   bottom of the page.  Can you read the writing in the block

25   letters down there?

 1    **A.**  Yes, sir.

 2    **Q.**  What does it say?

 3    **A.**  Appears to be "El Slow."

 4    **Q.**  What significance, if any, do you attach to that?

 5    **A.**  That potentially could be the person who created the

 6    drawing.

 7                    **(Court reporter clarification.)**

 8    *BY MR. LEUNG:*

 9    **Q.**  Let me direct your attention to what has been marked as

10    R002022.  What do you see depicted?

11    **A.**  I see depicted quite a few things.  The top of the drawing,

12    you have the base of the hand, or la garra, which is

13    representative of the MS-13 gang hand sign.  On each finger,

14    you have the letters "M," and "S," representative of Mara

15    Salvatrucha.

16            On the fingers, which are folded down, you have the

17    number "3" and a "C," which in Spanish, 3, or trece," is

18    representative of the number 13.  So reading that together, I

19    would read that as Mara Salvatrucha 13.

20            At the top of the drawing, you have a moniker name

21    of "El Slow."  On the right-hand side here, you have an

22    additional moniker of travieso.  Right at the base of the hand

23    in Spanish, you have the word La Mara Salvatrucha written,

24    which is identifying Mara Salvatrucha street gang.

25            Beneath that, you have the number 20, followed by

```
 1   the letters "S" and "T," which can be indicative of the clique

 2   or the area the gang operates.

 3                 To the right of that, you have kind of a male figure

 4   with a hat:  What's indicative in here is you have a "3" and a

 5   "C" on the figure's T-shirt, which is, in Spanish, "3C," or

 6   trece, is indicative of the number 13.

 7   Q.  Let me ask you to clear some of the writing.

 8                 Let me direct your attention to what I just

 9   underlined there.  Do you see those letters?

10   A.  Yes, sir.

11   Q.  What do they appear to be to you?

12   A.  Appear to be identifying the clique involved.

13   Q.  And what do they appear -- what do the letters appear to

14   be?

15   A.  The letters appear to be a "P," "L," and an "S."

16   Q.  Is that in addition to -- let me note -- 20th Street?

17   A.  Yes, sir.

18   Q.  Let's skip over to R002024.  What does this appear to be --

19   actually, let's back up a little.

20                 Let me direct your attention to the next page,

21   R002023.  Could you take a look at this and tell us what's

22   depicted?

23   A.  Yes.  The top end, you have the letters "S" and "T."

24   Beneath that, you have a "2" and a "0."  I would read this as

25   20th Street, or 2, 0 Street.  Beneath the "I"s, you have an "X"
```

1  and three "I"s, indicative of the Roman numeral identifying the

2  number 13.  Beneath that, you have a moniker of "El Slow."

3  **Q.**  Let me now direct your attention to the next page, R002024.

4  What do you see depicted?

5  **A.**  Um, I see the monikers, "slow pain" written on both ends of

6  the top edge of the page.

7          You have the Roman numeral "X," and the "3"

8  representative of the number 13, in addition to a 13, on the

9  left end of the page representative of sur, or South Side,

10  identifying itself as a Sureño.

11          Another 13 depicting the -- depicting the same, and

12  another Roman numeral X with a 3 representing the same number

13  13, showing allegiance to California Hispanic street gangs

14  and/or the Mexican Mafia.

15  **Q.**  Thank you.

16          Let me show you what has been marked as R002025.

17  Could you tell us what's depicted?

18  **A.**  Yes, sir.  Again, this is commonly seen graffiti that I've

19  witnessed on numerous investigations throughout my career.

20  This is a little bit more unique because you have the letters

21  "RIP" at the top, which is indicative of rest in peace.

22  Generally means a member or some person died close to them.  So

23  this is more of a drawing that is trying to pay homage to a

24  certain individual.

25          Beneath that, you have the person identified who has

**Flores - Direct / Leung**

1  passed, as Little Trucho.  Beneath that, you have -- in two

2  large block letters you have the letter "M" and the letter "S,"

3  identifying Mara Salvatrucha.  So I would read this as, "rest

4  in peace, Little Trucho," from Mara Salvatrucha, identifying to

5  me that Little Trucho was killed, or had passed.

6  *Q.*  Does this indicate whether Little Trucho had any

7  affiliation with MS-13?

8  *A.*  It appears he was a member of MS-13, by the drawing.

9  That's what I would understand by that.

10  *Q.*  Let me show you now what has been marked as R002026.  Can

11  you read that?

12  *A.*  Yes, sir.

13  *Q.*  Okay, could you take a look at what's depicted and explain

14  to us what significance, if any, it has to you?

15  *A.*  Yes.  Clearly, you have two large block letters

16  representative of "MS," or Mara Salvatrucha.  Within that, you

17  have various monikers from the top, including here, "RIP," rest

18  in peace, Little Trucho.  Again, it would appear they were

19  paying homage to somebody that has passed.

20          Throughout the "M" and the "S," you have several

21  monikers, or gang monikers that are indicated, which I would

22  commonly refer to as a roll call, or a list of names that are

23  active, or members of the specific clique.

24          At the base of the "M" on the right side -- I'm

25  sorry -- here you have the letter "MS" and then "X3" at the

**Flores - Direct / Leung**

1   top.  And then you have a hand here depicting the MS-13 gang

2   hand sign.  Within that, it's also -- it's actually a little

3   smaller, but you have an "X" and a "3" on the top two fingers,

4   which are pointed upward, and then you have the letters "MS"

5   with two fingers which are folded downwards.

6           Beneath that, you have the word "blue side" written;

7   blue is the color that Southern California Hispanic street

8   gangs that claim 13, or sur, utilize as their color.

9           In contrast, Northern California Hispanic street

10  gangs that claim allegiance to the north will wear red.  Gangs

11  that claim allegiance to California Street gangs and the

12  Mexican Mafia will identify with the color blue.

13          Beneath that, again, you have the letter "X" and the

14  number "3," identifying 13, again, claim the same allegiance to

15  Southern California Hispanic street gangs, or the Mexican

16  Mafia.

17  *Q.*  Finally, let me direct your attention to the middle part of

18  the photograph.  Can you tell us what I just circled?

19  *A.*  Yes, sir.  You have the letter "S, "U," and "R," which

20  identifies the Spanish word for sur, or south.  Again, it's

21  claiming allegiance to Southern California Hispanic street

22  gangs to the Mexican Mafia.  It is an interchangeable with 13.

23  *Q.*  Can you tell us, what, if anything, the writing on top

24  means that I just checked?

25  *A.*  Yes, sir.  The top, you have the word, "Locos," looks like

1   en del barrio.  Spanish -- Locos is Spanish for crazy.  "De,"

2   or "en" means from.  "Barrio" is the Spanish word for

3   neighborhood, generally used in gang terms as identifying their

4   turf, or a neighborhood, in the gang sense.

5   *Q.*  So what does this phrase Locos de barrio" mean?

6   *A.*  Reading it together would be "the crazy guys from the

7   neighborhood."

8   *Q.*  To describe whom?

9   *A.*  Yes, the names are written throughout the large "M" and the

10  "S," identified in kind of a roll call format.

11  *Q.*  Thank you, Detective Flores.

12          Let me ask you to take a look at R002027.

13          What do you see?

14  *A.*  I see the top end of the word South Side.  Beneath that,

15  Spanish for La Mara Salvatrucha, or the Mara Salvatrucha, in

16  English, identifying, again, the allegiance to Southern

17  California Hispanic street gangs, identifying the gang La Mara

18  Salvatrucha as part of that.

19  *Q.*  Let me show you what's now marked as R002028.  What's

20  depicted?

21  *A.*  You have two large block letters, "M" and "S."  Within the

22  block letter "M," you have three dots, indicative of my crazy

23  life, for "mi vida loca."  The "M" and the "S" are

24  representative of Mara Salvatrucha.  And the number "1" and

25  number "3" are identifying itself as its allegiance to Southern

 1   California Hispanic street gangs or the Mexican Mafia.

 2   *Q.*  Let me show you what's marked as R002029.  What's depicted

 3   here?

 4   *A.*  Beginning at the top, you have the word, in Spanish, La

 5   Mara Salvatrucha, or Spanish for MS-13.  You have a large

 6   letter "M," and then you have a large block letter "S,"

 7   Indicative of Mara Salvatrucha.  And you have the "1" and the

 8   "3," which shows its allegiance to Southern California Hispanic

 9   street gangs and/or Mexican Mafia.

10           Within the letter "M," you have a name, "Little

11   payaso," or in English, "the little clown."

12           On the right side of the "S," again, it appears you

13   have a list of names which I would refer to as a roll call,

14   again, with "El Slow," "El Trucho," "El travieso," "El

15   Scubi" -- this word I can't read here.  And at the bottom,

16   "El Indio."  At the base here, you have a larger name which

17   appears to be the letters, "BID Slow."

18   *Q.*  Thank you.

19           Let me ask you to take a look at R002030.  What do

20   you see depicted here?

21   *A.*  I see two large block letters, "M" and "S," indicative of

22   Mara Salvatrucha.  You have the "1" and the "3," which I would

23   read as MS-13.  Within the top end of the "S," you have a "2"

24   and a "0," followed by the letters "S" and "T," which would be

25   indicative or could identify the clique or the area involved.

**Flores - Direct / Leung**

1   **Q.** Let me ask you to take a look at R002031.  What do you see

2   depicted on this page?

3   **A.** Um, beginning on the left-hand side, you have the words

4   "Mara Salvatrucha," or MS-13, in Spanish.  You have a name at

5   the top, "BID Slow," which could be a moniker.  You have two

6   large block letters, "M" and "S," indicative of Mara

7   Salvatrucha, a number "1" and number "3" at the base of the

8   "M," indicative of 13, which, again, shows its allegiance, or

9   its connection with Southern California Hispanic street gangs.

10  **Q.** Let me ask you to take a look at R002032.  What do you see

11  here?

12  **A.** Two large block letters at the center of the page,

13  indicative of an "M" and an "S" for Mara Salvatrucha, and next

14  to that, you have a "1."

15  **Q.** Let me show you what has been marked as R002033.  What do

16  you see depicted on this page?

17  **A.** Um, beginning in the middle, you see the letter "M" and

18  "S," clearly followed by a Roman numeral "X" and a "3,"

19  indicative of MS-13.  And in each portion of the "M," the "S,"

20  the "X," and the "3," you have the number "20" written in -- at

21  some end of each letter or number, indicative of the clique or

22  the area.

23          Next to that, again, you have the number "2" and "0"

24  again, which could be also indicative, again, of the clique

25  area, or the clique name.

```
 1              At the top of the page, you have "El Salvador"
 2   written, which is the origin of a lot of MS-13 gang members, or
 3   a large portion -- which there is a big connection to
 4   El Salvador, for MS-13 gang members, which is a large home base
 5   for MS-13.
 6   Q.  And then lower -- let me ask you to clear the screen.
 7              On the bottom half of the screen, what do you see
 8   depicted?
 9   A.  Specifically, in the center you have a hand, which is
10   indicative of MS-13 gang hand sign; the two fingers facing
11   upward.  You have an "X" and a "3," representative of 13.  In
12   the center, you have a "2" and a "0," which could be
13   representative of, again, the clique, or the area this clique
14   claims.  At the base of that, you have what appears to be
15   La Mara Salva, which is short for Mara Salvatrucha.
16              To the right of that, you have -- to the right and
17   to the left of that, you have several monikers which appear to
18   be "El travieso," and on the right side, "El Poker," "El
19   Chaqui," "El Scubi."
20   Q.  And how about in the middle, above the la garra hand sign?
21   A.  Within the fingers here, you have the word, or the moniker,
22   "El Slow."
23   Q.  Thank you.  Let me try to speed this up a little by
24   skipping some of these pages.
25              Let me show you what has been marked as R000242.
```

**Flores - Direct / Leung**

1   Again, what do you see depicted here?

2   **A.**  Um, the center of it, you have the large letters "M" and

3   "S," identifying Mara Salvatrucha.  The top portion of the

4   letter "M," you have a "1" and a "3," identifying the number

5   13, identifying its allegiance to Southern California Hispanic

6   street gangs and the Mexican Mafia.

7           At the top portion of the page, you have in Spanish

8   written "La Mara Salvatrucha," or MS-13 -- or, I'm sorry, Mara

9   Salvatrucha.

10  **Q.**  Let me ask you to pause for a second, because I forgot to

11  identify this page, which is 002042.

12          Please continue.

13  **A.**  On the left-hand side, you have "RIP," rest -- which I

14  would read as rest in peace; abbreviation of "Malo," which

15  could be an individual member of the gang who has passed or was

16  killed.  You have the word "La Mara" with a small join of a

17  MS-13 gang hand sign.

18          Beneath that, again, you have the letters "RIP,"

19  which I would read as abbreviation for "rest in peace, Little

20  Trucho," which would identify two members that have passed or

21  fallen or have been killed.  So I would read this page as

22  something that pays homage to these two individuals.

23          At the base of the page, you have the moniker, "El

24  Slow."  And at the base of the letter "S," you have two masks

25  that are commonly seen on -- I've commonly seen throughout my

**Flores - Direct / Leung**

1     career on Hispanic street gang members.  It's not unique to MS,

2     but it identifies similarly to "mi vida loca," of the

3     acceptance of the gang lifestyle of, "smile now, cry later," of

4     the two masks.

5     *Q.*  Thank you.

6          In order to save time, can we skip to R002049.

7     Again, quickly, what do you see depicted here?

8     *A.*  I see the word "South Side" at the top of the page, the

9     letter "X," the number "3," indicative of 13, and the word

10     "s-u-r," followed by a "1" and a "3," "sur 13," sur being the

11     Spanish word for south, again, identifying the connection with

12     Southern California Spanish street gangs and the Mexican Mafia.

13     *Q.*  Let me ask you to take a look at R002051.  And what do you

14     see depicted here?

15     *A.*  On the left side, you have smaller "M" and "S," followed by

16     a "1" and a "3," identifying the Mara Salvatrucha 13.  Above

17     the letter "I," you have the three dots, indicative of "mi vida

18     loca," or my crazy life.

19          To the right of that, you have a join of a hand, a

20     gang sign used by MS-13 referred to as la garra, or the rag.

21     Above that, you have the number "20," potentially indicating

22     the clique or the area the gang is operating.

23          At the top end of each corner of the page, you have

24     a "1" and "3," added together, 13, identifying itself as a

25     Southern California Hispanic street gang with loyalties to the

1  Mexican Mafia.

2          Beneath that, you have a moniker here written of

3  "El Slow."  Just to the right of that, you have a Spanish word,

4  "reinamos," or "we reign," which would be indicative of we

5  rule.

6          Beneath that, you have a "2" and a "0" at each end

7  of the page, potentially indicating the area or the clique of

8  MS-13.  Within that, you have three drawings.  The drawing on

9  the right, the figure is holding up both hands displaying MS-13

10  gang hand sign with both hands.  On his T-shirt on each

11  shoulder, he has a "2" and a "0," again, identifying

12  potentially the clique or the area claimed.

13          You have on the base of the shirt, you have the

14  letters "PLS," potentially identifying the individual clique,

15  and the number 1 and a 3, identifying the number 13.

16          The drawing of the figure in the center, similar,

17  holding up both hands identifying or showing MS-13 gang hand

18  sign.  This figure also has a "2" and a "0," on each front

19  shoulder side of the T-shirt, identifying potentially the

20  clique, or the area identified in addition to letters "PLS" on

21  the T-shirt, identifying potentially the name of the clique.

22          The last figure on the right also has both hands

23  raised displaying MS-13 gang hand sign.  On the center of this

24  figure's shirt, though, you have the number "1" and the "3,"

25  identifying itself as a Southern California Hispanic street

**Flores - Direct / Leung**

```
 1   gang with ties to the Mexican Mafia.

 2              And lastly, on the belt buckle, you have the number

 3   "20," which can be an indicator to the area claimed, or the

 4   name of the clique tied to MS-13 here.

 5   Q.   Thank you.

 6              Let's move along a little quicker.  You testified

 7   that MS-13 members employ certain distinctive tattoos?

 8   A.   That's correct.

 9   Q.   Let me show you what's been marked as photo 00271.

10   A.   Yes, sir?

11   Q.   What do you see depicted?

12   A.   At the center, this individual's back, you have the letters

13   "M" and "S," indicative, or identifying Mara Salvatrucha.

14   Q.   And is this typical of the gang tattoos you have seen on

15   members?

16   A.   Yes, something I've seen consistently throughout my career

17   and numerous investigations.

18   Q.   You testified earlier about the two masks; let me show you

19   what has been marked as photo 00279.  Could you take a look at

20   the tattoo that's depicted.

21   A.   Yes, sir.

22   Q.   What do you see?

23   A.   Again, I see the two masks, not unique to MS-13 alone, but

24   something I've seen commonly among Hispanic street gang members

25   from Southern California.  Again, it is something indicative of
```

```
 1   the lifestyle, the gang lifestyle that they accept:  Smile now,

 2   cry later.

 3   Q.  And again, what does this signify?

 4   A.  Just signifies an acceptance of a lifestyle.

 5   Q.  Which lifestyle?

 6   A.  Of a gang lifestyle.

 7   Q.  Let me show you what has been marked as R002234.  Let me

 8   ask you to focus on the lower left picture.  Although it's

 9   partly shadowed, do you see what's tattooed here?

10   A.  Yes, sir, partially.

11   Q.  What do you see?

12   A.  I see what I believe to be the top end portion of MS-13

13   gang hand sign tattooed on the individual's back.  I can see

14   the top two fingers pointed upward and the two center fingers

15   folded downward, which by at least being able to see this

16   portion of it, I would identify that as a MS-13 gang hand sign

17   or tattoo.

18   Q.  What about to the right of the la garra tattoo, do you see

19   another tattoo?

20   A.  I do, sir, but I can't completely make it out.

21   Q.  That's fine.

22           Let me direct your attention to R002236.  And let me

23   ask you to focus on the photograph in the lower right-hand

24   corner.  Do you see what's projected on the screen?

25   A.  Yes, I do.
```

**Flores - Direct / Leung**

1    **Q.**  And what tattoos do you see?

2    **A.**  I see, clearly, the hand here, which is identifies the Mara

3    Salvatrucha gang hand sign tattooed on the individual's stomach

4    area.

5    **Q.**  And what about on either side of the la garra hand sign?

6    **A.**  Appears you have the letter "M" and the letter "S," though

7    it's not a hundred percent clear.

8    **Q.**  Thank you.

9          Let me ask you to take a look at this picture, which

10   is Bates numbered R002240.  Take a look at the belt that's

11   depicted, the belt that's depicted here.

12   **A.**  Yes, sir?

13   **Q.**  What, if any, significance, do you see from this belt?

14   **A.**  It appears to be a blue belt with a metal belt buckle,

15   identifying the number 13, blue being significant because it's

16   the color associated, or used commonly by Southern California

17   Hispanic street gang members which claim allegiance to the

18   Mexican Mafia, 13 being the 13th letter of the alphabet, which

19   shows allegiance to Southern California Hispanic street gangs

20   identifying this individual as a Sureño.

21   **Q.**  Let's skip to what's been marked as photo 00320, indicated

22   in the lower right-hand corner -- there we go, there.

23          Take a look at the tattoos on -- that's depicted in

24   this photograph.

25   **A.**  Yes, sir.

1   Q.  What do you see?

2   A.  Beginning at the base of the neck, you have an "S," a "U,"

3   and an "R," identifying the Spanish word for sur, or south, the

4   number "1" and the number "3" beneath that, identifying itself

5   as a Southern California Hispanic street gang with allegiances

6   to the Mexican Mafia.

7        You have here Mara Salvatrucha, identifying the

8   gang, MS, or MS-13.  To the right of that, you have a more

9   religious tattoo, which states in Spanish, "Perdona me jefita

10  por mi vida loca"; forgive me; "jefita" means slang for mother,

11  for my crazy life.

12  Q.  Thank you.  Let's move on.  I'll try to speed this up.

13        THE COURT:  How much longer do you have?  The court

14  reporter is going to need a break soon.

15        MR. LEUNG:  Probably another 5 or 10 minutes.  I'll

16  wrap this up quickly.

17        THE COURT:  All right.  We'll take a break when

18  you're done.

19        MR. LEUNG:  Thank you.

20  BY MR. LEUNG:

21  Q.  Let me show you what has been marked as R00198.  Would you

22  take a look at this.  What's depicted in this photograph that's

23  lying on the bat?

24  A.  It appears the letter "M" and "S," label on the -- closer

25  to the handle of the bat there.  On the end of the bat appears

1   you have some names which I cannot make out.

2   **Q.**  Okay.

3          Let me direct your attention, then, to a different

4   photograph of this bat, which is marked R002003.  Take a look

5   at the end that's depicted.  What do you see?

6   **A.**  I see the letter "M," the letter "S" followed by the "X,"

7   representative of the Roman numeral -- or 10 and the number 3.

8   I would identify this as MS-13, for Mara Salvatrucha.

9   **Q.**  This is slightly out of focus, but let me show you what has

10  been marked as R002000.  Can you see that on your screen?

11  **A.**  Yes, sir.

12  **Q.**  What does this appear to be to you?

13  **A.**  Appears to be some kind of ribbon or some kind of memorial

14  pin.  On the right-hand side it identifies the individual, the

15  letters "RIP," which I would read as an abbreviation for rest

16  in peace, the name here next to it, which appears to be "Memo,"

17  on the right end of the ribbon, I can read clearly, MS-13.

18          And then there appears to be a date beneath that,

19  which I can't make out, but I believe it reads, 6-26-04, which

20  would be indicative of some type of memorial for an MS-13 gang

21  member who was killed or passed.

22  **Q.**  And what color is this ribbon?

23  **A.**  Ribbon appears to be blue.

24  **Q.**  And what significance, if any, do you attach to the color

25  blue?

**Flores - Direct / Leung**

1   **A.**  Blue is one of the -- is the color utilized to identify

2   Southern California street gang members, the color they closely

3   identify with and utilize.

4   **Q.**  Let me show you now R002001.  What do you see depicted in

5   this photograph?

6   **A.**  Appears to be a jersey with the number 13, and a blue

7   bandanna, both items that I have come across throughout my

8   career, possessed or worn by Southern California Hispanic

9   street gangs which claim allegiance or affiliation with

10  Southern California street gangs and the Mexican Mafia.

11  **Q.**  Thank you.

12          Let me show you what has been marked as R002084.

13  And I'll try to zoom in.  It's a small photograph.

14          What do you see depicted?

15  **A.**  Um, it appears to be a group photo with several individuals

16  flashing different hand signs.

17  **Q.**  Can you read those hand signs?

18  **A.**  Yes, sir.  It appears the person here at the top end is

19  holding both hand downward with his thumbs closer together in a

20  downward fashion.  Appears he is displaying an "M," the

21  individuals beneath him are each displaying one finger down

22  with one hand and three fingers down with the other hand,

23  representing the number 13.

24          The individual also at the bottom has both hands

25  cupped together forming a letter "S."  So I would read that as

 1   potentially members of Mara Salvatrucha.

 2   *Q.*  Let me ask you to take a look at R002086.  And let me ask

 3   you to focus, in particular, on the photograph that I am

 4   zooming in on now.  Can you see the people on the left side

 5   depicted here and here?

 6   *A.*  Yes, sir.

 7   *Q.*  Clearly enough to identify what they are doing with their

 8   hands?

 9   *A.*  Yes, sir.

10   *Q.*  What do you see them doing with their hands?

11   *A.*  The individual on the left is displaying a hand sign

12   pointed downward.  With his left hand more clearly is the

13   individual to his left, which has his hands up towards his face

14   in an "X," crossed his chest with his left hand clearly

15   displaying MS-13 gang hand sign.

16   *Q.*  Let's go on to the next page, R002087.  Let me ask you to

17   focus on the photograph, on the upper right rotated sideways.

18   What do you see depicted here?

19   *A.*  See a large group photo of various individuals, displaying

20   different gang hand signs.  On one individual here I can see

21   clearly he's -- has his forearms pointed outward, displaying

22   two letters tattooed on his forearms, "M" and "S," for Mara

23   Salvatrucha.  Other individuals at the bottom are displaying

24   the same Mara Salvatrucha gang hand sign.

25            Also, this individual here has a blue bandanna laid

 1  over his shoulder, which shows its affiliation with Southern

 2  California Hispanic street gangs, the color blue being the

 3  predominant color identified with by Sureño or Southern

 4  California Hispanic street gangs.

 5          You have various other individuals in the top row

 6  also displaying Mara Salvatrucha gang hand signs.  You have

 7  another individual at the bottom utilizing both hands to

 8  display an MS-13 gang hand sign.  And on the far left corner,

 9  you have another individual kneeling down clearly displaying

10  MS-13 gang hand sign with his left hand upwards toward his

11  face.

12          **MR. PHILIPSBORN:**  Objection.  Beyond the scope.

13          I would like to clarify the Government's purpose in

14  showing these photographs, in part because I think we were told

15  there would be no attempt to identify individual members.  And

16  obviously, if the -- if -- I understand that we are here to

17  demonstrate this -- the detective's expertise, but right now as

18  we are all kind of getting comatose in going through this

19  evidence, the photographs of individuals flashing signs are

20  clearly intended to assist the Government in identifying

21  membership, that would be the only purpose.

22          So I think we are outside the scope of the

23  Government's offer of proof, we're also outside the scope of

24  what the Court is permitting to have done.

25          And if we're not, I think the defense needs to

 1   understand that, because, clearly, this kind of expertise cuts

 2   right to the heart of what I thought at least this Court said

 3   it wasn't going to permit.

 4          **MR. LEUNG:**  Two things, Your Honor.  First, the

 5   Government has made no attempt to identify individuals; rather,

 6   we have shown pictures of gang graffiti, of gang drawings, and

 7   gang -- individuals flashing gang signs to give examples of

 8   Detective Flores' expertise.

 9          The Government originally didn't want to do this,

10   but I think the defense yesterday indicated that it wanted to

11   do this.  In any event, we will end our presentation now with

12   the exception of two more items.

13          In any event, Your Honor, the Government did not

14   identify any individuals; there was no identification at all,

15   so I do not understand the basis of Mr. Philipsborn's

16   objection.

17          **MR. PHILIPSBORN:**  I don't think that's a response

18   that can be taken seriously.  There are individuals who have --

19   whose faces are recognizable depicted in photographs.

20          Again, the question that we have here is to go

21   through opinions that this Court is considering admitting in

22   the trial.  And I think the subject that we are addressing here

23   is central to the scope of the opinion that the Court is going

24   to permit.

25          And all I'm inquiring into is, first of all, again,

 1    I made the objection, this is outside the scope of the -- of

 2    the areas of expertise that this Court essentially boxed for

 3    us.  And it's also, incidentally, the base of the jury's

 4    province under 704, just as some of the detective's aside

 5    about, you know, well this shows exceptions to the gang life.

 6    We were, I think, all sort of waiting to see where we were

 7    going.

 8              Where he states opinions that invade the jury's

 9    prerogative or that essentially allow him to try to define an

10    individual's state of mind, he's crossing the line into areas

11    he shouldn't be in.  But on the issue of identification of

12    individual members, I think we're outside the scope.  And I

13    would respectfully ask the Court to clarify what its position

14    is, because I don't think these individual photographs should

15    be -- should be part of the expert's presentation.

16              Obviously, the Government could actually zero in on

17    the hands rather than the faces, which is a different issue,

18    but, if the photographs are going to be shown the way the

19    Government is displaying them now, we are in a completely

20    different territory than I think most of us envisioned.

21              MR. SABELLI:  Your Honor, I'd like to join that

22    objection and amplify it a little bit -- this is Martin Sabelli

23    for Mr. Herrera.

24              I think Mr. Philipsborn's objection also applies to

25    some of the gang monikers that were identified by Mr. Flores.

 1    And to give it a little bit of context, Your Honor, we are here

 2    not because the defense insisted that we go through this

 3    exercise, that is what Mr. Leung just said, that is not the

 4    case, we are here because the list of opinions proffered by the

 5    Government from Mr. Flores make reference to these exhibits.

 6            And the Court suggested to Mr. Leung yesterday that

 7    if Mr. Leung wants to use any of these exhibits at trial as the

 8    basis for an opinion, he needs to make a decision whether or

 9    not to go through that.  So we are not here because the defense

10    is insisting that we go through it.

11            But more importantly, Your Honor, the problem is

12    that these particular identifications by Mr. Flores of monikers

13    and of individuals is outside of what the Government promised

14    would be this man's expertise.  In the list of expert opinions

15    and in every representation that Mr. Leung has made orally to

16    this Court, Mr. Leung has said that Mr. Flores will not be

17    giving any opinions about San Francisco or about the individual

18    members in San Francisco.

19            And what we have here is not Mr. Flores going

20    through and generally talking about graffiti, what MS graffiti

21    is and what it means, but now we have evolved into an exercise

22    of actually identifying individual monikers that are associated

23    with individuals allegedly within the clique and of actually

24    pointing out individuals who are seated here today and accused

25    in this case throwing hand signals, which, of course, would

 1    make them members.  That is not an issue which we expected,

 2    because the Government promised that Mr. Flores would not be

 3    engaged in any expert opinion relative to the San Francisco

 4    clique or to San Francisco members.

 5            And so I make a due process objection on that

 6    ground, Your Honor, that we've been sandbagged, in a sense, if

 7    this is what Mr. Leung intends to do.

 8            **MR. LEUNG:**  Your Honor, may I respond to that?

 9            **THE COURT:**  Please.

10            **MR. LEUNG:**  That is a ridiculous objection, it's a

11    ridiculous claim.  Nowhere during the course of Detective

12    Flores' testimony did he identify any individuals.  Rather, his

13    testimony was that based on his experience and training, his

14    over a decade's worth of experience and training, gang graffiti

15    that depicts names typically have gang monikers next to them.

16            If we were to ask Detective Flores, I would suspect

17    that he would say he doesn't recognize any of the monikers.  If

18    we were to ask Detective Flores, he would not know any of the

19    defendants.

20            He has not identified anyone, Your Honor, and the

21    defendants' outrage is rather ridiculous.  What he has done is,

22    based on his expertise, described to the Court a common

23    configuration for gang graffiti, for gang writings, which is to

24    have the letters "M" and "S," and then to have names in there.

25            In any event, Your Honor, this evidence will be

1    coming in, as the Government explained yesterday, through other

2    witnesses.  So for purposes of today, we're happy to wrap it up

3    with the exception of two more items that we --

4          **THE COURT:**  At trial, let's say the photographs come

5    in through some other witness.

6          **MR. LEUNG:**  Um-hmm.

7          **THE COURT:**  And assuming the Court were to allow

8    Detective Flores to testify, is it your proposal that he would

9    then be shown those photographs to identify what the hand

10   signals are?

11         **MR. LEUNG:**  Yes, Your Honor, because he would be

12   identifying the significance of the hand signals.  He would not

13   be identifying individuals.

14         **THE COURT:**  Why isn't that right?  I mean, why

15   isn't -- why isn't the Government entitled to -- assuming that

16   this is foundation and that this witness knows what the hand

17   signals mean, why isn't he entitled to say, I don't know who in

18   the world that guy is in the photograph, but I can tell you

19   what the hand sign means?  Why can't he do that,

20   Mr. Philipsborn?

21         **MR. PHILIPSBORN:**  Well, first, as I said, I mean, I

22   think the question that the Court is posing again indicates

23   that we are outside the scope that the Court actually

24   contemplated and that we contemplated being in.  I mean --

25         **THE COURT:**  I -- don't speak for me.  I -- this is

Flores - Direct / Leung

 1    exactly what I contemplated.  I wanted to find out if he had

 2    the ability and the foundation to be able to do exactly that

 3    kind of things that you two are arguing about in this hearing.

 4         So I don't know why you keep saying that I didn't

 5    contemplate this.  I invited counsel yesterday to -- I had

 6    never seen any of these photographs, but if he was going to use

 7    them at trial with this witness, he should go through it today

 8    so that we flesh these kind of questions out.

 9         *MR. PHILIPSBORN:*  Your Honor, I'm sorry.  And I

10    understand the Court's point when it poses that question.  I'm

11    referring to the Court's order, the order in which the Court

12    made reference to the fact that we are essentially not going to

13    have a trial by expert.  And among other things, the Court

14    indicated that we weren't going to get into the designations of

15    individuals as members which essentially --

16         *THE COURT:*  I don't remember saying that.  What I

17    remember saying was that things like this, that this witness --

18    that one of the issues in this case, is the structure of the

19    RICO enterprise, and can this witness come in and say what the

20    MS-13 chapter in San Francisco -- how it was organized?

21    Probably not.  He said he didn't know anything about San

22    Francisco.  But, that's not the end of the story.  There are

23    quite a number of different proposed opinions here.

24         One opinion is, what is the hand signal.

25         *MR. PHILIPSBORN:*  I agree, Your Honor.

**Flores - Direct / Leung**

1            *THE COURT:*  And why -- isn't he qualified to tell us

2  what that hand signal is?

3            *MR. PHILIPSBORN:*  Well, yes.  And I indicated that I

4  understand that.

5            *THE COURT:*  Then if it's in a photograph and he says

6  I don't know who that guy is in the photograph, but that's a

7  hand signal, what's wrong with that?

8            *MR. SABELLI:*  Your Honor.

9            *THE COURT:*  He is going to prove up in some other

10  way who that person is?

11            *MR. SABELLI:*  Your Honor, I have a different

12  objection.

13            *THE COURT:*  Wait, I want to hear what

14  Mr. Philipsborn --

15            *MR. BERSON:*  I think we have a bathroom emergency.

16  It's my client.

17            *THE COURT:*  Who has the bathroom emergency?

18            *DEFENDANT CRUZ-RAMIREZ:*  Me.

19            *THE COURT:*  You really got to go?

20            *DEFENDANT CRUZ-RAMIREZ:*  Yeah.

21            *DEFENDANT MALDONADO:*  I do, too.

22            *THE COURT:*  All right, we'll take a fifteen-minute

23  break.

24                   **(Recess taken at 9:12 a.m.)**

25                   **(Proceedings resumed at 9:38 a.m.)**

1     **THE COURT:**  Okay, back to work.  Please be seated.

2         All right, on the issue that was being raised when

3     we broke, we're going to get the testimony today.  And anyone

4     who feels at risk from anything you've heard, just

5     cross-examine today.  But I am not going to rule anything in or

6     out in response to these objections that have been made right

7     now.  You can make these objections later.

8         But I will say this:  There are some issues that I

9     have concerns about this witness, but the hand signals and what

10    is shown in a photograph by way of hand signals is at the

11    farthest end from that, I don't have much concern about that.

12        And to my view, it is the fact that -- if all -- the

13    witness is just asked to say, what is that hand signal, whoever

14    that is in that picture is using, and he says, well, that's

15    MS-13 hand signal and he doesn't try to identify who the person

16    is in the picture, I don't see anything wrong with that.

17        And then the Government has got to prove up who that

18    is in some other way.  Yes, it's a picture of somebody, and

19    maybe the jury can look at it and say, that looks like

20    Defendant No. 3, but that's life, that's just the way people --

21    they are who they are.

22        I don't want you to come back later,

23    Mr. Philipsborn, and say, well, I misunderstood the purpose of

24    the hearing and I want to ask more questions.  You are free to

25    ask all the questions you want at this hearing.  So you are

**Flores - Direct / Leung**

 1    free to make more objections later, as well.

 2            But right now I'm going to let the Government lay

 3    all the foundation that it wants for -- for its pictures and

 4    diagrams.

 5            All right, anything more?

 6            **MR. PHILIPSBORN:**  I appreciate the Court's comments

 7    and am instructed by them.

 8            If it please the Court, just so we can be clear on

 9    this one point?  And the Court was right, I erred, I just want

10    to be clear, because I reviewed, thanks to Mr. Sabelli's help,

11    I reviewed the court order that I was misremembering, it was

12    the June 8, 2010 order, which is a 14-page order.  It's in our

13    docket at 1821.  It's the order in which the Court says at page

14    12, beginning at line 11:

15            "For the foregoing order" -- "For the foregoing

16    reasons, this order holds that the police expert opinions as to

17    the structure, organization, and operations of the MS-13 gang

18    will not be allowed in as case in chief evidence to prove the

19    substantive elements of the RICO or VICAR offenses charged

20    herein.  On the other hand, subject to foundation, police

21    expert opinions will be allowed to explain code words and

22    customs used by drug dealers in the Bay Area so long as the

23    specific passages and the events which are the subject of the

24    opinions are specified in a proper Rule 16 disclosure along

25    with the bases and reason therefore."

 1              The Court did not, in fact, mention anything about

 2     membership.  And I apologize, I erred.

 3              But that said, I would like to clarify, if the Court

 4     permits me to do so, with a respectful question to Mr. Leung

 5     through the Court, which is, does the Government now envision

 6     having any of these experts actually identify anybody -- any

 7     defendant in this case as a member of either the charged

 8     enterprise or of MS-13 or of a clique?

 9              **THE COURT:**  Do you want to answer that?

10              **MR. LEUNG:**  I've stated it on the record:  The

11     experts will not be testifying as experts to identify the

12     defendants.

13              **THE COURT:**  How about some of these other experts?

14              **MR. LEUNG:**  Two of them --

15              **THE COURT:**  Are they going to do it in a percipient

16     way?

17              **MR. LEUNG:**  Two of them do know some of the

18     defendants as percipient witnesses.  And we had proposed in our

19     briefing a way to break down their testimonies to separate

20     their testimony on different occasions.

21              **THE COURT:**  So is -- will any of those officers do

22     what Mr. Philipsborn is asking?

23              **MR. LEUNG:**  Yes, they will be able to identify the

24     witnesses as percipient witnesses -- I mean, they will be able

25     to identify the defendants as percipient witnesses.

1          But, Your Honor, just to be clear, we have also been

2     crystal clear about the fact that we will not offer any expert

3     opinion that any defendant is a member of MS-13.

4          **THE COURT:**  All right.

5          We are going to continue, but I feel,

6     Mr. Philipsborn, you read from that order that I did, and that

7     was the way I felt at the time of the order, but there were

8     some subsequent orders and revisions to the write-ups, and

9     without me going back and looking at them, I just -- the whole

10    reason that we're having this hearing is to give the Government

11    an opportunity to move me off of that position.  So that's at

12    least part of the reason.

13          And so I would not want you to feel sandbagged if

14    the Court changes its view and says, oh, okay, the witness can

15    testify to aspects of the structure of MS-13 gang because

16    that -- you correctly quoted what I said in the June order, but

17    there were some orders after that.

18          And so I -- and I cannot bring to mind all of what I

19    said at this point, but I do know that the reason we are having

20    this hearing is to find out what the foundation is and how far

21    he would be able to go, if permitted.

22          In my view, this is a complicated problem.  There is

23    a foundation issue, one issue.  There is a 403 issue:  For

24    example, how many times can a witness like this refer to

25    violence, killing police officers, killing police officers,

```
 1   violence, violence, violence, kill, kill, kill, and yet he

 2   knows nothing about this gang up here, this particular

 3   individual, but he has knowledge, in general.  So that's 403.

 4   That's a separate problem.

 5           Next is the issue of invading the province of the

 6   jury on something where the jury doesn't need any expert

 7   testimony, totally separate problem.  I guess you raised

 8   something that I didn't -- promises that the Government has

 9   made to you that I know nothing about.  So if the Government

10   has made a promise to you and you want to say, well, it would

11   be a violation of due process, well, that's a promise that you

12   made -- I wasn't a party to those kind of promises.

13           I don't know what you are talking about, but perhaps

14   it's in the record somewhere.  But that would be yet another

15   layer of issues.  There is at least those four separate

16   problems we got to sort out, and I'm going to sort them out.

17   And I don't know what that answer is right now, but so don't

18   refrain from asking questions on the theory that something's

19   been decided.

20           MR. PHILIPSBORN:  I hear you, Your Honor.

21           On the other hand, I think we have to be guided, if

22   not by the Court's rulings, at least by the Government's

23   proffer and by the Government's representations about what it

24   intends to do and not do, and so in that sense.

25           But I understand the Court's cautionary note that
```

```
 1   the Court has not yet determined its view of the appropriate

 2   boundaries of the expert testimony, so we're instructed in that

 3   sense.

 4            THE COURT:  All right, let's continue.  Let's

 5   continue on with the -- and try to wind up this witness and

 6   move to the next witness.

 7            MR. SABELLI:  Your Honor, before Mr. Leung

 8   continues, I want to make a point that I think even Mr. Leung

 9   will not characterize as ridiculous, and that is many of the

10   defendants have asked me if they can be deemed as having joined

11   in Mr. Philipsborn's objection and my objection and any

12   objections we make today or yesterday with respect to the

13   testimony.

14            We don't have a standing order that everyone is

15   joining in in the objections, but since Mr. Philipsborn and I

16   and Mr. Goldrosen are questioning on behalf of the group, can

17   we be deemed to -- can everyone be deemed to join in the

18   objections?

19            MR. LEUNG:  That's fine with us, Your Honor.

20            THE COURT:  For the limited purpose of this hearing

21   only, yes, but I'm not going to have a blanket thing that

22   applies with every hearing because it might not be practical to

23   do it at a different hearing.

24            MR. SABELLI:  Sure.

25            THE COURT:  For this hearing, if -- somebody doesn't
```

 1   have to stand up and object, but I guess if they feel like they

 2   don't want to object, then they got to stand up and say, no, I

 3   don't agree with that objection.

 4           MR. SABELLI:  Two further points, Your Honor, very,

 5   very briefly.  One is, we will find the place in the record, I

 6   think it's more than once, that Mr. Leung stated very clearly

 7   that this witness, Mr. Flores, will not give opinions about

 8   San Francisco.  We'll find that, and we'll bring that to the

 9   Court's attention.  So I reserve that objection for now.

10           I also have an objection which I will raise once

11   Mr. Leung has concluded his questioning.  I understand he is

12   still on direct examination with respect to these exhibits;

13   once he has rested, I will make that objection.

14           THE COURT:  All right.

15           Mr. Leung, please continue.

16           MR. LEUNG:  Your Honor, in response to one of the

17   last points that Mr. Sabelli raised, we indicated that this

18   witness will not express any opinions about San Francisco, and

19   we haven't.  I don't see what his objection is based on.  There

20   has been no expert opinion rendered about the clique.

21   Detective Flores indicated he knows nothing about the clique.

22           THE COURT:  Well, I think -- I'll say it again:  If

23   that was the representation, I would not have understood that

24   to rule out showing this witness a photograph that happened to

25   be somebody in San Francisco, but he had no clue who they are,

1    they could be in Utah, for all he knows, but he can identify

2    the hand sign.  That would be okay.

3                MR. LEUNG:  That's the Government's understanding,

4    as well.

5                THE COURT:  That's the way I'm going to rule.  And

6    it's up to the Ninth Circuit to overrule me if they feel that

7    I'm wrong on that.  But that's not offering an opinion on

8    San Francisco, that's offering an opinion on the hand sign.

9    And its doesn't matter, that particular question, who is in the

10   picture, that is going to be proven up some other way.

11               MR. LEUNG:  Thank you, Your Honor.

12               THE COURT:  Go ahead, please.  Let's finish up with

13   this witness.

14               MR. LEUNG:  All right.

15                       DIRECT EXAMINATION, CONTINUED

16   BY MR. LEUNG:

17   Q.  Detective Flores, let me show you what has been marked as

18   photo 000178.  You testified yesterday concerning gang rosters

19   that you've seized in the course of your career; can you tell

20   us, generally, is this item consistent with a gang roster?

21   A.  Yes, appears to be consistent --

22               THE COURT:  You know, I don't like that phrase,

23   "appears to be consistent."  That doesn't mean that it has to

24   be, it just means that it's not inconsistent.  I think you

25   ought to use a different -- that -- does he have an opinion as

1    to what it is, that is what you ought to ask.

2    *BY MR. LEUNG:*

3    *Q.*  Do you have an opinion as to what this is?

4    *A.*  Yes, sir.

5    *Q.*  What do you think this is, in your opinion, given your

6    experience?

7    *A.*  It appears to be roll call with a specific date at the top,

8    which would indicate a list of names, rosters on the left

9    margin of the paper at the bottom, and a -- what appears to be

10   a dollar amount next to each name, or a letter.  This would be

11   consistent throughout my career, items I recovered or

12   investigations I've taken a part of where such lists such as

13   these have been recovered.  And they are a roll call for gang

14   meetings and an indication of members that attended, members

15   that paid dues at those meetings.

16            *MR. CANNON:*  Your Honor, can we have a Bates number

17   on that docket for identification?

18            *MR. LEUNG:*  Photo 00178.

19            *THE COURT:*  Can I ask a question about it?

20            What does "P" mean?

21            *MR. LEUNG:*  P?

22            *THE COURT:*  The word "P" on there.  Some of them

23   have "P" beside their names; what does that mean?

24            *THE WITNESS:*  Um --

25            *THE COURT:*  Don't guess.

 1              **THE WITNESS:**  I could not guess, sir.

 2              **THE COURT:**  You don't know what it means, all right.

 3              **MR. LEUNG:**  May I approach the witness?

 4              **THE COURT:**  Yes.

 5     BY MR. LEUNG:

 6     **Q.**  Let me show you what's been marked as Government's Exhibits

 7     2 and 3.  Did you listen to 2 yesterday?

 8     **A.**  Yes, sir.

 9     **Q.**  And generally speaking, what was it?

10     **A.**  It's a rap, a Spanish rapper, appears to be from MS-13

11     singing in Spanish.  And singing a rap song in Spanish, at the

12     beginning of which he is sending out greetings or shout-outs to

13     other MS-13 members during the song.

14     **Q.**  And finally, let me show you Government's Exhibit 3.  Did

15     you view this video yesterday?

16     **A.**  Yes, sir.

17     **Q.**  And what is it?

18     **A.**  It is a video, recording of a surveillance of a large MS-13

19     gang meeting, during which certain beatings or jumping-ins are

20     handled during the video.

21              **MR. LEUNG:**  No further questions, Your Honor.

22              **THE COURT:**  Okay.

23              Who wants to go first?

24              **MR. SABELLI:**  Your Honor, I actually have a motion

25     that I think I should make outside of the presence of the

**Flores - Direct / Leung**

 1    witness.  I would ask that the Court direct Mr. Flores to step

 2    outside for one moment.

 3              **THE COURT:**  Any objection?

 4              **MR. LEUNG:**  No, Your Honor.

 5              **THE COURT:**  Mr. Flores, would you -- Detective

 6    Flores, please step out in the hall.  And don't go too far.

 7    Maybe five minutes we'll be ready.

 8                    **(Witness exits courtroom.)**

 9              **MR. SABELLI:**  Your Honor, this is an in limine

10    motion to request the ability to cross in an area that I

11    started to cross on yesterday.  Mr. Leung objected, and the

12    Court sustained the objection.  And I wanted to advise the

13    Court of what the relevance of this area is.

14              The area in question is what Mr. Flores knows about

15    Jaime Martinez, that is SF 1218, specifically, what Mr. Flores

16    knows about the credibility of SF 1218.

17              The reason it's relevant is the following:  This

18    witness has testified repeatedly that he has a methodology that

19    underlies his expertise.  That methodology, we've heard it

20    probably 50 times yesterday, was the totality of his experience

21    allows him to hear somebody during an interview, a gang member

22    during an interview, and then somehow validate that interview.

23              In this case, we know that in Los Angeles, and I

24    doubt very much that the U.S. Attorney would dispute this,

25    there is a case called **United States v. Sanchez**, the lead

1    defendant in that case is Alex Sanchez, the Court may know a

2    little bit about this case already, but Mr. Sanchez, as part of

3    the proof in that case, Mr. Sanchez allegedly is a shot caller

4    in one of the LA cliques, came to San Francisco and attended a

5    high-level meeting here in San Francisco.  The proof of that,

6    allegedly comes from San Francisco 1218, SF 1218, Jaime

7    Martinez.

8             If Mr. Flores is to be taken at his word, and he

9    does have a methodology, that methodology would come to play or

10   bear upon his investigative work in LA.  Anything he has to do

11   in terms of -- the bulk of his experience is in Los Angeles.

12   He is the co-lead case agent in the Sanchez case, so if he does

13   have a methodology and does apply it, he would, of necessity,

14   have investigated or tried to validate the statements of SF

15   1218 because it's a big part of a big case in LA in which he is

16   the co-lead agent.

17            We here in San Francisco know that SF 1218 attempted

18   to have or had Ana Ramos lie to a Grand Jury.  That, I would

19   assume, and I think the Court would agree, bears upon the

20   credibility, very profoundly upon the credibility of SF 1218.

21            This is knowledge which the San Francisco

22   prosecutors have which would assume that ICE has, we know ICE

23   has it, and that the FBI have, and that we would assume would

24   be imparted to the folks down in LA.  And if this man actually

25   has a valid methodology, he would inquire of people who were

1    the handlers of SF 1218 here in San Francisco.

2            So if he has the methodology which he's claiming to

3    have, which is to listen to somebody and then try to validate

4    it through the available means he has, it would have been a

5    simple thing for him to talk to the handlers here in

6    San Francisco or talk to Mr. Leung or Mr. Frentzen, and find

7    out that SF 1218 in fact counseled or encouraged Ms. Ramos to

8    lie.  And if he doesn't have that kind of information, I would

9    suggest to the Court that the Court should be very, very

10   skeptical of any claimed validation process by Mr. Flores.

11           So I would like to demonstrate to the Court, I would

12   like the opportunity to inquire of Mr. Flores whether or not he

13   knows the first thing about the obstruction of justice which

14   Mr. Martinez effectively perpetrated upon this Court.

15           I think that's a reasonable request.  I think it's

16   going to take less than two or three minutes.  And I think it's

17   fundamental to understanding whether the claimed methodology of

18   this witness is actually used.

19               **MR. LEUNG:**  May I respond to that, Your Honor?

20               **THE COURT:**  Please.

21               **MR. LEUNG:**  First and foremost, this issue came up

22   yesterday:  Detective Flores testified he did not rely on 1218

23   in formulating his opinions.  That should end the inquiry; the

24   Court held so yesterday in sustaining the Government's

25   objection.

1          The other thing is, this is a transparent attempt to

2    litigate Los Angeles' case for them -- the attorney from LA is

3    sitting in the back again.  And it's telling that Mr. -- that

4    Mr. Sabelli's argument for the past two or three minutes has

5    focused on Los Angeles and what 1218 may or may not know about

6    the Los Angeles case and the Alex Sanchez case as opposed to

7    the opinions of Detective Flores, Your Honor.

8          *MR. SABELLI:*  Your Honor, I would like --

9          *MR. LEUNG:*  I'm not quite done yet, Mr. Sabelli.

10         What is dispositive is the fact that Detective

11   Flores testified yesterday he did not rely on 1218's testimony

12   in formulating his opinions, that should end the inquiry.  The

13   Court decided that yesterday.

14         Mr. Sabelli made other inaccurate representations

15   concerning the facts of the case, although it's not relevant,

16   as a legal matter, but I would object to those as well.  And if

17   the Court wants me to go into further details, I would clarify.

18         But what is dispositive is that for purposes of this

19   inquiry, Detective Flores testified clearly he did not rely on

20   1218.  And the Court should maintain -- maintain the

21   Government's objection now.

22         *MR. SABELLI:*  Your Honor, may I respond?

23         First of all, I'm not asking a single question about

24   what is happening in the LA case.  I'm not going to ask

25   Detective Flores the first thing about the LA case.  I'm not

1    interested in it.  I know that there is a lawyer from LA here,

2    he does not represent Mr. Sanchez.  I've never had a discussion

3    with him about what he wants me to ask, nothing at all like

4    that.

5              And to cast that kind of aspersion, that kind of

6    personal aspersion as if I'm doing some sort of discovery for

7    the LA case is somewhat -- it's personally insulting.  I don't

8    want to spend a lot of time on it.  I think my record in this

9    case and in all other cases shows that I'm not that kind a

10   lawyer.  And, you know, I think the Court should take some

11   umbrage to that kind accusation thrown around lightly.

12             More importantly, I'm not asking a darn thing about

13   the LA case.  All I want to know is, does Detective Flores know

14   that Jaime Martinez is somebody who told a witness to lie to a

15   Grand Jury.

16             **MR. LEUNG:**  That's inaccurate, Your Honor.

17             **MR. SABELLI:**  That's what I want to know, that's it.

18             Secondly, what is being tested here is not the

19   opinion of this person, but, rather, the methodology of this

20   person.  One of the Court's concerns in this hearing is, does

21   this man have adequate bases for his opinions.  One of the ways

22   the Court can evaluate whether those bases exist is to

23   understand his methodology.

24             And what I want to point out to the Court is, if he

25   does have a legitimate methodology, as he told us he does, then

 1    he would have to know something about this Martinez incident in

 2    San Francisco.  He would have to know something because it's

 3    within the possession of the Government.  It's easily

 4    accessible to him.  All he'd have to do is ask one of the ICE

 5    handlers, is, hey, what do you think about this guy, Martinez,

 6    is he credible or not.

 7            **THE COURT:**  He says he didn't rely on him.

 8            **MR. SABELLI:**  But the point is, he didn't rely on

 9    any of the opinions in this case, but with respect to

10    Los Angeles, his methodology should be equally applied.

11            He is not a San Francisco expert, he is an LA

12    expert, the bulk of his experience is down there.  If he is the

13    lead case agent in a very important high-profile case in LA,

14    and in that case one of the witnesses against Mr. Sanchez is

15    San Francisco 1218, as he is, and I doubt the Government is

16    going to dispute that point, if that is the case, then

17    shouldn't he know, shouldn't he have taken the minimal step of

18    saying, what's the credibility of this guy?

19            If he doesn't do that down in LA, then we have a

20    real problem, that means that his methodology is completely

21    suspect because here you have a glaring problem, the Martinez

22    problem, in terms of what he told or encouraged Ana Ramos to

23    do.  And if this witness says he is somebody who tests and

24    validates what he hears from people and he never tested or

25    validated this witness in this case, this Court should know

**Flores - Direct / Leung**

 1   that it cannot rely upon its claimed expertise.

 2           **MR. LEUNG:**  Your Honor, I would never make personal

 3   attacks against Mr. Sabelli, so this is directed to his

 4   argument only, and his argument is, again, designed to elicit

 5   impeachment information for the benefit of Los Angeles.

 6           Again, I think Mr. Sabelli just indicated that that

 7   issue, in his mind, is this defendant -- this witness, who is a

 8   co-case agent in Los Angeles and whether he has certain

 9   information about a potential witness in the LA case, that is

10   far, far afield from this hearing here today.

11           In fact, Mr. Sabelli indicated the issue is not this

12   case, which should end the inquiry because we are litigating

13   this case.  This hearing is about the expert in this case, it's

14   not about Los Angeles and it's not to elicit -- it's not to

15   create impeachment material for the benefit of the Los Angeles

16   case.

17           **THE COURT:**  I must have a ruling now.  No more.

18   Here is the ruling:  The answer is, no, conceivably,

19   conceivably, I won't say yes, but conceivably at trial this

20   would be a possible line of impeachment of this witness, maybe

21   not, maybe it's too far afield.  But for purposes of this

22   hearing, even if you proved all of those things, it would not

23   rule the witness off limits for purposes of what we have to do

24   here today.

25           The main reason that I think you want this is to --

**Flores - Direct / Leung**

```
 1    is to find out what the answers are going to be so your

 2    impeachment at trial will go more smoothly, and that's just not

 3    a proper reason for doing it today.

 4            MR. SABELLI:  Your Honor, I understand the Court's

 5    ruling.  I'll abide by it, of course.  I want to make clear the

 6    bases for my objection are the due process clause, effective

 7    assistance clause, and the confrontation clause.

 8            THE COURT:  Thank you.

 9            Bring back the witness and let's continue.

10            MR. SABELLI:  Thank you.

11            MR. BERSON:  Your Honor, may I consult Mr. Leung for

12    a moment?

13                    (Counsel confer.)

14            THE COURT:  What is your objection, Mr. Berson?

15            MR. LEUNG:  It's an administrative matter.

16            THE COURT:  Can we bring in our witness and get

17    going?

18                    (No response.)

19            THE COURT:  Mr. Berson, can we continue?

20            MR. BERSON:  Just a moment, please.

21            Okay, yes, I withdraw.  Thank you.

22            THE COURT:  All right, thank you.

23            Mr. Sabelli, the floor is yours.

24            MR. SABELLI:  Thank you very much, Your Honor.

25    ///
```

1                    <u>RECROSS-EXAMINATION</u>

2      *BY MR. SABELLI:*

3      **Q.**   I want to ask you, generally, about the graffiti that you

4      discussed this morning when Mr. Leung was questioning you.

5                    Is it fair to say that graffiti is intended to have

6      a meaning which is obvious to people who are not gang experts?

7      **A.**   It can, depending on the person that's reading it.  And

8      their personal background could factor in.  But it's there to

9      be recognized, yes.

10     **Q.**   Graffiti is there to be recognized?

11     **A.**   Correct.

12     **Q.**   So it's there to be recognized by community members?

13     **A.**   Yes.

14     **Q.**   By members of other gangs?

15     **A.**   Correct.

16     **Q.**   So if somebody who is not a gang expert sees the letters

17     MS-13, they would know that that is MS-13 if they lived in an

18     MS-13 neighborhood?

19     **A.**   Again, depending on their background.

20     **Q.**   Now, I want to draw your attention to two particular items

21     that you have viewed today, one is 402025, and that was the

22     item that indicated "RIP Little Trucho."  Do you remember that?

23     **A.**   Yes, sir.  There were, I believe, two of those.

24     **Q.**   And I believe that you concluded that Little Trucho must

25     have been an MS member; is that right?

**Flores - Recross / Sabelli**

1    **A.**  Correct.

2    **Q.**  So your conclusion, simply seeing one of those exhibits,

3    40205 -- 402025, in particular, that was enough for you to come

4    to the conclusion that Little Trucho was an MS member?

5    **A.**  In combination with the rest in peace and the MS-13

6    additional markings that were on the piece of paper, yes, sir.

7    **Q.**  That one image was enough to come to that conclusion?

8    **A.**  Yes, sir.

9    **Q.**  Okay.

10          And the same with respect to R-2000, which had "RIP

11   Memo," M-e-m-o?

12   **A.**  Yes, sir.

13   **Q.**  That one image was enough for you to conclude that Memo

14   was -- and that was the ribbon, right, do you remember the

15   ribbon?

16   **A.**  Yes, sir.

17   **Q.**  That was enough for you to conclude that Memo must have

18   been an MS member?

19   **A.**  Yes, sir.

20   **Q.**  Okay, all right.

21          And then at the end, one of the last items that

22   Mr. Leung showed you was R-178, which was identified by you as

23   being consistent with a gang roster.

24   **A.**  Correct.

25   **Q.**  And then you later said it appears to be a gang roster?

1    *A.*   Correct.

2    *Q.*   Okay.  Any reason that might not be just a list of people

3    for some other purpose?

4    *A.*   Correct, sir, it could be a list of a totally different

5    gang.  And there is also a possibility it could be some

6    legitimate type of list or roster, as well.  Not knowing the

7    background of the roaster or where, from whom it was recovered,

8    just on the basis of looking at it what it appears to me.

9    *Q.*   Okay.  And did you make that point with the judge earlier,

10   it could be a legitimate roster?

11   *A.*   Could be, sir.

12   *Q.*   But did you make that point to the judge earlier?

13   *A.*   No, sir.

14   *Q.*   Now, can you tell us -- yesterday you mentioned that there

15   might be a difference between an associate and a member of a

16   gang?

17   *A.*   Yes, sir.

18   *Q.*   Can you tell us what you mean by that?

19   *A.*   Again, a member is somebody who has been validated as a

20   member of the gang through different criteria.  An associate

21   would be somebody who is closely affiliated to the gang but

22   hasn't reached the level of being documented as a actual

23   member.  It could be a person that just has not been documented

24   or has not reached the criteria for documentation as an actual

25   member, could be a close associate that aids in the workings of

**Flores - Recross / Sabelli**

```
 1   the gang, somebody closely tied into the gang, a family member,
 2   somebody who does business with the gang, but not an actual
 3   member as well.
 4   Q.  Okay.  And when you say "validated," you mean validated by
 5   law enforcement?
 6   A.  Yes, sir.
 7   Q.  So an associate is exactly the same as a suspected member?
 8   A.  No.
 9   Q.  What's the difference?
10   A.  Well, a suspected member could be also again, a hanger-on
11   or somebody that is trying to join or somebody that is looking
12   to join.
13           An associate can be somebody, again, who lives
14   within the community and is sympathetic to the gang members and
15   aids them by warning them if police are coming and tips them
16   off to certain information.  That could be an associate but not
17   an actual suspected member.
18   Q.  I'm sorry, I'm going to ask you to clarify that.
19           What is the difference between an associate member,
20   or associate of a gang, and a suspected member of a gang?
21   A.  Suspected member would be somebody, obviously, who I
22   believe but don't have the criteria to classify as an actual
23   member, somebody that is consistent with the activities of an
24   active member but is just shy of having that final level to
25   classify them as such.
```

**Flores - Recross / Sabelli**

```
 1              An associate would also cover somebody who I
 2   described before, who is potentially sympathetic that aids the
 3   gang but is not looking to become a member but aids them,
 4   either through business dealings or by mere fact of warning
 5   them, as an example, of police activity in the area.
 6   Q.  Well, I assume that in all your years of speaking to people
 7   in the street you must have spoken to associate members?
 8              THE COURT:  Wait, you said --
 9              MR. SABELLI:  I mean associates.  I'm sorry, Your
10   Honor.
11   BY MR. SABELLI:
12   Q.  Associates of gangs?
13   A.  Yes.
14   Q.  Okay.  And associate is not a term you used yesterday at
15   all in describing the numbers of people you had spoken to on
16   the street; is that right?
17   A.  I think, if I can recall correctly, sir, when I was asked
18   the numbers, there was two numbers given, members that I had
19   actually encountered that were admitted or classified as actual
20   MS-13 gang members, and there was another number given in
21   relation to the total number of persons suspected or affiliated
22   with MS-13 that I've encountered during my career.
23   Q.  And by the way, when you talk about the total number of
24   people you have spoken to on the street in relation to MS-13 --
25   withdraw that question.
```

**Flores - Recross / Sabelli**

```
 1              Yesterday, when you testified about the people you
 2   had spoken to on the street, gang members, or suspected gang
 3   members, the vast majority of those were MS related; is that
 4   right?
 5   A.  That's correct.
 6   Q.  Like would you be able to estimate how many?  90 percent?
 7   95 percent?  80 percent?
 8   A.  In relation to MS-13?
 9   Q.  In relation --
10   A.  Versus other gangs I've dealt with?
11   Q.  Taking the total number of people you testified about
12   yesterday as people you have spoken to on the street or somehow
13   related to a gang, what percentage of those people were
14   MS-related rather than related to some other Hispanic gang?
15   A.  The answer that I gave were related to MS-13 --
16   Q.  I'm sorry?  I couldn't hear you.
17   A.  The answer that I provided was directly related to MS-13.
18   Those were my estimates for MS-13, alone.
19   Q.  Directly related to MS-13?
20   A.  Yes, sir, given the best estimate I can.
21   Q.  Okay.
22              Now, you've testified, I think you said, in
23   something like 50 or 60 state cases as an MS expert?
24   A.  Yes, sir.
25   Q.  And half a dozen federal cases as an MS expert?
```

**Flores - Recross / Sabelli**

 1   *A.*  Yes, sir, roughly.

 2   *Q.*  Okay.  And in those cases, have you ever drawn a

 3   distinction between the value of speaking to a suspected MS

 4   member versus a MS -- a validated MS member?

 5   *A.*  I can't recall ever being asked that question,

 6   specifically, but the value of speaking to the actual member

 7   versus a suspected member could vary.  There might be more

 8   value in a suspected member, they might be more open to talking

 9   or truthful than an actual suspected member, so each individual

10   encounter would be treated uniquely.

11   *Q.*  Okay.  And I believe you said the same thing yesterday with

12   respect to a custodial interview versus a noncustodial

13   interview?

14   *A.*  That's correct, each circumstance is its own possibility.

15   *Q.*  Now, how many cliques exist in Los Angeles today?  How many

16   MS-13 cliques exist in Los Angeles today?

17   *A.*  Well, I would estimate there is probably about 15 active

18   cliques and probably an additional 10 to 15 identified cliques

19   at some point or another that have traveled through

20   Los Angeles.

21   *Q.*  Ten -- I'm sorry, 15 actual cliques?

22   *A.*  Fifteen active cliques.

23   *Q.*  And then 10 to 15 --

24   *A.*  -- additional cliques that have been identified or I've

25   encountered during my career.

**Flores - Recross / Sabelli**

1  *Q.*  But I'm talking about that exist right now in LA today, how

2  many active cliques, 15?

3  *A.*  Roughly, yes, sir.

4  *Q.*  And I believe you testified there were about 6000 MS

5  members in LA today?

6  *A.*  Roughly that have been documented or identified.

7  *Q.*  What's the average size?  Is there an average size of an MS

8  clique in LA?

9  *A.*  Again, the number vary, depending on law enforcement,

10  depending on members that are in custody, doing long periods of

11  time in custody, have been deported or in the process of being

12  in the Court system to fight cases.  The numbers of each clique

13  can vary.

14  *Q.*  What is the range from the smallest-sized clique to the

15  largest-sized clique?

16  *A.*  The smallest can have maybe a couple dozen, the larger

17  cliques can have a couple hundred.

18  *Q.*  All right, thank you.

19        And I -- do you have Exhibit 1 in front of you?

20  That's the list of opinions that you gave.

21  *A.*  Yes, sir.

22  *Q.*  Okay.  I'm sorry, you didn't draft these, you confirmed

23  these, or agree with these?

24  *A.*  Yes, sir.

25  *Q.*  Okay.  I want to draw your attention to numbers 16 and 17.

**Flores - Recross / Sabelli**

1            *MR. SABELLI:*  Does the Court have a copy?

2            *THE COURT:*  Yes.

3   *BY MR. SABELLI:*

4   *Q.*  Number 16 and 17.

5            Number 16, broadly speaking, refers to the duties of

6   an MS clique leader; is that right?

7   *A.*  Correct.

8   *Q.*  And number 17 broadly describes what happens at MS-13

9   meetings, according to you, right?

10  *A.*  Yes, sir, in general.

11  *Q.*  Yesterday you testified that your opinions 16 and 17 were

12  based upon the totality of your experience on the streets?

13  *A.*  That's correct.

14  *Q.*  And you specifically stated with respect to 16 and 17 that

15  one of the bases for these opinions was information you had

16  received from victims?

17  *A.*  Victims being potentially rival gang members and victims

18  that live in the community, or are directly related to some of

19  these gang members, yes.

20  *Q.*  Are you able to give us an example, with respect to 16 or

21  17, of how a victim provided some sort of basis for either of

22  those opinions?

23  *A.*  I can't point to one specifically in my memory, sir, but I

24  can give you an example.

25  *Q.*  Well, I'm asking you for the basis of the opinions, I don't

1   want you to speculate.

2            You cannot, sitting here today, recall any victim

3   giving you any information that would support opinions 16 or

4   17; is that true?

5   **A.**  That's true.

6   **Q.**  And today you testified that the word garra, g-a-r-r-a,

7   means rag?

8   **A.**  Literally, the literal translation garra is rag.

9   **Q.**  Rag, r-a-g?

10  **A.**  Yes.

11  **Q.**  Thank you very much, Detective.

12           **MR. PHILIPSBORN:**  I have no questions, Your Honor.

13  Thank you.

14           **THE COURT:**  Any other questions by the defense?

15           **MR. THOMSON:**  No, Your Honor.

16           **MR. CANNON:**  Your Honor, I just have a couple.

17           **THE COURT:**  All right, Mr. Cannon.

18                   <u>**CROSS-EXAMINATION**</u>

19  **BY MR. CANNON:**

20  **Q.**  I have a copy of what has been identified previously as

21  photo 178, that is what you referred to as a roster, I believe.

22  **A.**  Yes, sir.

23  **Q.**  Now, when you look at that, you testified that there are

24  some signs or symbols that connote -- that to you mean that

25  there is some gang association, correct?

**Flores - Cross / Cannon**

1   **A.**  Correct.

2   **Q.**  And that would be like the letters "M" or "S" or "13" and

3   "X" or "PLS," something like that?

4   **A.**  Those would be some, yes.

5   **Q.**  Are there -- is there a sign or symbol on that piece of

6   paper that you referred to as a gang roster that in any way

7   relates to any of those gang symbols?

8   **A.**  No.  The only indication here are some of the gang monikers

9   on the left side of the margin of the document.

10  **Q.**  Well, and you just referred to those as "gang monikers";

11  how do you know that those particular monikers are gang

12  monikers?

13  **A.**  These are monikers that I have seen through my career as

14  consistent with gang monikers.

15  **Q.**  You have seen them as consistent with gang mon -- and

16  you've also seen them, many people that have those names,

17  correct?

18  **A.**  I can't recall ever dealing with a person that wasn't a

19  gang member who was nicknamed "Fantasma" or "Trece" or "Capone"

20  or "Crimen" or "Spooky."

21  **Q.**  You've --

22  **A.**  Those are names I haven't in my career seen used in just

23  regular normal everyday use for identifying persons that were

24  nongang members.

25  **Q.**  So the only thing in your testimony that would make that

**Flores - Cross / Cannon**

1  evidence of gangs is the name, right?

2  *A.*  That would definitely raise my suspicion that this is gang

3  connected because of the monikers.  That's my opinion.

4  *Q.*  But you have -- no -- you don't have a list of gang

5  monikers?

6  *A.*  I don't understand your question, sir.

7  *Q.*  Do you have any -- just as some things repeat, like MS

8  repeats, the number 13 repeats, individual names don't repeat,

9  do they?

10  *A.*  Depending on the documentation.  Again, not knowing where

11  this document came from, not being able to know the background

12  of the document, simply looking at the list of the monikers

13  and, in my experience, understanding that this appears to be

14  connected with some type of gang meeting.  That is my opinion.

15  *Q.*  Well, how do you know that it's connected with a gang

16  meeting?

17  *A.*  It appears to have a date, which is consistent with

18  documenting a specific time and place.  It has a list of

19  persons who appeared to have been present listed by moniker on

20  the left margin.  I mean, it is simply my opinion.

21  *Q.*  But there is -- what you have is a list of names with a

22  date, correct?

23  *A.*  That's correct.

24  *Q.*  And a dollar sign and either a ten or a P, right?

25  *A.*  That's correct.

**Flores - Cross / Cannon**

1   *Q.*  And there is no gang indicia on that list?

2   *A.*  The only indicia that I see, again, is some of the

3   monikers, which I believe are gang monikers.

4          *MR. CANNON:*  No further questions.

5          *MR. GLENN:*  One question, Your Honor.

6          *THE COURT:*  Okay.

7                      <u>CROSS-EXAMINATION</u>

8   *BY MR. GLENN:*

9   *Q.*  You talked about associates and members; if you go through

10  your protocol and determine somebody is an associate, does that

11  mean he is not a gang member?

12  *A.*  I don't understand your question, sir.

13  *Q.*  If you determine somebody is an associate as opposed to a

14  member, does that mean he is not a gang member, in your mind?

15  *A.*  Correct, he is not a gang member, but an associate, yes.

16          *THE COURT:*  Anyone else?

17                      **(No response.)**

18          *THE COURT:*  Anything further, Mr. Leung?

19          *MR. LEUNG:*  Just a few questions, Your Honor, if I

20  may.

21                    <u>REDIRECT EXAMINATION</u>

22  *BY MR. LEUNG:*

23  *Q.*  Detective Flores, let me direct your attention back to

24  opinion items 16 and 17 on Government's Exhibit 1.

25  *A.*  Okay.

**Flores - Redirect / Leung**

1   *Q.*  Do you see that before you?

2   *A.*  Yes, sir.

3   *Q.*  What is -- what are those opinions based on?

4   *A.*  Again, the totality of my experience in dealing with

5   Mara Salvatrucha, specifically, the numerous debriefs,

6   interviews of members and suspected members of Mara

7   Salvatrucha, reviewing evidence collected from various

8   investigations, as well as viewing video surveillances,

9   monitoring calls which refer to or talk about meetings and

10  business that is conducted at some of these meetings.

11  *Q.*  During your debriefs and interviews with members of La Mara

12  Salvatrucha, do they describe beatings to you?

13  *A.*  Yes, sir.

14  *Q.*  Do you describe being beaten themselves on occasion?

15  *A.*  Yes, sir.

16  *Q.*  So if you are beaten, aren't you a victim?

17  *A.*  Yes, you would be.

18          *MR. LEUNG:*  No further questions, Your Honor.

19          *THE COURT:*  Anything more by the defense?

20          *MR. SABELLI:*  Yes, Your Honor.

21                  <u>RECROSS-EXAMINATION</u>

22  *BY MR. SABELLI:*

23  *Q.*  When I asked you about the victims with reference to

24  opinions 16 and 17, you weren't referring to MS gang members as

25  the victims, were you?

**Flores - Recross / Sabelli**

1    **A.**  No, sir.  I mean, a victim, by definition, means somebody

2    who comes forward and reports it.  I guess, technically

3    speaking, if a person is beaten they could be a victim.  But my

4    definition of victim, somebody that comes forward and reports

5    the actual crime.

6              **MR. SABELLI:**  Thank you very much.

7              **THE COURT:**  May the witness step down?

8              **MR. SABELLI:**  Yes, Your Honor.

9              **MR. LEUNG:**  Yes, Your Honor, may we excuse this

10   victim --

11                        **(Laughter.)**

12             **MR. LEUNG:**  I mean, this witness?

13                        **(Laughter.)**

14             **THE COURT:**  Any objection to excusing him so he can

15   go back to LA?

16             **MR. SABELLI:**  No, Your Honor.

17             **MR. PHILIPSBORN:**  Your Honor, only for the technical

18   purpose there may be impeachment that will be offered through

19   other witnesses.  I guess, technically, he should remain

20   subject to recall, though he probably wouldn't be recalled.

21             **THE COURT:**  All right, subject to that

22   qualification, you are free to go back to LA.  And we'll let

23   you know if we need you again.  Thank you, Detective Flores.

24             Be sure to leave behind any documents that we gave

25   to you here.

**Flores - Recross / Sabelli**

```
 1              All right, next witness.

 2              MR. FRENTZEN:  Your Honor, the Government calls

 3   Sergeant Molina, Mario Molina.

 4                        MARIO MOLINA,

 5   called as a witness for the Plaintiff, having been duly sworn,

 6   was examined and testified as follows:

 7              THE COURT:  Sergeant Molina, welcome.  Please raise

 8   your right hand.  Adjust the microphone so it catches your

 9   voice.

10              Mr. Frentzen, please proceed.

11              MR. FRENTZEN:  Thank you, Your Honor.

12                     DIRECT EXAMINATION

13   BY MR. FRENTZEN:

14   Q.  Could you -- I'm sorry, did you already state your name and

15   spell it for us?

16   A.  I have not.

17   Q.  If you could do that for us, please.

18   A.  My name is Mario Molina, M-a-r-i-o, M-o-l-i-n-a.

19   Q.  How are you employed currently, sir?

20   A.  I'm a police officer for the City and County of

21   San Francisco currently holding the rank of sergeant.

22   Q.  How long have you been working with the San Francisco

23   Police Department, in total?

24   A.  Over 15 years.

25   Q.  If I could, let me take you back, I guess, to before you
```

**Molina - Direct / Frentzen**

1   started working for the City of San Francisco, although I

2   suppose in time a little bit of this overlaps.

3               Could you tell the Court a little bit about your

4   education?

5   *A.*   Sure.  I have a degree in -- a BA degree in child

6   developmental psychology.  I have a Master's degree in marriage

7   and family and children counseling.  And I have an AA degree

8   from City College in criminal justice.

9   *Q.*   In any way or manner, has your education played any role in

10  terms of your -- the building of your expertise, if you will --

11  although I understand we are not at that point yet -- or

12  assisted you in dealing with gang investigations?

13  *A.*   It has helped me understanding human behavior, how people

14  do the things the way they do them and the reasons why.

15  *Q.*   Could you take us through your work experience prior to

16  working with the San Francisco Police Department?

17  *A.*   Sure.  I worked as an assistant counselor for the Youth

18  Guidance Center, which is located in San Francisco from 1987 to

19  1992.  I did five years of that.

20              I worked in live-in units with the minors that were

21  coming through the criminal justice system awaiting trials.  I

22  was one of the counselors assigned to them on the live-in

23  units.

24  *Q.*   Can you tell us what that is?

25  *A.*   There is units, live-in units at the Youth Guidance Center.

**Molina - Direct / Frentzen**

1                     (Court reporter requests clarification.)

2             THE WITNESS:  -- where juveniles are being housed

3    pending criminal charges.  And there are counselors, we are

4    called counselors, that assisted juveniles on the daily

5    routines, get them up in the morning, make sure they shower,

6    eat breakfast, go to school, write letters, whatever the daily

7    activity is.  So I worked as that for five years.  I would say

8    about three or some years as an assistant counselor, and that

9    was in the graveyard shift, midnights.

10            And then in 1990, I went to day watch, so I was

11   working in the daytime.

12            In 1992, I became a probation officer for the City

13   and County of San Francisco also.  I worked out of 850 Bryant.

14   I was assigned to a monolingual caseload dealing with criminal

15   offenders that were given probation by the Court some of whom

16   were gang members, but involved everything:  Drugs, robberies.

17   I supervised people that were on probation.  I did that from

18   '92 to '94.

19   Q.  And if you could, did any of your experiences there prior

20   to becoming a police officer assist you later on in terms of

21   gang investigations and understanding gangs?

22   A.  Yes, it did.  The five years that -- at the Youth Guidance

23   Center I got to know a lot of youth that were involved with

24   gangs that were coming to the juvenile system.  And as a

25   probation officer also, I had some of the youth that I had as a

1    counselor at YGC, I had them as probationers to me that I

2    supervised.

3                And then it's just like a revolving door, from

4    juveniles to the adult system.  I got to see the juvenile side

5    of them, and then I saw the adult system as a probation officer

6    and then as a police officer.

7    **Q.**  And are you, yourself, fluent in Spanish, sir?

8    **A.**  Yes, I am.

9    **Q.**  And in the course of your -- prior to becoming a police

10   officer, was that useful to you in terms of your work?

11   **A.**  Yes.

12   **Q.**  Could you describe how?

13   **A.**  I'm able to communicate with people that are monolingual,

14   Spanish speaking.  And I'm able to assist other officers and

15   other co-workers in communicating with people that are

16   monolingual, also.

17   **Q.**  Moving to your work experience as a San Francisco police

18   officer, could you tell us where you started with the

19   San Francisco Police Department?

20   **A.**  Sure.  I worked at Central Station, which is located in the

21   Chinatown area.  I did that as -- as a training station.  I was

22   there for about three or four months, which is the training

23   period, field training.

24   **Q.**  And just so we can place this, again, what year is that?

25   **A.**  That was early '95, after I graduated from the academy.

1   *Q.*  And I'm sorry, go ahead.

2   *A.*  So I trained there, I passed my field training program, and

3   I was transferred to Mission Station as a probationer.  And I

4   worked the Mission Station from 1995 to 2003, approximately

5   eight years.

6   *Q.*  Could you describe for us some of your daily activities and

7   experiences while you were at the Mission Station.

8   *A.*  Sure.  At the beginning, in 1995, I was assigned to a

9   patrol unit to a sector car, which means that I was in uniform

10  driving a black and white vehicle.  And I responded to calls

11  for services, people that called 911, and assisted in

12  investigations.

13          The latter part of '95, the Mission District

14  experienced a lot of violence, gang-related violence, so I was

15  asked to be part of a unit that was concentrating on reducing

16  the violence because I knew a lot of the people that were part

17  of that violence because of my previous experience as a

18  probation officer and as a counselor, so I was asked to be part

19  of a unit that was focusing on gangs.

20          And I became a plainclothes officer.  And my primary

21  duties were to do narcotics enforcement and the reduction of

22  gang violence.  So some of my duty was to buy narcotics.

23  Because I was a new officer to the district, I went undercover

24  and bought narcotics at Dolores Park, Mission and 20th.  24th

25  Street, Mission and 17, Mission and 16.  I did that for a while

**Molina - Direct / Frentzen**

1  until I became a familiar face to people, so I could no longer

2  do that.  But I still do, if I disguise.

3       So I continued doing plainclothes investigations,

4  mainly concentrating on gang violence, getting to know gang

5  members.  I worked ten hours a day.  My shift usually consisted

6  from 4:00 p.m. to 2:00 a.m.  I will go out to the areas that

7  are considered -- that were gang turf, like Mission and 19,

8  20th and Mission, the Mission Playground, Dolores Park.  24th

9  and Mission, 24th and Potrero, 26th and Harrison, 25th and

10  Harrison, Cesar Chavez, Coronado Park, which is located at 21st

11  and Shotwell; Franklin Square Park, which is located at 17th

12  and Bryant.

13       So that was my daily routine, getting to know the

14  gang members, the names, their monikers, getting to know their

15  colors, alliances with other gangs, tattoos, their families,

16  their work experience, whether they were working or not, were

17  they on probation or parole.  I did that for about eight years.

18                **(Court reporter requests clarification.)**

19  *BY MR. FRENTZEN:*

20  *Q.*  And we'll get into this in a little more detail, I think

21  later, but just for our purposes now, did you become aware

22  while working in the Mission Station of any particular groups

23  or gangs that you viewed, identified?

24  *A.*  I did.  The main two gangs in the Mission District are

25  Sureños, or southerners or Norteños, or northerners.

**Molina - Direct / Frentzen**

1  **Q.**  And in 1995, did you also begin to become aware of a

2  particular group referred to by MS-13?

3              **MR. GOLDROSEN:**  Objection.  That's leading.

4  **BY MR. FRENTZEN:**

5  **Q.**  Did you ever hear of MS-13, Sergeant Molina?

6  **A.**  Yes.

7  **Q.**  Can you tell us approximately when you first learned about

8  MS-13?

9  **A.**  When I got to the Mission District, in 1995.

10 **Q.**  Could you tell us how that particular group first came to

11 your attention?

12 **A.**  Um, the graffiti in the area of 20th and San Carlos, 20th

13 and Mission, the Mission Playground, my contacts with people

14 that claimed that gang, crimes that I investigated where people

15 were either victims or suspects in those crimes, and talking to

16 other officers in the Mission District that have been there

17 before I have.

18              Investigations, victims, talking to victims of those

19 crimes, talking to witnesses of those crimes, talking to the

20 merchants in those areas.  I attended community meetings; as

21 part of my role, I attended community meetings where I get to

22 hear people who live in the community talk about the gang

23 problems that they are having in their specific areas.

24 **Q.**  Um, let me -- or can you take us now from -- from Mission

25 and from the plainclothes work there, what was your next

 1   assignment in the San Francisco Police Department?

 2   **A.**  I was assigned to the Gang Task Force in 2003.  I was asked

 3   to be part of it, and I agreed.  And I went down to 850 Bryant,

 4   and I became a Latino gang investigator.  I was assigned to the

 5   Latino side of it.

 6           My duties as investigator was to respond to

 7   follow-ups, to do follow-ups.  When a crime has occurred, my

 8   duty was to respond, do the interviews with victims, witnesses,

 9   and suspects, if they wanted to talk to me, conduct search

10   warrants, arrest warrants, do community presentations, do

11   liaisons with other departments, talk to other officers, and so

12   forth.  So it's an investigative assignment.

13   **Q.**  Could you, for us, describe what is the Gang Task Force?

14   **A.**  The Gang Task Force in San Francisco is a group of

15   investigators, and we are divided in three phases.  There are

16   the main phases they have which is African-American gangs,

17   Latino gangs, and Asian gangs.

18                   **(Court reporter requests clarification.)**

19           **THE WITNESS:**  And then we have people assigned to

20   federal task force that investigate like motorcycle gangs and,

21   I would say, hate crime gangs, and so forth.

22   **BY MR. FRENTZEN:**

23   **Q.**  Now, you described there being different sections of the

24   Gang Task Force; as a gang task force member, could you wind up

25   working cases, at least for some period of time, on any type of

**Molina - Direct / Frentzen**

1   gang throughout the City?

2   *A.*  I could, because if I wasn't called that weekend and

3   something happened throughout the City, because we are

4   citywide, if it was an African-American gang involvement in

5   that case, I will respond to that location and deal with

6   whatever I need to deal with that.  If I thought it was beyond

7   me, I will call the investigators that will have more knowledge

8   about that particular gang.  But at the beginning, I will

9   respond and do the initial.

10   *Q.*  And then you described yourself as, along with everyone

11   else -- or, I guess, I gather the other members of the Gang

12   Task Force as specializing in a certain area; could you

13   describe for us how that happens and how that affects your work

14   in the Gang Task Force?

15   *A.*  I specialize in Latino gangs because I felt like that was

16   my forté.  Other people thought that that was my strength,

17   dealing with Latino gangs because of my knowledge, from my

18   previous assignments as a counselor, as a probation officer,

19   and as a police officer, the work that I have done, the amount

20   of people I knew, by their names, by their God-given names and

21   by their street names, my work in the community, people that

22   work in the community section that I work with.  I got picked

23   to do the Latino gangs, and that was something that I liked

24   doing, so...

25   *Q.*  And in terms of that focus, are you -- within the Gang Task

**Molina - Direct / Frentzen**

 1    Force and the assignments, do you become essentially directed

 2    more than Latin gangs -- maybe that question doesn't make

 3    sense.

 4              You described for us before sort of groupings of

 5    Latin gangs in the Mission?

 6    *A.*   Correct.

 7    *Q.*   Could you describe for us, as a Gang Task Force officer

 8    with your specialization, what groups you, yourself, focused on

 9    during your time at the Gang Task Force.

10    *A.*   Okay.  I concentrated on both Sureños and Norteños, on both

11    gangs.  We had, I will call it an umbrella, and then under that

12    umbrella, you had different cliques that claim -- that are a

13    specific umbrella.  So I concentrated on both of them.

14    *Q.*   And can you describe for us where, if anywhere, MS-13 would

15    fall under those umbrellas?

16    *A.*   Sure.  They fall under the Sureño umbrella.

17    *Q.*   And are there particular cliques of MS-13 that you,

18    yourself, focused on during your time working with the

19    San Francisco Police Department?

20    *A.*   Yes.  At the beginning was 20th Street, MS-13, 20th Street.

21    And later on, there was another clique that started frequenting

22    our district, it was PLS, Pasadena Local Sureños.

23    *Q.*   All right.

24              Could you in any way describe for the Court just to

25    distinguish between those two cliques?

**Molina - Direct / Frentzen**

1   **A.**  They are both MS-13 cliques, but the Pasadena Local Sureños

2   have more ties to Southern California, to Pasadena.  Their

3   tattoos were a little bit different, the same trademarks that

4   MS-13 has, but they had additional southerner city names, like

5   Pasadena, LA, and so forth.  So the same terminology, the same

6   ideology, just a different clique.

7   **Q.**  Okay.

8               And in terms of geography, and we'll get into this,

9   I think a little more specific in a minute, but just in general

10  terms, geographically, was there any distinction between these

11  two cliques?

12  **A.**  Yeah.  20th Street mainly claimed San Francisco, and PLS,

13  most of the members were coming from Richmond, in the East Bay,

14  Richmond, California.

15  **Q.**  But as a San Francisco Police Department officer, you still

16  became involved in investigations involving PLS?

17  **A.**  Yes, because they came to our city and committed crimes in

18  our city with our 20th Street clique.  It was a mixture of both

19  groups.  They actually committed crimes together.  They hung

20  out together in the same specific turf.

21  **Q.**  After the Gang Task Force -- what period of time were you

22  with the Gang Task Force?

23  **A.**  From 2003 to 2008.  I was promoted to a sergeant.

24  **Q.**  In 2008, when you were promoted to a sergeant, could you

25  tell us where you went from there?

1   *A.*  I went back to patrol.  I went back to patrolling the

2   streets.  I was assigned to the Ingleside District, which is

3   the outer Mission District, south, like, from the Mission

4   District.  That is the area between Cesar Chavez and the

5   Daly City border.

6   *Q.*  For what time period were you working as a sergeant in the

7   Ingleside Station?

8   *A.*  I was there for about a year.  I was assigned to the

9   midnight watch.  I was in street patrol for about a month and a

10  half.  And then I was -- was asked by the captain of the

11  station to become the supervisor of the plainclothes unit that

12  operated in that district.  So I was assigned to supervise

13  eight officers that were assigned to plainclothes

14  investigations dealing with gangs, robberies, and other crimes

15  in our district.

16  *Q.*  Could you describe for us your investigations of and

17  interactions of, if any, any Latin gangs during the time you

18  were at the Ingleside Police Station as a sergeant.

19  *A.*  Sure.  Almost on a daily basis when I was working.  In the

20  Ingleside, it's frequent, and it's also the hunters for a gang

21  called Norteños --

22                  **(Court reporter requests clarification.)**

23          ***THE WITNESS:***  It's frequent, and it's also the

24  hunters for a gang called Norteños, specifically, 31st Street,

25  that hangs out on Mission and 30th Street, Mission and

1   Highland, Mission and Onendega, O-n-e-n-d-e-g-a, and also, the

2   Excelsior Playground, which is Excelsior and, I want to say

3   Edinberg Street; Crocker Amazon Park, which is located on

4   Geneva Avenue and Moscow Avenue, right across from the

5   firehouse; Cayuga Park, which is located on Cayuga, I would say

6   about two blocks north of Ocean Avenue, and Mission and

7   Excelsior, which is another hunter for a gang.  That's like --

8   a gang called E-Mob, E-Mob, and stands for Excelsior Mob.  So

9   mainly, the whole district is just Norteño turf.

10  **Q.**  Okay.

11          After the Ingleside Station, did you leave there and

12  have another assignment as a sergeant?

13  **A.**  Yes, I did.  My probation was up as a sergeant for a year,

14  and I was transferred to the Mission District as a -- as a new

15  investigator because the department -- the Police Department

16  went through new changes.  They sent investigators from 850

17  Bryant to the different district stations, so all the

18  investigations were local instead of going to 850 Bryant with

19  the exception of sex crimes, Gang Task Force, and special

20  investigations.  So I was asked to be an investigator, and I

21  went back to the role of investigator.

22          I investigated crimes coming through the system:

23  Robberies, burglaries, vandalism, petty theft, aggravated

24  assaults.  Whatever -- when I was working, whatever crime came

25  through, I investigated.  I did that for about -- I figure

**Molina - Direct / Frentzen**

1  about a month and a half, and then I was asked to be part of

2  the plainclothes unit again.  I was asked to be a supervisor to

3  our plainclothes unit.  The Mission District has a large

4  plainclothes unit; we had 20 officers and two sergeants, so I

5  was asked to be in charge of half of that unit, so I'm in

6  charge of ten officers.

7          We do narcotics investigations, gang investigations,

8  robbery abatements, burglary investigations, vandalisms,

9  anything that has to do with crimes in the Mission District.

10  And they follow my schedule, and we do those.

11  **Q.**  And in terms of your more recent -- sort of back to the

12  Mission Station as a sergeant, have you continued to have

13  investigations and interactions involving Latin gangs in the

14  Mission?

15  **A.**  Almost every day that I work there.

16  **Q.**  In terms of your training, have you had any training

17  relevant to the issue of gangs and gang investigations?

18  **A.**  Yes, I have.

19  **Q.**  Could you give the Court some idea of -- of that training?

20  **A.**  I would say I have over 150 hours of specific gang

21  trainings.  I have attended numerous seminars put on by

22  organizations that I belong to, like gang investigator

23  associations throughout California and out of state.

24          The most recent one was three weeks ago.  I was in

25  San Diego for the National Conference of Latino Gang

 1   Investigators Association from August 29th through

 2   September 3rd, where we talked about gang violence, drug

 3   cartels, Sureño gangs, Norteño gangs, and cross-border violence

 4   coming from Mexico into our country.

 5   *Q.*  In terms of your -- sort of the overall picture of your

 6   training related to gangs and gang investigations, have you

 7   also received training specific to Latin gangs, whether it was

 8   the entire conference or some portion of the --

 9   *A.*  Yes.

10   *Q.*  -- of the training session?

11   *A.*  Yes.  That involved all Latin gangs, involved Sureños,

12   Norteños, gangs from other states.  I've also gone to Texas --

13   actually, this year's was San Diego.  The year before was

14   Denver, Colorado.  So I learned about the Latin gangs in

15   Denver.  I learned about Sureños and Norteños that had actually

16   migrated from California into their state and are becoming a

17   problem there.  That's in 2009.

18            In 2008, I went to Texas, city of San Antonio,

19   Texas, where we have our national conference, and I learned

20   about Latin gangs, some homegrown Latin gangs in Texas, in

21   San Antonio, Texas, and some of the gangs that have migrated

22   also from California into their state.  Talked about motorcycle

23   gangs, but mainly focused on Latin gangs, Sureños and Norteños.

24   *Q.*  And specific to any of those, or to any of that training

25   within the notion of Latin gangs, has there been any training

**Molina - Direct / Frentzen**

1    specific -- specifically related to MS-13?

2    **A.**   There has.   I have also attended a training put on by

3    Homeland Security in Jacksonville, Florida in 2008,

4    specifically about MS-13.   And that entailed like three days of

5    training.

6    **Q.**   So was that --

7    **A.**   Three or four.   It felt like the entire week, because I

8    left on a Sunday and I came back on a Friday.   So that was

9    dealing specifically with MS-13 throughout the United States.

10             And I also have taken a class in San Jose,

11   California, in 2008, also, specific to Sureño gangs.   I would

12   say half of those eight hours were dedicated to MS-13.   And

13   that was put on by the Central Coast Gang Investigators

14   Association.

15   **Q.**   Have you, yourself, taught or been an instructor in

16   training related to Latin gangs, and if so, specifically, as to

17   MS-13?

18   **A.**   I have.   I'm a POST-certified instructor, I'm certified by

19   the Police Officer Standards and Training in California.   And I

20   teach at the San Francisco Police Academy.   I teach the new

21   recruits coming through our police department.   I've been doing

22   so since 2003.

23             Prior to that, I was an assistant instructor for the

24   instructor who is now retired, a gang investigator by the name

25   of David Horton.   So I got recruited by him during the early

 1    2000s to assist him with the gang class.  And when he retired,

 2    I inherited that class.  I continue to teach that.

 3              I teach introduction to gangs, which is an overview

 4    of the different gangs that as a police officer they are going

 5    to get exposed to.  That's a two-hour block.  And I also teach

 6    the Latin gang section of it.

 7              I teach about our districts:  Where the gangs

 8    congregate, what colors they claim, their tattoos, their hand

 9    signs, their graffiti, what does it mean, what to look for, how

10    to conduct investigations in relationship to collecting

11    evidence that will be relevant in a gang case.  So I've been

12    doing that since 2003 to the present, not as much in the last

13    two years as I used to, but I still continue to teach.

14              I also have taught 911 operators, the San Francisco

15    emergency system.  I teach them what to ask on the phone if

16    they get a 911 call regarding a gang crime.  Obviously, they

17    have a set of questions that they are going to ask that has to

18    do with life and death situations, but then also I teach them

19    on how to, hey, did you hear any names being said, did you hear

20    any monikers, did you hear any colors being claimed, stuff like

21    that that can help us identify the people that have committed

22    those crimes.

23              I teach them about the turf, the areas where the

24    gangs congregate so they have an idea of what kind of crime

25    they are dealing with, what gang they might be dealing with

1    when they receive those 911 calls.

2            I also teach the probation officers that are

3    assigned to 850 Bryant.  I teach them about gangs in our

4    district and the city, specific Latino gangs.

5            I go out to communities, community meetings.  I -- I

6    teach high schools.  I have teacher/parent conferences, where I

7    meet with parents.  The school identifies a group of

8    individuals that they believe to be engaged in gang activity in

9    their schools, and they set up conferences where I come in and

10   talk about the gang life to the parents, what to look for in

11   their kids, what kind of signs to look for as far as graffiti

12   on their shoes, their backpacks, their notebooks, colors that

13   they are wearing, belts that they are wearing, handkerchiefs

14   that they are bringing home, friendships, areas, and so forth.

15   So I do that a lot.

16           I just conducted a seminar for the Goodwill in

17   San Francisco, they have a program called *Back on Track*, which

18   is assisting gang members that are coming from the judicial

19   system into -- back into our community.  So I taught a class on

20   Friday, last Friday, assisting their counselors in how to

21   identify gang members, how to identify tattoos, talk about the

22   areas, and some issues that they might be facing when dealing

23   with these individuals.

24   *Q.*  And did you also have an opportunity to do some teaching or

25   training outside of the City, specifically related to MS-13 to

1  other law enforcement officers?

2  *A.* I did. In 2005, I taught a block, I would say about an

3  hour block on MS-13 in Northern California, which is very

4  generic, I would call it "MS-13 101," about the gang itself,

5  the colors the tattoos, the area that they claim, the cities

6  that they had been identifying in Northern California,

7  San Francisco, Richmond, San Pablo, Marin County, Santa Cruz,

8  San Jose, and all these areas we have seen MS-13 gang members

9  committing crimes.

10          I did that -- I did a series of presentations for

11  the Department of Justice. It was a combined group of

12  different individuals through the judicial system. We have

13  parole officers teaching the class. We had Homeland Security

14  teaching a class, a group of different people teaching gangs,

15  in general.

16  *Q.* And in the course of the training you received and the

17  training you've done, have you had an opportunity to interact,

18  essentially, with other gang investigators and other gang

19  experts, both in California and from other parts of the

20  country?

21  *A.* I have. I keep in constant communication with gang

22  investigators throughout the United States. I had met officers

23  from Maryland, in the East Coast, specific, Prince George

24  County, which has a large population of MS-13 gang members,

25  they have a lot of cliques there. So I have a good

1  relationship with some of the investigators over there.

2        I also met people from El Salvador, police officers

3  recently that deal with gangs in El Salvador, Honduras,

4  officers.  Police officers that had come to the conference in

5  San Diego, I got to meet them and talk to them about the gang

6  issues in Central America.

7        I talked to investigators from the Denver Police

8  Department that I met when I went to Denver.  Texas, specific

9  Nuevo Varrio, which is the border city between Mexico and the

10  United States.  They are having a big issue with gang

11  membership and drug cartels there.

12        I talked to a lot of people throughout the United

13  States as part of my organizations.

14  **Q.**  Those organizations, could you just tell us about those?

15  What associations or organizations are you a member of that's

16  relevant to your gang investigations?

17  **A.**  Sure.

18        I'm a member of the Latino -- the International

19  Latino Gang Investigators Association.  I'm also a chair

20  advisor, training chair advisor for the California Central

21  Coast Gang Investigators.  That is located out of Central

22  Coast, which is San Francisco, Watsonville, Salinas area.  I'm

23  part of that, too.

24  **Q.**  What are those organizations?  What do they do?

25  **A.**  I'm sorry?

**Molina - Direct / Frentzen**

 1   **Q.**  What are those organizations, or associations, and what do

 2   they do?

 3   **A.**  Well, it is organizations that are mainly law enforcement

 4   that is dedicated to combating gangs, investigating gang crimes

 5   and providing -- I would say providing the community

 6   information about gang issues and gang violence.

 7   **Q.**  Have you previously been qualified in a court of law as a

 8   expert, or as a gang expert?

 9   **A.**  Yes, I have.

10   **Q.**  Could you tell us approximately how many times you've been

11   qualified as a gang expert, total?

12   **A.**  I would say over 30 times.

13   **Q.**  Could you give the -- this Court and all of us some idea of

14   which courts or where you've been qualified as a gang expert.

15   **A.**  California Superior Court in the City and County of

16   San Francisco, and the County of San Mateo, specifically,

17   Redwood City; Marin County.  I've also been qualified over the

18   phone in Canada, the country of Canada, and in gang-related

19   crime.

20   **Q.**  Of those times that you've been qualified as a gang expert,

21   could you classify for us what type of gang you were asked

22   opinions about, your opinions about?

23   **A.**  Mainly Latino gangs, all Latino gangs, Sureños and

24   Norteños.

25   **Q.**  Of the approximately more than 30 times you've been

**Molina - Direct / Frentzen**

1    qualified as a gang expert, on any of those occasions were you

2    qualified related -- specifically related to MS-13?

3    *A.*  Yes.

4    *Q.*  Could you tell us approximately how many times you were

5    qualified as a gang expert related to MS-13?

6    *A.*  I would say at least 10 times, approximately 10 times.

7    *Q.*  Now --

8              *MR. FRENTZEN:*  May I have one moment, Your Honor?

9              *THE COURT:*  Are you about to change subjects?

10   Because we are going to take a break.  When you get off of

11   qualifications, it's time for a break.

12             *MR. FRENTZEN:*  Other than generically what his

13   opinions are based on, yes, Your Honor, I'm done with his

14   background.

15             *THE COURT:*  Let's take a fifteen-minute recess at

16   this time.

17                    **(Recess taken at 11:05 a.m.)**

18                    **(Proceedings resumed at 11:24 a.m.)**

19             *THE COURT:*  Okay, a few things first.

20             Mr. Vermuelen, are you here now?

21             *MR. VERMUELEN:*  I am, Your Honor.  I got here a

22   little bit late.

23             *THE COURT:*  That's okay.  Somebody stood in for you.

24   But for the record, how long have you been here?

25             *MR. VERMUELEN:*  10:30, or so, at the conclusion --

**Molina - Direct / Frentzen**

 1  at the beginning of Sergeant Molina's testimony.

 2           *THE COURT:*  All right, good.  I just want to make

 3  sure the record is clear on who is here and representing who.

 4           I know we won't finish today.  We are going to go

 5  all day today with a lunch break at about 1:00.  And we'll take

 6  a break and then come back at roughly 1:45 or 2:00, but we

 7  won't finish these witnesses today.  So we will resume again

 8  after giving it our best shot today on next Wednesday.

 9           If that is an impossible date, we'll have to find

10  some other date.  But I'm going to ask you to try to make it

11  work next Wednesday morning.  Wednesday afternoon won't work.

12  We will start at 7:30 and go until the rest of Wednesday

13  morning.

14           *MR. GOODMAN:*  Your Honor, Peter Goodman for

15  Erick Lopez.

16           I came in about 9:30.

17           *THE COURT:*  Thank you for making that clear.

18           All right, now, the air conditioning, I don't know

19  why it's not working, just another electronic thing that has

20  failed us.  I have told them I want it down to 68 in here, and

21  I don't know why it's not.  I'm doing my best to get it --

22  Mr. Berson said it's locked in stone over there.  And that

23  thermometer doesn't do anything.  So I told him to go find who

24  is in charge of the air conditioning and get it to crank down.

25  We are going to just move along and do our best.

**Molina - Direct / Frentzen**

```
 1                 Are we ready to proceed?

 2             MR. FRENTZEN:  Your Honor, we are.  I'll just

 3    note -- well, I think the Court knows, we may have a problem

 4    with -- this witness' monitor --

 5             THE COURT:  Another electronic thing that's failed

 6    us.  The monitor in front of Sergeant Molina doesn't work

 7    anymore.  You will just have to make do and do the best you

 8    can, all right?

 9             MR. FRENTZEN:  That's fine.  Thank you, Your Honor.

10             THE COURT:  Okay.

11    BY MR. FRENTZEN:

12    Q.  All right, Sergeant Molina, if we could, let's talk about

13    the -- in sort of a more global sense the different types of

14    things that you relied on in order to form your opinions

15    related to gangs, or gang activities.

16             Could you tell us, and I guess if you could, give us

17    some sense of whether or not those opinions, at least in part,

18    come from your own personal observations.

19    A.  Yes, some of my opinions come from my observations, and

20    other sources, also.

21    Q.  Okay, well, why don't we try this:  Why don't you tell us

22    just sort of globally, if you can, all of the different types

23    of things that you factor into forming your opinions.

24    A.  First of all, I would say my experience over the last 22

25    years, from '87, which is I was a counselor at the Youth
```

 1    Guidance Center, until now, in 2010, so about 23 years of being

 2    a peace officer status for the City and County of

 3    San Francisco; my training that I had received as a counselor,

 4    as a probation officer, and as a police officer; my

 5    investigations that I had conducted as a police officer,

 6    talking to victims of crimes that are gang related, talking to

 7    witnesses of crimes that are gang related, talking to suspects

 8    that are -- were involved in those crimes, talking to other

 9    police officers throughout the City and County of San

10    Francisco, the Police Department, the Sheriff's Department, and

11    other agencies throughout the Bay Area and the state and out of

12    state; listening to phone calls, jail phone calls that are

13    being made by suspected gang members when they are

14    incarcerated, listening to -- actually conversing with gang

15    members myself when I'm out in the field, which I did almost on

16    a daily basis when I was assigned to the Mission District.  And

17    I'm still assigned to the Mission District.

18    Q.  Sergeant Molina, if I could, and we'll come back to this

19    more global idea, but in terms of conversations with gang

20    members, I wanted to go over that a little bit.

21            Could you give us some idea about the different ways

22    in which it might occur that you, yourself, are speaking to

23    individuals that -- that you determine or feel are gang

24    members.

25    A.  As part of my daily assignments in the Mission District and

**Molina - Direct / Frentzen**

1  in the Ingleside District, I patrolled the areas that I felt

2  that was gang turf that was claimed by gang members, and I will

3  drive up to them and conduct consensual encounters.  I would

4  approach a group, I would approach an individual.  Most of the

5  time, I probably already knew that individual, I would come up

6  and say, hello, talk to them.  That's just a consensual

7  encounter in conducting a conversation.

8          If I do an investigation, I will conduct a form of

9  detention and conduct investigation regarding the crime -- oh,

10  if they are suspects in a case, I would definitely treat that

11  as an investigation, criminal investigation.

12  *Q.*  And, I mean, just in terms of these interactions, if you

13  could give those of us who aren't doing that kind of work some

14  idea.  I mean, how likely or how frequent is it that somebody

15  that you otherwise might be investigating as you're patrolling

16  would just be willing to have consensual conversations with

17  you?

18  *A.*  Very easy, actually.  You just drive up to them and talk to

19  them.  Some of them will walk away from me.  If I didn't have

20  the legal detention, I won't stop them; I mean, they have the

21  right to walk away, if they want to.  But you would be

22  surprised, the majority would stay and talk to me.

23          Just talk about the old country, talk about what

24  they are doing, whether they are keeping up with their

25  probation or parole officers, if they are on probation or

**Molina - Direct / Frentzen**

1    parole, talk about what is going on in the neighborhood, who's

2    doing what, talk about rivals coming down to that area, you

3    know?

4              My main concern with them was to stop them being

5    targets, because they will hang out with a group of people in a

6    specific corner and say you can't just wait for somebody to

7    come by here and shoot at you.

8              That was one of the biggest things that I will

9    approach them about, you know, being -- standing in a specific

10   area with nowhere to run if a rival will come by and shoot at

11   them and stab them and do whatever type of violence against

12   them.

13             I will also attend their sport events.

14   Specifically, the MS-13, they played soccer every Thursday

15   afternoon.  That was a weekly event that they have in the

16   Mission Playground.  In the afternoons, they would play soccer

17   every Thursday.  After they play soccer, they will go to a

18   bakery that is located at Lexington and 20th.  There was a

19   Salvadorian owned -- I don't know if it's Salvadorian owned,

20   but it would cater to the Salvadorian community.

21             You have all the pastries that you will find in

22   El Salvador there.  You find all the ethnic food that you will

23   have in El Salvador, all the drinks that are being sold in

24   El Salvador are also sold at this bakery.  So that was a thing

25   for them to do every Thursday, so I made it a point to go there

1    on Thursdays and hang out with them in a group of other police

2    officers to make sure that everything was okay.

3           When they were playing soccer, I would watch them

4    play soccer because that was the best way to learn their

5    monikers, or their nicknames, because they are passing the ball

6    to each other and call each other's names out:  Oh, so that's

7    what they call them, that's what is going on.  That is

8    something I used to do a lot.

9           They would also tell me -- some of them were very

10   open about who they were, who they claim, and what they did.

11   Talked about what's going on in the neighborhood, talk about

12   other people that were not there, that were incarcerated that

13   were caught doing crimes in another county, and so forth.

14          So it was something that I did with them.  MS-13 I

15   found to be more receptive to me being there because I saw them

16   almost every day, that we were hanging out.  In the '90s, they

17   were very prevalent in that specific area, throughout the '90s

18   early 2000s, and I would say mid 2000s, too.  So I dealt with

19   them a lot.

20          And first of all, because they are like three blocks

21   away from the police station, so that was kind of my first stop

22   on my way out to deal with that, MS-13.  And then I will go

23   down to the red area and do the same thing.

24          The Norteño that hang out on the South Side of the

25   district, they play soccer at La Raza Park, which is located at

1    25th and Potrero.  It's also known as La Plaza del Sol,

2    P-l-a-z-a, d-e-l, S-o-l.

3          So that used to be a hangout for 22nd and Bryant,

4    which is a Norteño gang.  And the majority were Salvadorian

5    nationals, too, and I think some Mexican descent.  So I will go

6    to that area.  And I will also go to Garfield Park and do the

7    same thing:  Hang out, watch them play soccer, do whatever

8    activity.

9          **MS. SCHWARTZ:**  Your Honor, I would like to lodge an

10   objection to the narrative answer, both because it's narrative,

11   and because I believe counsel has not defined what period of

12   time we are talking about.  The witness is talking in great

13   generalities about what seems to be a large period of time.  I

14   think it's important to try to parse that down to something

15   more identifiable.

16         **THE COURT:**  Well, maybe, maybe not.  He did mention

17   some time frames, but let's have a fresh question.

18         **MR. FRENTZEN:**  That's fine, Your Honor.

19   **BY MR. FRENTZEN:**

20   **Q.**  Sergeant Molina -- well, let me ask this:  In terms of

21   your -- because I don't want to cut it short -- in terms of

22   your ability to have conversations with these gang members, did

23   you have anything more that you wanted to add to that?

24   **A.**  No.

25   **Q.**  Okay.

**Molina - Direct / Frentzen**

1              And what you've described for us, is this something

2    that -- let's say removing that period of time that you spent

3    at Ingleside Station, are these types of consensual encounters

4    something that took place during the course of your time as a

5    San Francisco police officer?

6    *A.*  Yes.

7    *Q.*  Now, in terms of your consensual conversations with gang

8    members, are those -- could you give us some idea about either

9    the recording or the documentation of those types of

10   interactions?

11   *A.*  Sometimes you fill out FI cards, if I was conducting an

12   investigation, and sometimes I didn't.  I just went there.

13   *Q.*  What -- I'm sorry, what's an FI card?

14   *A.*  A Field Interview card.

15   *Q.*  Could you describe what that is?

16   *A.*  A piece of paper, 4 by 4, I think it is, and it contains

17   biographical information about the person:  Name, date of

18   birth, height and weight, description, physical description,

19   colors that they were wearing, clothing that they were wearing,

20   the area where they were, the people that they work with, if

21   there was other people associated with them, and the type of

22   contact I had.  Was it because they are gang related?  Was it a

23   consensual encounter?  Was it drinking in public?  All

24   different types of crimes.  And there is a little box that you

25   circle.

1   **Q.**  Those -- those FI cards, on the events when you did fill

2   one of those out, what do you -- typically, what do you do with

3   an FI card once you filled it out?

4   **A.**  You enter it in the system.  It's a computerized system

5   that gets entered into, and it's forwarded to the Gang Task

6   Force.

7   **Q.**  What does the Gang Task Force do with those, with the FIs?

8   **A.**  They are to be kept in a file.

9   **Q.**  Is that an alpha file?

10   **A.**  It's more like a numeric file, because when you enter the

11   FI card in the system, it gives you the number that starts with

12   the year of it, like 2008 it was an 08 and the number of the FI

13   card.

14   **Q.**  All right.

15         I think you were saying that with some of them you

16   recorded or documented the contact, with some of them you did

17   not?

18   **A.**  Some -- it's -- some of them I did not.  I would stop three

19   or four times in the same location, sometimes three and four

20   times to talk to the same individuals.  And I would go run to

21   run, like going to another police call.  And sometimes I did

22   not fill those out.

23   **Q.**  All right.

24         And I think when we went through your conversations

25   with gang members, and so on -- well, let me do this now at

1  this point:  Can you give us any kind of approximate number of

2  times that you had conversations, either consensual or

3  nonconsensual, with MS-13 gang members?

4  **A.**  A lot.  I mean, I don't know, thousands.  I mean, every day

5  that I worked I would stop by 20th and Mission, 20th and

6  San Carlos, the Mission Playground, Dolores Park in the last

7  most recent years, because they kind of moved up to Dolores

8  Park so I would go up to Dolores Park; Mission, between 20th

9  and 21st.  A lot.

10  **Q.**  And I think I interrupted you while you were going through

11  some of the different individuals that you talked to and sort

12  of the global idea of what all goes into forming your opinions

13  in a gang case.

14  **A.**  Yes.

15  **Q.**  I'm sorry, can you go back to that, or I need to -- who

16  else other than gang members -- you talked about victims,

17  witnesses, suspects, other officers, gang members, other

18  individuals that you have conversations with, interviews with?

19  **A.**  Citizens, citizens and the community were -- that they

20  claimed their turf because they are the ones that will complain

21  to the Police Department about people hanging out on their

22  block, people hanging out on their doorsteps urinating on their

23  doorways, creating noise late at night, drinking in public,

24  throwing bottles at passing cars.  So those are the people that

25  will come to the community meetings and complain about gang

**Molina - Direct / Frentzen**

1    issues.  And they were there 24/7 because they lived there, so

2    they were a good source of information.

3         Correspondence, reading correspondence from gang

4    members:  Letters, kites --

5  *Q.*  What's a kite?

6  *A.*  A kite is a piece of paper.  It depends which gang it is,

7    sometimes if the piece of paper can be long, it's just strips

8    of paper with miniature writing.  And basically, it is a sort

9    of communication that gang members and gang members across the

10   board use to communicate with each other inside the prison

11   walls, in the county jails, just passing information about

12   what's going on in each tank when they are in the jail setting,

13   what's going on inside the walls when they are in the prison

14   setting, who is doing what, who is in charge, who's conducting

15   security in a specific area, and so forth, just information

16   that they share.

17  *Q.*  All right.

18        And what about other items that you review in the

19   course of your work?

20  *A.*  Correspondence between gang members, letters, that are sent

21   to each other from jail to people that are out in the

22   community, or vice-versa:  People that are in the community

23   sending mail to people that are incarcerated; listening to

24   phone calls, jail phone calls that are being made in our county

25   jails.

**Molina - Direct / Frentzen**

1  **Q.**  What about -- have you, yourself, ever reviewed materials

2  taken, evidence taken in the course of searches or search

3  warrant executions?

4  **A.**  Most definitely.  Pictures, newspaper clippings, search

5  warrants, police reports, probation reports, parole reports,

6  all type of paperwork just generated by other agencies in

7  regards to gang membership or gang enforcement.  The Internet:

8  Gang members have definitely populated the Internet.

9  **Q.**  Could you tell us about that?

10  **A.**  The Internet specifically, the specific web site that our

11  gang members post their signs, pictures, shout-outs, messages.

12  MySpace is one of them, very popular from the last few years.

13  There is one in Spanish called migente.

14  **Q.**  I'm sorry, can you spell that for us?

15  **A.**  Sure.  Migente is, m-i-g-e-n-t-e.  Migente.com, which means

16  "my people."  Gang members use that.

17          Hood.com, h-o-o-d.com.  Not too much on Facebook,

18  but there is some stuff on Facebook, mostly MySpace.  YouTube

19  is very popular with all the gangs posting on meetings that

20  they catch from the cell phones, their music videos, their rap

21  videos, challenges, like, you know, they were challenging

22  another gang, we are better than you are, "F" you,

23  quote/unquote, back and forth.  It's a way of challenging each

24  other.

25          With YouTube, they have a space down below where you

 1  can make comments to whatever video is explained, and you see

 2  that rivalry playing out on the different -- between gangs.

 3  You know, if you have a rival gang and you are part of the

 4  other rival, you start commenting on their video calling them

 5  names, calling them names, and so forth.

 6  *Q.*  And you mentioned music briefly, but have you reviewed

 7  music specific to MS-13 and specific to it in San Francisco at

 8  all?

 9  *A.*  I have.

10  *Q.*  Could you tell us about that a little bit.

11  *A.*  Sure.

12          I investigated a case using aggravated assault in

13  the Mission Playground, which is the headquarters of MS-13 in

14  San Francisco involving one of their members.  When this person

15  was arrested, I conducted a search incident to an arrest on

16  this person, and I retrieved a flash drive, which is a memory

17  stick.  And in the memory stick he had music that he had

18  recorded and mainly was about the San Francisco clique, MS-13

19  San Francisco clique.

20          And he -- the first song I think is *20 Locotes*, 20,

21  for 20th Street, and Locotes for the gang.  He starts by giving

22  a shout-out to people that were incarcerated for part of that

23  gang.  Actually there was a group of people that he gives the

24  shout-out to, suspects that were being arrested by SFPD in

25  Oakland within increasing weeks.

```
 1              So he gives shout-outs to those people, and he
 2    starts talking about a specific 20th Street MS-13.  He talks
 3    about violence against other gangs.  He calls out names of the
 4    members in that gang.  He talks about they were -- names for
 5    the rivals.  He talks about how there will be a scare when they
 6    come to shoot him because they had death written on their
 7    foreheads.  He also talks about how that rival gang will be
 8    mourning their loss, whether we will be having a part in their
 9    hood after they had killed their rivals.
10              So it's very graphic about acts of violence that
11    MS-13, specifically, 20th Street, is covered, according to the
12    rap music, it's committing against the rivals.
13    Q.  If I could go back to conversations with different
14    individuals.  Do you also have -- have you had any
15    conversations with sources or informants?
16    A.  I have.
17    Q.  What about in the context of conversations with either
18    enemies or rival group members to MS-13, does that give you any
19    insight as to MS-13 itself?
20    A.  It does.  Most -- based on my training and experience and
21    my own experience and observations in the Mission District,
22    some of these guys -- by "some of these guys," I mean, gang
23    members within the district, Norteño and Sureños, some of them
24    kind of grew up together at one point, or they went to the same
25    school.  And at one point they separated, one became blue, one
```

**Molina - Direct / Frentzen**

1   became red.

2           Or they have relatives:  We have situations where

3   one, a cousin that is a Norteño, but he is a sur, and

4   vice-versa.  So they tend to know what's going on in each gang,

5   you know.  When there are victims of crimes, they know who did

6   it because most of the times the gang that will commit the

7   crime against it will claim that.  Not all the time, but the

8   majority of times they will claim who they are.

9           Right before the crime is committed or right after

10  the crime is committed or in the process of committing the

11  crime, they will claim that to let the rivals know this is who

12  just hit you.  So they know about it, and they know how violent

13  each other can be.  They know who the other people are.  They

14  know the areas that they are "not supposed to go,"

15  quote/unquote because if they get caught slipping, like going

16  to a rebel gang turf, they know they are subject to violence

17  immediately if they get recognized as a rival.

18          So they know their boundaries.  They know what areas

19  the rivals claim, they know the colors, everything.  So most

20  definitely when you talk to the rivals, you are gaining insight

21  of what the other gang is doing.

22  *Q.*  In terms of your own personal observations, did you observe

23  things that related to MS-13 when you acted as an undercover,

24  in an undercover capacity?

25  *A.*  Yes.  I conducted a lot of surveillance in the area of

 1    Mission and 20th, specifically, like on Saturdays and Friday

 2    nights, because that was the nights that we had the most

 3    activity from MS-13.

 4            And I would set up in a specific area on 20th and

 5    Mission and watch them and watch them stand there and throw

 6    gang signs to passserbys [verbatim], to people riding Muni, to

 7    stash weapons, like baseball bats, rocks, bottles on the

 8    newspaper stands.  In San Francisco, we have a lot of free

 9    newspapers, like the Bay Guardian, all these other newspapers

10    that are advertised for free, I mean, at least to the

11    community, so we had newspapers that are not secure, that you

12    can just go up there, and the box, that you can lift up the

13    door and retrieve the newspapers.  So they were using that to

14    stash weapons.

15            They were stashing weapons on the tire wells of the

16    vehicles that they were in front of.  They have bottles lined

17    up against the building line, rocks, and so forth.  So I watch

18    them commit crimes.  I watched them throw bottles at passserbys

19    [verbatim], congregate, drink.

20    Q.  In terms of congregation, in your -- in your capacity, both

21    in surveillance and just on patrol, does that allow you to

22    develop some sense of associations between individuals, I mean,

23    seeing the same people together --

24    A.  Oh, most definitely.

25    Q.  Related to this?

1    *A.*   Most definitely.

2    *Q.*   Um --

3    *A.*   We have little groups within the groups that hang out

4    together, but the majority will hang out together.  But you see

5    who is who and who is hanging out with whom, and so forth.

6    *Q.*   And in terms of your own personal observations, have you --

7    or is a basis of your opinion what you've seen in terms of

8    clothing, gang signs, graffiti, tattoos?

9    *A.*   I've seen all that.  I have seen clothing, colors that they

10   wear, sport teams attires *[verbatim]*, like 20th Street

11   specifically wear Raiders clothing.  They would wear Dodgers

12   clothing, Seahawks, Dallas Cowboys clothing.

13           And sometimes they have San Francisco attires

14   *[verbatim]*, but not too often, but they did wear San Francisco

15   attires *[verbatim]*, orange and black, or sometimes SF Giants

16   and the color -- color blue because now you can buy all this

17   stuff in different colors.

18           But the majority would stick with the LA Dodgers

19   hats and LA Dodgers beanies.  And Salvadorian flags:  Also,

20   they would wear that Salvadorian shield, the national shield,

21   on beanies and sweatshirts.

22           And jerseys, the Salvadorian national soccer team

23   jerseys that stand with "ES" for El Salvador, they would wear

24   that, blue belts; the silver buckles with the "M" but with the

25   "S" or the number "13" for 13.

**Molina - Direct / Frentzen**

1    *Q.*  And I think at this point, Sergeant Molina, I'm going to

2    hand you --

3              **MR. FRENTZEN:**  Approach the witness, Your Honor?

4    *BY MR. FRENTZEN:*

5    *Q.*  I'm going to hand you what's been -- I don't know if it's

6    been admitted, but it's being used for a limited purpose, which

7    is Government's Exhibit 1.  And specifically Sergeant Molina,

8    if I can refer you to pages 12 through 17, pages 12 through 17

9    of Government's 1.

10             Can you just take a quick look at that document,

11   Sergeant, and see if you are familiar with that document.

12   *A.*  Yes, I am.

13   *Q.*  And essentially, is -- are those pages of Government's 1,

14   expert opinions, which if permitted to testify, you have

15   indicated you would be prepared to state?

16   *A.*  Yes.

17             **MR. FRENTZEN:**  And if I could just get some guidance

18   from the Court:  Similar to Detective Flores, is it the Court's

19   intention that we roll through these one by one?

20             ***THE COURT:***  I think you got to do it that way --

21             **MR. FRENTZEN:**  That's fine, Your Honor.

22             ***THE COURT:***  -- in order to know what foundation

23   there is for these things.

24             **MR. FRENTZEN:**  That's fine, Your Honor.

25   ///

**Molina - Direct / Frentzen**

 1  *BY MR. FRENTZEN:*

 2  *Q.*  Sergeant Molina, starting with Opinion No. 1 -- I'm on page

 3  12, now:

 4            "La Mara Salvatrucha, which loosely translates into

 5  "beware the Salvadorians," is a gang composed largely of

 6  Salvadorian nationals that were established in the mid 1980s in

 7  Los Angeles, California.  La Mara Salvatrucha is also known as

 8  MS-13."

 9            Sergeant, could you tell us, what is the basis for

10  that opinion?

11  *A.*  The basis for my opinion is my training and experience, my

12  conversations with gang members that belong to the gang.  I

13  have reviewed numerous videos, talks about MS-13, I have

14  attended training.  I've listened to people, officers,

15  probation officers that were the initial officers that actually

16  contacted MS-13 in LA back in the '80s and early '90s.

17            I held conversations with them about MS-13; at that

18  time, they had provided me -- shown me pictures of what they

19  believed was the origin of MS-13 people that created the gang,

20  also known -- at the beginning, it was like "The Stoners," El

21  Salvador nationals with long hair that used to hang out on

22  rooftops.  I have some pictures of these people hanging out on

23  rooftops flashing what at the time were believed to be gang

24  signs in reference to this gang.

25            I am Spanish-speaking, so I can translate La Mara

1    Salvatrucha, be aware, Salvadorians, that is one translation,

2    also.  La Mara means -- "Mara" means group in Salvadorian

3    slang.  "Salvatrucha" is more like a name for Salvadorians, but

4    also can be cut in two pieces:  "Salva," was a savior, and

5    "trucha" can be aware of, be on the lookout; "ponte trucha,"

6    p-o-n-t-e, trucha, t-r-u-c-h-a; gang members would say that to

7    each other, ponte trucha, like "be on the lookout."  So we

8    associate both names as the group to be aware of.

9         And also, "trucha" means trout in Spanish, so it can

10   be a fish, but in this context it's specific to the gang.

11   *Q.*  Opinion No. 2:

12        "MS-13 members engage in violence to control drug

13   territory, to extort and rob, and simply to bolster their gang

14   identity.  MS-13 has cliques throughout the United States, and

15   the world, although the heaviest concentration of gang members

16   and the most important leaders are in Los Angeles and in

17   El Salvador.  Many of the leaders are in prison but continue to

18   conduct the affairs of the gang while in custody."

19        Could you tell us the basis for that opinion, sir.

20   *A.*  Once again, based on my training and experience, the

21   seminars that I have attended, my own observations on gang

22   members, how they claim throughout the United States on either

23   YouTube, MySpace, the different cliques throughout Southern

24   California, Virginia, Maryland.  That gives you a wider range

25   of how spread this gang is.

1    Talking to other officers that are doing gang

2    investigations in those specific areas gives me an idea of why

3    they are spread throughout the United States and throughout

4    South America, we'll call South America Mexico and Central

5    America.

6    How do they defend their territory, as I -- my

7    observations, as I said before, I have conducted surveillance,

8    I have arrested gang members in the commission of crimes.  I

9    was on patrol and seen them committing a crime in front of me,

10   like throwing bottles at passerbys [verbatim] or flashing gang

11   signs, engaging other people in violence in front of the police

12   officer.  So that's another way of defending their territory.

13   I had talked to gang members who state the reasons

14   why they did what they did, and the reason was they felt

15   disrespected that a person will walk into their turf, wear

16   rival gang colors, but wearing the -- had tattoos that they

17   believed to be part of the rival gang or said something to them

18   that was derogatory, they believed to be an insult.

19   Q.  Opinion 3:

20   "MS-13 is organized into local cliques.  Each clique

21   has a leader, usually called the shot caller, or la palabra,

22   p-a-l-a-b-r-a, the word, who leads gang meetings, advises

23   members of gang rules and developments, reports the cliques'

24   affairs to the other gang leaders, and sets the agenda for the

25   clique."

**Molina - Direct / Frentzen**

1           Could you tell us the opinion -- I mean, the basis

2    for that opinion, sir.

3    **A.**  Once again, based on my training and experience.  I had

4    listened to officers who had been involved with this gang

5    throughout the United States.  I had seen the hierarchy of the

6    gang, different structures.  And la palabra, or "the word,"

7    also is known as "palabrero," who is the person who is on --

8    "palabrero" means the person that has the word.

9    **Q.**  What does "the word" mean?

10   **A.**  He is in charge, he has the final word on what goes on.

11          And then you have the person that sits right behind

12   him, under him as a second, and they are divided in different

13   groups.  There's the Ranflas:  Ranflas is r-a-n-f-l-a-s.  It

14   can be slang for a car, it can be the group of gangs.  And

15   within the ranfla, you have different cliques, and each clique

16   has a palabrero, a shot caller.  So they are very structured,

17   very organized.  You see that mostly in Southern California, El

18   Salvador, and other countries.

19          Our local gang here, we only have, like you said, in

20   San Francisco it's just only one.  The structure wasn't as

21   structured as that, but then you have the leader, you have the

22   second person, and you have the soldiers.  So we have it, but

23   it was not as tight as it is in other areas, or as it was in

24   other areas.

25          They conduct meetings.  Our group here also conducts

1   meetings, they conduct business.  They collect money.  All this

2   information I have received from sources and also from my

3   observations.

4           I interrupted a couple of meetings myself in the

5   Mission Playground where gang business was being conducted.

6   And I have documented that:  I have taken pictures of that

7   specific group that was holding a meeting in a specific area

8   and so forth.

9   **Q.**  Opinion 4:

10          "Clique leaders take directions from higher-ranking

11  gang members, sometimes referred to as the "big homies," who

12  are usually in Los Angeles or El Salvador.  Many of the big

13  homies are in prison but manage to convey their directives by

14  secrets notes, called 'kites' or 'filters,' smuggled out of

15  prison via visitors or by a telephone smuggled into prison."

16          What is the basis for that opinion?

17  **A.**  Once again, goes back to my training and experience,

18  attending seminars where I had listened to police officers from

19  another country, specifically, from Honduras who lived with the

20  gang for two years in an undercover capacity.  And he made a

21  presentation about how he spent two years of his life living in

22  a house full of gang members and how the gang operated.  Now he

23  has migrated to the United States, and he does trainings.

24          I've also talked to other officers throughout

25  California about the structure of the gang and how they

1    communicate.  I've seen kites myself.  I've seen correspondence

2    with orders.  I have received information about how the leaders

3    order hits from inside the prison walls to other people

4    outside.

5         Watching the media from El Salvador and Honduras,

6    they have much, much, much worse violence over there, and how

7    the violent massacres, the gang members had committed in those

8    countries was ordered from inside the prison walls, how people

9    get arrested for having cell phones inside the prison walls.

10        I talked to their officers that have conducted

11   investigations where cell phones were recovered from suspected

12   gang members inside the prison walls.

13   Q.  Opinion 5:

14        "Significant decisions affecting the gang are

15   decided at a leadership level above the clique leader.  For

16   instance, a decision to kill a fellow MS-13 member for

17   violating gang rules, usually the rule prohibiting cooperation

18   with law enforcement, requires consultation with gang leaders

19   and must be supported by some sort of proof or documentation,

20   i.e., 'paper.'

21        "Killing members of rival gangs, in contrast, does

22   not require such extensive review; indeed, it is expected.

23   Clique leaders are expected periodically to meet with or speak

24   to other clique leaders and the big homies to report on the

25   status of their local cliques."

1          What's the basis for that opinion?

2   *A.*  Once again, I'm going to revert to my training and

3   experience, talking to other officers that are involved in gang

4   investigations, reviewing documentaries done on the gang,

5   specific -- not movies, but documentaries.  One of them was

6   Hijos de la Guerra:  H-i-j-o-s; de la Guerra is, d-e, la

7   Guerra; *La Guerra*, which is a documentary done here in the

8   United States; in El Salvador about the origins and the doings

9   of MS-13.

10          They interviewed the founders of the gang, they went

11  to El Salvador and interviewed people that were in the gang

12  inside the prison walls and talked about the gangs.  So it's

13  about an hour-or-so long documentary.  And it's very graphic

14  about the reasons why MS-13 exists and what they believe.  So I

15  reviewed some of those materials.

16          And as I say, mainly, it's my training and

17  experience and my own observations of our clique here in

18  San Francisco and how the clique operates.

19  *Q.*  Opinion No. 6:

20          "In the San Francisco Bay Area, there is an MS-13

21  clique in Richmond, California, which is an off-shoot of a

22  Southern California clique called Pasadena Local Sureños, or

23  'PLS.' In San Francisco itself, there is an MS-13 clique that

24  claims territory centered on 20th Street and Mission Street.

25  As a result, the San Francisco clique of MS-13 is called 20th

1  Street."

2           What is the basis for that opinion, sir?

3  *A.*  My training and experience as a police officer, my own

4  observations on the cliques, tattoos that the members have on

5  their body that are specific to those cliques, talking to

6  members of the gangs, both PLS, Pasadena Local Sureños, and

7  20th Street, about their alliance, both gangs committing crimes

8  here in San Francisco, talking to sources about how these two

9  gangs are here in our city.

10          I had gone to Richmond, California, in an

11  investigation and visited a house where PLS, Pasadena Local

12  Sureños, were congregating, and I had seen them together in

13  Richmond.  I had talked to Richmond police investigators,

14  San Pablo police investigators, where they were conducting

15  their own investigations on crimes that PLS had committed

16  against the local Sureño gangs in their specific areas.

17          Specifically, RST -- Richmond Sureño, Sureño Trece,

18  I think it was, that is one of the local gangs that PLS was at

19  war with in their city.  I had seen pictures of their graffiti

20  in the City of Richmond, PLS graffiti.

21  *Q.*  Opinion No. 7:

22          "MS-13 is a Sureño gang which means that its members

23  typically are immigrants with roots outside the United States,

24  claim the color blue, and while they may feud with other Sureño

25  gang members on the streets, claim allegiance to the Mexican

1    Mafia prison gang and obey the Mexican Mafia dictates.  Indeed,

2    made members of the Mexican Mafia, called 'carnales,' are drawn

3    from the ranks of various Sureño gangs members who have proven

4    their dedication and worth to the Mexican Mafia through the

5    commission of crimes.  The number 13 in MS-13's name evinces

6    this loyalty to the Mexican Mafia because the letter "M," the

7    symbol of the Mexican Mafia, is the 13th letter of the

8    alphabet."

9              What is the basis for that opinion?

10   **A.**  Once again, based on my training and experience,

11   conversations with correctional officers that are -- that

12   worked in the prison system, that deal with Mexican Mafia gang

13   members that are incarcerated, specifically, in Soledad Prison

14   here, closest to us, their observations, information that I

15   have received from them.  I have attended training put on by

16   the California Gang Investigators.  There -- is mostly composed

17   of correctional officers that deal with prison gangs.

18              I have reviewed documentaries on the Mexican Mafia

19   about how the gang was formed and how the Government -- I know

20   based on my training and experience that they claimed the

21   number 13 for the letter "M," which is the 13th letter of the

22   alphabet, and so forth.  So it's based on my training and

23   experience, documentaries that I have reviewed, books I read,

24   talking to other officers, and talking to gang members,

25   themselves.

1  *Q.*  Opinion No. 8:

2              "Sureño gangs in San Francisco generally claim the

3  northern parts of the Mission District as their territory.

4  This includes the area defined by 16th Street between Guerrero

5  Street and Potrero Avenue, the 22 hundred block of Mission

6  Street, roughly between 18th and 19 Streets, South Van Ness and

7  19th Street pushing on to Folsom Street and a few small alleys

8  between Mission and Valencia Streets, i.e., Carlos Alley and

9  Sycamore Alley.  Mission Playground, Franklin Square Park and

10  Dolores Park are also claimed by Sureños.  In fact, Mission

11  Playground is the headquarters of the 20th Street clique of

12  MS-13.  They usually hang out there and hold their meetings

13  there."

14              Your Honor, if I could, I mean, this is the point at

15  which I was going to, if it would be of assistance, allow the

16  witness to indicate what he was talking about on this map.

17  That would be our intention at trial.  I think --

18              *THE COURT:*  Give him the hard copy and let him draw

19  it, and then you can put it on the machine.

20              Do the ones in the jury box work?

21              *MR. FRENTZEN:*  Yes.

22              *THE COURT:*  So I guess just the monitor on the

23  witness stand.

24              Can we do it that way?

25              *MR. FRENTZEN:*  We could.  I was going to offer, in

**Molina - Direct / Frentzen**

1  the sense of expediency, at trial this is what we would do.  Do

2  we have to do it today?  Anyone think we are going to fudge the

3  map?

4          **MR. BELL:**  I would like the witness to do the map

5  here.

6          **THE COURT:**  So they would like to see the witness

7  draw the diagram on the map.

8          What is he supposed to draw here?

9          **MR. FRENTZEN:**  At this point, Your Honor, and I

10  think there is other things that he will draw, so at this point

11  he would be drawing, or pointing out, hopefully -- I mean, I

12  think it will be easier at trial, when he can actually indicate

13  on a map what he is talking about, but he is going to try to

14  draw what is captured in Opinion No. 8 here.

15          **THE COURT:**  The Sureño territory?

16          **MR. FRENTZEN:**  That's right, Your Honor.

17          **THE COURT:**  That's as of what time, now?  Now or

18  back -- does it matter?

19          **MR. FRENTZEN:**  I think we would be talking about the

20  time relevant to our indictment, Your Honor, which is

21  approximately --

22          **THE COURT:**  2008.

23          **MR. BELL:**  I think that's 25 years.  Your Honor.

24          **MR. FRENTZEN:**  All joking aside, I think we are

25  talking about --

**Molina - Direct / Frentzen**

1    *BY MR. FRENTZEN:*

2    *Q.*  Roughly, if you could, Sergeant, the time period around

3    2005 to 2008, or thereabouts.

4    *A.*  Do you have a highlighter?  I think it would be better than

5    a pen because the pen is going to erase names and numbers.

6                    **(Counsel searching for highlighter.)**

7                    *MR. FRENTZEN:*  Your Honor, alternatively, actually,

8    if we could -- if the witness could come down to the ELMO right

9    here, this one works.  And then he could draw it for everybody

10   on the thing.

11                   *THE COURT:*  Is that preservable?

12                   *MR. FRENTZEN:*  It's not.

13                   *THE COURT:*  Don't we want to preserve it?

14                   *MR. FRENTZEN:*  We are not intending to do that at

15   trial, but we're just intending -- it's a demonstrative, Your

16   Honor.

17                   *THE COURT:*  I want there to be a record of what he

18   draws on here.  So you go ahead use the hard copy, draw the

19   diagram, and then we'll put it on the --

20                   Use whatever you want.

21                   **(Pause in the proceedings.)**

22                   *THE COURT:*  What's the problem?

23                   *THE WITNESS:*  Can you refresh my memory?

24                   **(Laughter.)**

25   ///

**Molina - Direct / Frentzen**

1   *BY MR. FRENTZEN:*

2   *Q.*  I'm sorry.  This would be Opinion 8 we are talking about,

3   Sureño gangs in San Francisco.

4   *A.*  Okay.

5   *Q.*  Generally claim --

6   *A.*  Okay.

7   *Q.*  -- and on -- so 16th Street between Guerrero Street and

8   Potrero Avenue.

9   *A.*  All right.

10  *Q.*  And so on.

11  *A.*  Sure.

12                      **(Witness complies.)**

13              *THE WITNESS:*  Okay.

14              *MR. FRENTZEN:*  Can I retrieve that, Your Honor?

15              *THE COURT:*  Sure.

16              Let's mark that as somehow the next exhibit.  I

17  guess it would be number --

18              *THE CLERK:*  Four.

19              *THE COURT:*  Four.

20                      **(Government Exhibit 4 was marked for**

21                      **identification.)**

22  *BY MR. FRENTZEN:*

23  *Q.*  Sergeant, can you hit the "clear" on your screen.  I think

24  you've got the control on there right now.

25              All right, so this would be Government's Exhibit 4.

**Molina - Direct / Frentzen**

```
1   Sergeant, you've marked this with a green highlighter.  And I
2   think you've also indicated at the top here, Sureño is green;
3   is that right?
4   A.  Yeah, green.
5   Q.  Now, could you tell us what the basis for that opinion is?
6   A.  My personal observations.
7            I just want to also clarify that this that I drew,
8   that the streets that are not highlighted but within the square
9   or within the area that I had highlighted, it's also turf area,
10  that they had free movement to go anywhere within that area
11  without feeling that they will be stepping on the rival's turf,
12  with the exception of 14th and Natoma, which is a little bit
13  out of the area, 14th and Natoma is claimed by Norteños, which
14  is a little north of 16th Street.
15           But so I have drawn this square and highlight the
16  borders of that square and the parks where those suspected --
17  where the gangs -- where the gangs claim their turf in the
18  Mission District, Sureño gangs.
19           You asked me how -- what's that based on:  My
20  observations, graffiti, crimes that I have responded to,
21  whether members were either suspects or victims of those
22  crimes, talking to witnesses of crimes, investigations that I
23  have conducted, surveillance that I have conducted, narcotics
24  investigations that I had conducted.  So it's all based on
25  different factors.
```

**Molina - Direct / Frentzen**

1   *Q.*  You may have covered this, I may have missed it, but does

2   your observation also include graffiti?

3   *A.*  Yes.

4   *Q.*  Okay.

5            All right, No. 9, Opinion No. 9:

6            "In addition to MS-13, other Sureño gangs are the

7   16th Street Sureños, the 19th Street Sureños, and the 11th

8   Street Sureños, which actually claims parts of the Tenderloin

9   District as its territory."

10           I don't think we need to show the Tenderloin on a

11  map.

12           Do we need to show this?

13           *THE COURT:*  If you are going to do this at trial,

14  you got to do it now.

15           *MR. FRENTZEN:*  I think everyone knows where the

16  Tenderloin is, Your Honor, I don't think we need to point it

17  out where it is on the map.  And I'm not sure that this map

18  covers it, is part of the problem.  I don't want to crank out

19  another map just for this.

20           *THE COURT:*  It says "claims parts of the

21  Tenderloin."

22           *MR. FRENTZEN:*  I'll come back to this, then, Your

23  Honor.

24           *THE COURT:*  All right.

25  ///

1    *BY MR. FRENTZEN:*

2    *Q.*  In the interim, Sergeant Molina, could you tell us the

3    basis for that opinion?

4    *A.*  Um, sort of on the lines of based on my training,

5    experience, my investigations, my own observations, witnesses

6    of crimes, victims of crimes that had occurred in these areas,

7    conversation with gang members, contacted gang members in these

8    areas while on duty, graffiti, and so forth.

9    *Q.*  In terms of Opinion No. 10:

10          "Sureño gang members, including MS-13 members in the

11   San Francisco Bay Area, are outnumbered by their principal

12   rivals the Norteños, also generically called "northerners."

13          "Norteños trace their roots to migrant farm workers

14   that came to Northern California for work, and they typically

15   draw their ranks from Latinos who were born in the United

16   States with familial roots in Northern California.

17          "Norteños claim the color red, and while they feud

18   with each other on the streets pledge, their loyalty to the

19   Nuestra Familia prison gang, whose main members are also called

20   'carnales,' direct the criminal activities of Norteños, both

21   within prison and outside of prison.  Nuestra family was formed

22   in the 1960s in the California state prison system by Northern

23   California Latino inmates who resented the Mexican Mafia's

24   perceived bias in favor of Southern California Latino inmates.

25          "Nuestra family and/or the Mexican Mafia are mortal

**Molina - Direct / Frentzen**

1    enemies, and each side competes violently for control of

2    illegal activities such as narcotics, trafficking, extortion,

3    and robbery.   Nuestra Familia carnales are pulled from the

4    ranks of Norteño gang members who have proven their dedication

5    and worth to Nuestra Familia through the commission of crimes."

6         Could you describe for us the basis of your Opinion

7    No. 10?

8    **A.**  Based on my training and experience, my conversation with

9    correctional officers that deal with these prison gangs on a

10   daily basis during their work.

11        I've spoken to officers who were working at the time

12   that this was occurring who are now retired and attending

13   conferences about gang awareness for law enforcement.   I had

14   talked to those officers who are part of this, who were

15   actually in the trenches when this was happening.

16        Talking to gang members who are part of the Norteño

17   gang, reading newspaper articles about crimes that have

18   occurred, reviewing documentaries on Nuestra Familia, reviewing

19   documents about the Black Widow indictment, which was a big

20   federal indictment against the Norteño gang in Northern

21   California.

22        My own observations, as I said, dealing with the

23   Norteño gangs in our city and dealing with persons that were

24   members of the Nuestra Familia who are San Francisco gang

25   members who claim allegiance to that gang.

1   Q.  Number 11:

2          "Norteño claim the number 14 as their gang number

3   because the letter "N," representing the Nuestra Familia, is

4   the 14th letter of the alphabet.  And in connection with

5   that" --

6          If we could have a moment, Your Honor?  This may

7   possibly shortcut things a bit.

8          THE COURT:  Okay.

9          MR. FRENTZEN:  Your Honor, if it's acceptable to the

10  Court, I think we have a -- at least an agreement between the

11  attorneys -- that this next stack, which they know what it is,

12  they've seen it, that we could introduce it sort of globally

13  and discuss it globally rather than go photograph by

14  photograph.

15         THE COURT:  All right.

16         MR. FRENTZEN:  Thank you, Your Honor.

17  BY MR. FRENTZEN:

18  Q.  Sergeant Molina, this is -- what I've handed you is Item

19  No. 20 on the list of demonstrative exhibits that we furnished

20  to the defense.

21         MR. FRENTZEN:  And for the record, this would be

22  Bates photo 225 through photo 247.

23  BY MR. FRENTZEN:

24  Q.  Sergeant Molina, could you take a look at those and see if,

25  globally, those are the types of graffiti that related to

**Molina - Direct / Frentzen**

```
 1   Norteños that assist you in forming your opinion stated in

 2   paragraph 11 of Government's 1.

 3                    (Witness reviewing photographs.)

 4           THE COURT:  All right, he's finished looking at

 5   them.  What's the question?

 6           MR. FRENTZEN:  Sorry, Your Honor.

 7   BY MR. FRENTZEN:

 8   Q.  And so this stack of documents, is this the type of

 9   graffiti -- is this the type of graffiti that you have seen

10   before?

11   A.  Yes.

12   Q.  Okay.  And are you familiar, actually, yourself, with some

13   of the graffiti depicted --

14   A.  I am.  I took some of those pictures.

15   Q.  And generally, can you tell us what these -- what is

16   depicted in these photographs?"

17   A.  It has Norteño graffiti, what I would call.  It's got the

18   numerics for number 14, got the "XIV"; it's got the name of one

19   of the Norteño cliques, Local North Side, "LNS," that's what it

20   stands for.

21           It has, also, the Roman numerics of "XXIV," which

22   stands for 24th Street, the "X" for ten, another "X" for ten

23   plus the "4" that is where Norteños usually come to mark their

24   territory.

25           The graffiti also depicts monikers, people that
```

1  claim allegiance to that gang.  And also, when they write the

2  graffiti, you can see that when the Norteños write graffiti,

3  they will cross out the "S" as respect to Sureños.  So you will

4  usually see the "S" crossed out throughout the graffiti.  And

5  that's something that the -- in a gang culture they do, they

6  will cross out each other's letters.  Like Sureños will cross

7  out the "N" and Norteños will cross out the "S."

8  *Q.*  Just for the benefit of all of us, could you pick one of

9  those, one example of that, and I'll put that up.

10                    **(Witness complies.)**

11             *MR. FRENTZEN:*  If you could just describe if for us.

12             *MR. GOLDROSEN:*  Can we identify the number?

13             *MR. FRENTZEN:*  Sure.

14             This is photo 234, for the record.

15  *BY MR. FRENTZEN:*

16  *Q.*  Sergeant Molina, if you could just indicate -- I know you

17  can't touch the screen, but if you could just tell us what it

18  is, specifically, you are talking about, direct us.

19  *A.*  This appears to be a gang-related graffiti, where the "S"

20  was crossed out.  You can see on the upper, it would be the

21  left side of the screen.

22  *Q.*  Is that --

23  *A.*  Correct.

24             *THE COURT:*  What does it say, though?  I see the

25  "X," but what is the underlying message?

 1          **THE WITNESS:**  Oh.  I believe that is "MS" that was

 2   crossed out by Norteños.

 3          **MR. FRENTZEN:**  The record will reflect, perhaps, I

 4   think one of the individuals said "LNS."

 5          **THE WITNESS:**  It can be read in two ways, I wasn't

 6   finished with my answer.

 7          **THE COURT:**  Finish your answer.

 8          **THE WITNESS:**  Okay.

 9          It looks like "LNS," Local North Side, because it's

10   got the "L," "N," and "S," and it was crossed out.

11          But also, this graffiti was recovered on Norteño

12   turf, and based on my training and experience, I believe that

13   MS-13, MS, you don't see the "13," but you see the "MS," so it

14   can be "LMS," crossing out the "S" for Sureño, and you have the

15   name "Scubi" on the right side of the graffiti.

16          **THE COURT:**  Where is that?

17          **THE WITNESS:**  On the right side of the screen.  It's

18   vertical.

19          **THE COURT:**  Oh, way over there, all right.

20          **MR. FRENTZEN:**  Sorry, Your Honor.

21          **THE COURT:**  What does that mean?

22          **THE WITNESS:**  The name of the person, or one of the

23   persons that wrote the graffiti.  As you can see, this graffiti

24   was crossed out, so it can be a combination of both gangs

25   crossing each other's out or claiming the territory.

1            A more clear example of a Norteño writing and

2    respecting the Sureños is another exhibit here, which depicts a

3    more clear picture of what I'm talking about.

4            **MR. FRENTZEN:**  For the record, Your Honor, I'm

5    showing photo 238.

6            **THE COURT:**  What did the original message say here?

7            **THE WITNESS:**  Shotwell, this is Shotwell Street.

8    And they are claiming 24th Street; this is Shotwell and XXIV,

9    ST, so they crossed out the "S" in the street, and they crossed

10   out the "S" for Shotwell at the beginning.

11           **THE COURT:**  What did the top line say, originally?

12           **THE WITNESS:**  I cannot make it from my distance

13   here, but I probably would be able to see it back here.

14           I'm sorry.

15               **(Handing witness exhibit.)**

16           **THE WITNESS:**  It says "Fantasma."

17           **THE COURT:**  What?

18           **THE WITNESS:**  Fantasma means ghost, f-a-n-t-a-s-m-a,

19   in Spanish.

20   **BY MR. FRENTZEN:**

21   **Q.**  All right, so generally, are these -- excuse me -- this

22   type of graffiti, is that part of the -- form part of the basis

23   as a demonstrative of the opinion reflected in Item No. 11?

24   **A.**  Yes.

25   **Q.**  Could you tell us what else forms the basis of your opinion

**Molina - Direct / Frentzen**

1  for No. 11.

2  **A.**  Once again, based on my training and experience talking to

3  Norteño gang members, talking to witnesses and victims of

4  crimes involving Norteños, seeing tattoos on Norteño gang

5  members that would depict their number 14.  That can be claimed

6  either in the numerics 1 and 4, or it can be claimed in XIV.

7       Their music:  There is an album that was put out by

8  Norteños gang members called the *Xiv Album*, and it's got a set

9  of songs that talk about the gang culture, their gang culture.

10  And they purposely left out the No. 13 on the track.  So they

11  leave out numbers.

12       They have a Norteño San Francisco is one of the

13  rappers who talks about a crime that happened in MS-13 turf.

14  It specifically -- he claims that area of the gang turf.

15  That's a clear example of how the other gangs know the rivals,

16  he talks about a drive-by shooting that Norteños committed

17  against MS-13 in the area of 20th and Lexington, which is one

18  of the alleys that I spoke about, and that song specifically

19  talks about that, how Norteños were able to infiltrate that

20  area and kill an MS-13 gang member.

21       And so that is some of the basis for my opinion:  My

22  observations, the music, the graffiti, the tattoos, and

23  interviews with suspected gang members, witnesses and victims

24  of their crime.

25  **Q.**  All right.

**Molina - Direct / Frentzen**

1              I'm on paragraph 12, now, page 14, Government's 1:

2              "By way of example, some Norteño cliques or sets in

3     San Francisco include San Francisco Mission, SFM; Loco North

4     Side, LNS; 22nd and Bryant, 22B; 21st and Alabama, 21 ABL; and

5     the Back Streets.

6              "Generally, Norteño claim as their turf, South Side

7     of the Mission District, with the 24th Street corridor as a

8     northern boundary, and 24th Street between Church Street and

9     Potrero Avenue, east/west, Mission Street between 23rd Street

10    to the top of the hill, and Daly City heading north/south.  In

11    addition, certain parks and playgrounds are also claimed by

12    Norteños."

13             Your Honor, the map that I have here right now is

14    not quite extensive enough to show this area; if I could, I'm

15    going to ask the opinion, and then we'll do the map when we

16    come back from the lunch break.

17             *THE COURT:*  All right.

18             *MR. FRENTZEN:*  Thank you, Your Honor.

19    *BY MR. FRENTZEN:*

20    *Q.*  If you could, sir, could you tell us what that basis of the

21    opinion reflected there is?

22    *A.*  Once again, my training and experience, Your Honor; my

23    observations as a police officer in the Mission District over

24    the last 15 years.  The year that I was assigned to the Gang

25    Task Force, I still went back to the Mission District every day

1   that I have worked, so I have patrolled that district all those

2   years.

3           The graffiti in these areas, gang members that

4   specifically claim those gang turf, talking to those gang

5   members, talking to victims of crimes, talking to witnesses of

6   crimes, investigating crimes in those specific areas; my own

7   observations of the gang members in that area, and so forth.

8   *Q.*  Paragraph 13:

9           "Sureños and Norteño gang members are arch rivals in

10  San Francisco, and their feud has resulted in many acts of

11  violence.  However, Sureños and Norteños individually reflect a

12  diversity of San Francisco.  For instance, there are a

13  substantial number of nonLatino Norteños.  In addition, some

14  Sureño gang members used to be part of the majority Norteños in

15  the past."

16          Sir, what's the basis for that opinion?

17  *A.*  My own observations, investigations that I had conducted.

18  We have, as I say, family members, extended family, where one

19  subject is a member of MS-13, and the other subject is a member

20  of a Norteño clique.  We have cousins that are Sureños, and

21  then their cousins are Norteños.

22          My observations, the history of the people that I

23  had talked to, gang members about how they have become part

24  of -- they were -- not part of the gang, but they were in that

25  neighborhood, and they were associating with those people that

```
 1   now they believe were rivals, and so forth.
 2   Q.  Um, 14:
 3              "Indeed, some older members of MS-13 got along with
 4   older Norteño gang members.  This is in part because MS-13 in
 5   San Francisco traces its roots to local gangs such as Sur 13,
 6   which became an MS-13 clique years later in the '90s, after its
 7   membership became increasingly Salvadorian and after the rise
 8   of MS-13 elsewhere."
 9              What's the basis of that opinion?
10   A.  Talking to the previous gang investigators.  We have
11   three -- three investigators, Dan Hance, Dave Horton, and Bill
12   Murphy, three Irish officers that worked the Gang Task Force in
13   San Francisco.  And they were well known for their knowledge on
14   the gangs.
15              Talking to them for the years that I was able to be
16   with them on the streets and do work, police gang-related work
17   with them, I learned about how the gangs had transformed, how
18   they mutated from the early '80s to the '90s; my own
19   observations in the gang, my conversations with gang members;
20   as I said, some conversations are very informal, just talking
21   on the street corner to them about what's going on in the 'hood
22   and what's happened in the 'hood prior to them being there, and
23   my work in the Mission District, my own experience.
24   Q.  All right, paragraph 15:
25              "However, in recent years, the hostility between
```

1  Sureños and Norteños, in general, and MS-13 and Norteños, in

2  particular, has increased.  This is because new MS-13 members

3  tend to be newly arrived into the San Francisco Bay Area and do

4  not share that same history with their rivals as older members

5  do.  Also, the MS-13 cliques in Los Angeles compete with many

6  more rival gangs and, as a result, are much more violent.  So

7  members who came up from Southern California brought their

8  violent outlook with them.

9          "Furthermore, MS-13 leadership perceived the 20th

10  Street clique of MS-13 as weak and not compliant with MS-13

11  rules, so they have directed the gang to be more MS-13-like, to

12  be more violent, which some members, particularly the younger

13  members who are trying to prove themselves and develop

14  reputations, have taken to heart."

15          What is the basis of that opinion, sir?

16  **A.**  That's based upon talking to sources that were part of the

17  gang, also talking to officers and federal agents that were

18  involved in investigations in regards to MS-13 throughout

19  California, contacting members of Pasadena Local Sureños in our

20  city, which is not their turf, they were coming from Southern

21  California, and now have been relocated in our city -- in

22  Richmond, across the bridge, committing crimes along the way,

23  throughout the route from Southern California to the Bay Area.

24          Seeing their tattoos, seeing the increase of

25  violence when the individuals -- these new individuals showed

1    up in the Bay Area, we experienced more violence than before in

2    the City streets of San Francisco.  And also, the retaliation:

3    When one of the members of MS-13 got hit, the retaliation was

4    almost instantly, the payback happened just right away, which

5    usually is part of the gang culture, but that increased as

6    these new members that I spoke about was popping up in our

7    city.

8         **MR. PHILIPSBORN:**  And, Your Honor, just for the

9    record, objection.  This is outside the scope of the area that

10   the Court indicated it was -- it would consider its 404(b)

11   evidence.  It's invasive of the jury's prerogative to determine

12   intent.

13        It's -- so -- and I understand all Mr. Frentzen is

14   doing is getting foundation for each one of these paragraphs,

15   but some of them are so far outside the pale of what an expert

16   can address that I hope the Court would rule that this one

17   should be eliminated right now.

18        **THE COURT:**  All right, objection noted for the

19   record.

20        **MR. CANNON:**  May I speak, Your Honor?

21        I take the opposite position of Mr. Philipsborn as

22   to this paragraph.

23        **THE COURT:**  What?

24        **MR. CANNON:**  I take the opposite position from

25   Mr. Philipsborn.

**Molina - Direct / Frentzen**

1          **THE COURT:**  What is your position?

2          **MR. CANNON:**  My position is that that evidence

3     should come in.  I think it's exculpatory on behalf of

4     Ivan Cerna.

5          **THE COURT:**  How can that be?  Why would it be

6     exculpatory?  Just curious.

7          **MR. CANNON:**  Because it indicates that at some point

8     in time the leadership changed, and the leadership was not

9     Mr. Cerna.

10         **THE COURT:**  I see.

11         Well, these are points that we will take up later.

12         Let's continue on.

13         **MR. FRENTZEN:**  Appreciate that.

14    **BY MR. FRENTZEN:**

15    **Q.**  Paragraph 16, sir.

16         "The 20th Street clique of MS-13 -- 20th Street

17    clique of MS-13 has grown in numbers over the years.  In the

18    early 1990s, the gang dealt narcotics, committed numerous

19    aggravated assaults, homicides, rapes, robberies, and property

20    crimes, especially auto theft.  They were also victims of the

21    same type of crimes.

22         "Due to very proactive law enforcement, numerous

23    members were incarcerated, weakening the core of the gang.

24    They continued with their criminal activities in a lesser

25    capacity."

**Molina - Direct / Frentzen**

1          What's the basis for that, sir?

2   **A.**  Once again, based on my observations, my own investigations

3   of the gang, responding to crimes in progress, responding to

4   investigate; as a member of the Gang Task Force, investigate

5   crimes where the gang, specifically MS-13, was involved, either

6   as a victim or suspect or witnesses of the crime.

7          As I said at the beginning, I was a new officer in

8   the Mission District, I was able to purchase narcotics from

9   members of MS-13 as a new officer in the mid '90s in the

10  district.  So I know what kind of crimes they were involved in.

11  I have arrested members of that gang for all the specific

12  crimes of narcotics, aggravated assaults, homicides, rapes, and

13  so forth.

14          **MR. FRENTZEN:**  Your Honor, if I could, while I --

15  before we get an objection again, while I believe that the

16  sergeant has an appropriate basis to offer this opinion during

17  the course of the trial, in my consultation with Mr. Leung,

18  this is not an opinion that we would seek to elicit during the

19  trial, so it can be stricken for the purpose of our further

20  litigation.

21          **MR. BERSON:**  Number 16?

22          **MR. FRENTZEN:**  That's correct.

23          **THE COURT:**  Number 16 is out.

24          **MR. FRENTZEN:**  That's correct, Your Honor, having

25  nothing to do with the expert's bases, having only to do with

```
 1   our rethinking the wisdom of offering it.

 2               Can I have one moment to consult with Mr. Leung?

 3          THE COURT:  Yes.

 4                    (Counsel confer.)

 5          THE COURT:  You have more that you want to strike

 6   out?

 7          MR. FRENTZEN:  I'm sorry, Your Honor, I was

 8   consulting about No. 17.  But to fix it, we would then strike

 9   the first two words of No. 17, since it reflects back to the

10   prior opinion.  So we just start with "during the 1990s," Your

11   Honor.

12          THE COURT:  You have him say it's not as obvious --

13   was not as obvious then as it is now?  I mean, that's what

14   he's -- seems pretty argumentative.

15               All right, let's do number 17, and then we're going

16   to take a break.

17          MR. FRENTZEN:  Thank you, Your Honor.

18          THE COURT:  The words "in fact" will come out.

19   BY MR. FRENTZEN:

20   Q.  No. 17:

21               "During the 1990s, the gang was deemed a local gang

22   because the connection to El Salvador was not as obvious as it

23   is now.  In the early 2000s, however, the level of

24   communication with the leadership from El Salvador and

25   Los Angeles became more apparent.  The 20th Street clique
```

1  collected money during their meetings to send back to their

2  homeland.  They also bought construction and carpentry tools,

3  which they shipped to El Salvador.  Gang money was also used

4  for other gang activities, notably, to purchase firearms as

5  well as to use for bail for arrested gang members, or as

6  commissary money for jailed gang members.

7         "The majority of the gang's members are employed in

8  the construction trades.  Members use their knowledge of the

9  different work sites to commit future crimes, especially auto

10 theft."

11        Could you tell us the basis for that opinion,

12 Sergeant Molina?

13 **A.**  Basically, based on my observations, investigations that I

14 had conducted with -- of the gang.  At the beginning, when I

15 was a patrol officer in the Mission District, MS-13, to me, was

16 just a local turf gang, just like 19th Street, 24th Street.  I

17 didn't see the connection to El Salvador.  That was more

18 evidenced later on, as I learned that communication was being

19 sent back and forth through sources and other officers that

20 were conducting investigations on how El Salvador was

21 connected.

22        It became more obvious that the country of

23 El Salvador was being -- was being the focus of a new birth of

24 MS-13 in their homeland and how that gang was migrating

25 throughout the neighborhood countries, in Central America all

**Molina - Direct / Frentzen**

1   the way back to the United States.  That became more apparent,

2   and now, having that I started seeing different things that I

3   wasn't seeing before with gang members, the level of

4   communication and sophistication that the gang members were

5   operating with.

6           As far as the construction, a lot of MS-13 gang

7   members that I contacted in the Mission District were employed

8   in the construction trades:  Conducting searches of the

9   vehicles, they had helmets, boots, tools in their trunks.  They

10  were painters.  They would come out right after work, will hang

11  out with their work boots, 20th and Mission.  They had the

12  vests with the orange on.  So that led me to believe that they

13  were involved in the construction trade.

14          That is one of the trades -- mostly talking to other

15  officers that had dealt with this gang in the East Coast.  And

16  they see that also, that MS-13 gang members in their area tend

17  to be employed in the construction trade.

18  *Q.*  What about with respect to the collection of -- collection

19  of money to send back to the homeland?

20  *A.*  See, I learned that from sources, too.

21          *MR. GOLDROSEN:*  I'm sorry, I did not hear that

22  answer.

23          *THE WITNESS:*  I learned that from sources and other

24  federal agents that were involved in investigation.

25          *MR. FRENTZEN:*  Your Honor, want to take a break at

 1  this point?

 2              **THE COURT:**  Yes.

 3              Let's resume at one hour from now, it would be ten

 4  minutes until 2:00; is that all right?  Does that work?

 5              **THE COURT REPORTER:**  Yes.

 6                      **(Luncheon recess taken at 12:54 p.m.)**

 7                      **(Proceedings resumed at 1:55 p.m.)**

 8              **THE COURT:**  Before we resume, we got a lot of

 9  marshals standing over there; are we okay back there?

10                      **(Laughter.)**

11              **THE COURT:**  What's happening?  Why do we have so

12  many marshals there?

13              **THE MARSHAL:**  Your Honor, it's fine.  During the

14  break, everything got settled.

15              **THE COURT:**  Everyone settled now?  All right.

16              Are all the defendants present?

17              **THE MARSHAL:**  Yes.

18              **THE COURT:**  The marshals say yes, okay.

19              Before we get started, I got some small items to ask

20  about.  The protective order, the meet and confer, you were

21  going to give me a date today on when that is going to happen.

22              **MR. LEUNG:**  Yes, Your Honor.  Can we get back to you

23  at the end of this hearing?

24              **THE COURT:**  See, how come you do this to me?  The

25  check is always in the mail.

```
1          MR. LEUNG:  We will meet this afternoon, Your Honor,
2    and we will report back by tomorrow afternoon.
3          THE COURT:  Yes.
4          MR. LEUNG:  Thank you.
5          THE COURT:  But today you are going to do the
6    meeting, that's fine.
7          Next, you owe me a list of 50.
8          MR. LEUNG:  Yes, Your Honor, my apologies.  I
9    realized as I was sitting here today I had forgotten to file
10   it, and I notified defense counsel.  I was wondering if I could
11   get it here this evening after the hearing?
12         THE COURT:  All right.
13         MR. LEUNG:  Thank you.
14         THE COURT:  For all defendants now for the
15   October 19th hearing, we only have four defendants down to
16   come.  So if your defendant needs to be there and you want them
17   there, you got to tell Dawn.
18         We have these four planning to be brought in:
19   Velasquez, Guevara, Cruz-Ramirez and Hernandez.  So if you
20   think your defendant was not called out and should be there,
21   please let Dawn know so that Dawn can make the arrangements
22   with the marshals.
23         Finally, this is a question from counsel for the
24   Government:  I'm quoting from something earlier that you filed:
25   That you will not refer -- that as for Molina and McDonnell,
```

1  you will not refer to any defendants during his direct

2  testimony as an expert.  And my question to you is, is the same

3  true for Flores?

4         **MR. LEUNG:**  Flores doesn't know the defendant,

5  correct.  So again, as experts, they will not be tying their

6  testimony to any one particular defendant.

7         **THE COURT:**  But that statement then applies to all

8  three with the qualifications you just gave?

9         **MR. LEUNG:**  That's correct, Your Honor.

10        **THE COURT:**  All right.  Thank you.

11        **MR. LEUNG:**  As experts, Your Honor.

12        **THE COURT:**  As experts.  I know, you still have the

13 issue of whether or not, as percipient witnesses, they can --

14 you know, they would be acting as percipient witnesses, and

15 presumably, any percipient witnesses can say almost anything as

16 long as they actually observed it, subject to the Rules of

17 Evidence.

18        Now, I'm ready to go back to where we were, and we

19 were roughly at paragraph 17, correct?

20        **MR. FRENTZEN:**  That's correct, Your Honor.  I

21 thought, though as long as the Court is on sort of housekeeping

22 and scheduling, and before we reach the end of the day so that

23 the Court can address this --

24        **THE COURT:**  All right.

25        **MR. FRENTZEN:**  In terms of the Court's desire to, if

1   we have to continue this thing, continue it to next Wednesday,

2   our two witnesses both have a problem in that they are

3   traveling for training, which has already been scheduled and

4   paid for for next week.  And so the Government was hopeful that

5   we could pick a different date.

6           **THE COURT:**  All right, we'll pick a different date.

7   I can't tell you what it will be, though.  I'll try to find out

8   today and let you know.  But Dawn is not here, and -- that's a

9   good reason not to go forward on Wednesday.

10          **MR. FRENTZEN:**  Thank you, Your Honor.

11          **THE COURT:**  All right, you are up to No. 17, right?

12          **MR. FRENTZEN:**  I believe we finished No. 17.

13          **THE COURT:**  Go to No. 18, then.

14          **MR. FRENTZEN:**  Thank you, Your Honor.

15          **MR. PHILIPSBORN:**  Your Honor, on the point you just

16   covered -- I don't want to interrupt Mr. Frentzen further -- I

17   realize the Court can't do any scheduling without Dawn's being

18   present, but I do think it would help counsel to be able to

19   discuss dates with the Court so that we can -- those of us who

20   want to be present --

21          **THE COURT:**  Yes.  And if there is a good reason to

22   cancel it, I'm going to cancel it.

23          I know what will happen:  If I leave it to you all

24   to come up with a next date, it will be in January.  And we

25   would be lucky, then.  So I just -- the best way to do it is

1   for me to tell you what that date is going to be, and then if

2   there is real heartburn, I'll change it.

3            **MR. PHILIPSBORN:**  Yes, sir.

4            **THE COURT:**  If there is not real heartburn, everyone

5   will adjust.

6            **MR. SABELLI:**  Your Honor, if the Court could give us

7   a window and, say, pick a date within two weeks?  I would

8   volunteer to do it.

9            **THE COURT:**  It won't happen, Mr. Sabelli.  It will

10  be like the protective order, it will never happen.

11           **MR. SABELLI:**  No, Your Honor, respectfully, the

12  defense has complied with all timetables and consistently done

13  so.  And I represent to the Court, if the Court says,

14  Mr. Sabelli, find me a date in the next two weeks, I will do

15  that.

16           **THE COURT:**  I'll come close to that, I'll give you

17  this:  I will say, here is the date, this is what it's going to

18  be unless you find something else that you all agree on or

19  pretty close to it.

20           **MR. SABELLI:**  Thank you.

21           **THE COURT:**  But you have to run that date by Dawn.

22  And I will move other things off the calendar in order to

23  accommodate you, but I -- sometimes there is too many things to

24  move off the calendar.

25           And another problem I got is, I got the criminal

**Molina - Direct, (cont'd.) / Frentzen**

1  trials that can't be -- have to go forward.  So -- I will be

2  quasi reasonable.

3                    **(Laughter.)**

4           *THE COURT:*  Can we go ahead now?

5           Mr. Frentzen, you are up to No. 18.

6           *MR. FRENTZEN:*  Thank you, Your Honor.

7                 <u>DIRECT EXAMINATION, CONTINUED</u>

8  *BY THE MARSHAL:*

9  *Q.*  Sergeant Molina, moving along, paragraph 18:

10          "Now the 20th Street clique in San Francisco has

11 strong ties to Southern California, specifically, the PLS

12 clique, which has a franchise in Richmond.  Members of the 20th

13 Street clique maintain communication with Southern California

14 by attending interstate misas, meetings," m-i-s-a-s, "and

15 receiving bendiciones, b-e-n-d-i-c-i-o-n-e-s, instructions,

16 from the Los Angeles area."

17          Could you tell us the basis for that opinion, sir?

18 *A.*  Sure.  I had listened to jail phone calls --

19                 **(Court reporter interruption.)**

20          *THE WITNESS:*  I listened to jail conversations where

21 that's been said, about going down south, attending misas, and

22 receiving bendiciones, which means -- misas means meetings,

23 bendiciones means instructions, source information.

24          Our guys getting arrested in Southern California,

25 which shows a nexus to that clique in Southern California.  And

```
 1   when I say "our guys," I'm talking about 20th Street MS gang
 2   members getting arrested in Southern California for violations
 3   of Penal Code sections.
 4          Members of our -- members of PLS traveling to
 5   Southern California for committing crimes and getting arrested
 6   in Southern California go back to our city for the crimes
 7   that's committed here.  Such is the nexus between the two.
 8   Q.  And I know you referenced jail conversations, not
 9   necessarily specific to individuals, but can you describe for
10   us what type -- what types of individuals being involved in
11   those jail -- recorded jail conversation?
12   A.  Members of 20th Street clique, talking about going down
13   south, receiving those instructions.  And also, they are
14   wondering about who was snitching, who was talking, and how the
15   light would shine on them if they don't -- find out, meaning
16   that they would be green-lighted by the gang down south if they
17   don't take care of their own problems.
18   Q.  What's "green light"?
19   A.  Green light means a hit that's been put on the gang or a
20   specific individual within the gang for not complying with the
21   rules or for being, quote/unquote, a "snitch," talking to law
22   enforcement, violating their rules.
23   Q.  Paragraph 19:
24          "MS-13 members speak in codes, especially when
25   passing information regarding identifiable monikers.  For
```

1    instance, they pronounce the name of a gang member out of

2    order; thus, for example, coyote becomes tecoyo.  Members of

3    MS-13 also identify each other by gang moniker, which they pick

4    when they are jumped into the gang.  Some members know other

5    members only by moniker and do not know each other's true

6    names.  This makes it difficult for the police to identify gang

7    members."

8            Could you tell us the basis for that opinion, sir?

9    **A.**  Once again, my investigations, investigations that I have

10   conducted involving criminal activities of the gang, listening

11   to jail phone calls, reviewing correspondence where the names

12   are inverted.  For instance, the one that you talked about,

13   coyote being spelled tecoyo.  Also, I had seen, sapo, s-a-p-o,

14   being spelled posa, p-o-s-a, which is backwards, and so forth.

15   **Q.**  And what about just in reference, generally, to gang

16   monikers in general, which is sort of the second half of this

17   paragraph?

18   **A.**  Sure.  Gang monikers in the gang culture it's my

19   understanding there is three ways of obtaining, either because

20   of the physical characteristics of the person.  You have

21   persons that are called "shorty" because they are short, or

22   they might be called "tiny" because they are tall, and just

23   kind of the opposite of who the person are.

24           Behavior:  Like somebody is always smiling, goes by

25   "recitas" or "smiley."  Somebody who is sad, all the time, it's

1   like, sleepy eyes, he might go by "triste," or sad boy.

2          A person that has long hair, might go by greñas,

3   which is -- spelled g-r-e-ñ-a-s, greñas, which means long hair.

4          It can be also because of what they do:  Psycho, and

5   that explains itself.  Another person will pick their own name,

6   what they want to be called.  Also, what I seen in the gang

7   culture is they have a term of endearment from their family

8   that they bring into the gang, so something that they are being

9   called in their house or being called in the street by their

10  family members, they also bring that into the gang culture.

11  **Q.**  Um, all right.  Paragraph 20:

12         "MS-13 members use other codes to communicate.  For

13  instance, the word 'girl' is often used as a code word for gun.

14  And girls's names are also used for same purpose.  Many of

15  these codes are context specific.  Some of the more common

16  codes, however, include fiesta or party to refer to a hunt for

17  members of rival gangs.  Likewise, work and jale are words for

18  violence committed by the gang.  Members also use code in their

19  letters to each other."

20         Could you tell us the basis for that opinion, sir?

21  **A.**  Once again, in conducting investigations, talking to other

22  law enforcement officers.  I had listened to jail phone calls

23  where weapons were being referred as "girls" by a specific gang

24  member.

25         Correspondence, talking about jale, jale, is slang,

1    Mexican slang for work, do some work.  They talk about jale,

2    doing some work.  In the gang culture committing an act of

3    violence against a rival gang is called "putting in work for

4    the gang."  Just work is the short version of putting in work

5    for the gang, committing offenses against other rival gang

6    members.

7    *Q.*  All right.

8              And is this -- is this particular term, "work," or

9    "jale," is that, in terms of your other conversations with

10   other experts and other parts of the country, I mean, is that

11   specific simply to San Francisco, or is that a more universal

12   term?

13   *A.*  Universal term.

14             **MR. FRENTZEN:**  Court's indulgence one moment, Your

15   Honor?

16   **BY MR. FRENTZEN:**

17   *Q.*  You -- or, the opinion makes reference to the term "girls,"

18   is that -- "girl" being used as a code for gun, is that

19   necessarily the English use?  I mean, in other words, as it's

20   reflected in the opinion, "girl" is an English --

21   *A.*  Right.

22   *Q.*  -- word.  In terms of your opinion, would that encompass

23   the Spanish translation?

24   *A.*  It does.  In Spanish, it might be niña, n-i-n-a, or wicha,

25   which is slang, Salvadorian slang for a girl.  Wicha spelled

**Molina - Direct / Frentzen**

```
 1   w-i-c-h-a, which is a street terminology unique to El Salvador,

 2   wicha and wicho, W-i-c-h-o, in reference to a young male, and

 3   wicha in reference to a young female.  And it's slang in the

 4   culture in reference to small children.

 5   Q.  All right, I want to show you at this point a demonstrative

 6   item that's on the list, number 16.

 7            MR. FRENTZEN:  For the record, this is Bates

 8   CD4-000112 through CD4-00118.

 9   BY MR. FRENTZEN:

10   Q.  Can you take a quick look at that, Sergeant Molina, and see

11   if you recognize what that item is?

12            Do you -- sorry.

13                  (Witness still reviewing.)

14   BY MR. FRENTZEN:

15   Q.  Do you recognize what that item is?

16   A.  Yes.

17   Q.  Is that a letter that you had previously reviewed?

18   A.  It is.

19   Q.  And does that letter involve any of the code phrases that

20   you have referred to, either in paragraph 19 or 20?

21   A.  It does.

22   Q.  Could you describe where and --

23   A.  In the letter -- in the head portion of the letter, it has

24   2, semicolon; tecoyo, t-e-c-o-y-o, which is coyote inverse, and

25   the date of May, 28, '08.
```

**Molina - Direct / Frentzen**

1   *Q.*  Any other parts of that letter that are significant in

2   terms of your --

3   *A.*  Yeah, I'm going through it right now --

4   *Q.*  All right, sorry.

5   *A.*  -- again.

6                     **(Reviewing.)**

7         *THE WITNESS:*  Yes, found another one.  The signature

8   on the letter is inverted, is Mr., M-r, period, Lonpe, which is

9   inverted for Pelon.  So Lonpe is backwards.

10  *BY MR. FRENTZEN:*

11  *Q.*  So we could go through this -- in terms of the first

12  reference you were talking about, could you give me a page by

13  the Bates number, the number stamped on the bottom?

14  *A.*  Sure.  It has "C," as in Charlie, "D," as in David,

15  4-00114.

16  *Q.*  And if your screen is working now --

17  *A.*  It is.

18  *Q.*  -- perhaps you could point out for all of us where you are

19  talking about.

20  *A.*  It would be the upper part of the screen, but now it's just

21  doing things -- okay.

22  *Q.*  Hang on.

23        Can you write on that now?

24  *A.*  Yes.  I wrote a circle around the word tecoyo, which is

25  spelled backwards for coyote, c-o-y-o-t-e.

**Molina - Direct / Frentzen**

1    **Q.**  And the second inverted word, could you direct us to the

2    page by printed stamp that you are talking about.

3    **A.**  It will be "C," as in -- I'm sorry, "C," as in Charlie,

4    "D," as in David, 4-00116.

5    **Q.**  Use that screen to show us what you are talking about.

6    **A.**  That would be Mr. Lonpe, which is backwards for Pelon,

7    P-e-l-o-n, which is a gang moniker that I recognize.  And

8    coyote is also a gang moniker that I recognize.

9    **Q.**  Now, that document that I just showed you, number 16, is

10   that a document that you relied on in part, to -- to form the

11   basis of your opinions as reflected in paragraphs 19 and 20?

12   **A.**  Yes.

13   **Q.**  I'm going to show you now what was marked as demonstrative

14   number 14.  And this is Bates C4-00001 through -2, it's a

15   two-page document.  If you could just take a quick look at

16   that, sir.

17          Is that a document that you have seen before?

18   **A.**  It is.

19   **Q.**  And could you tell the Court, in your opinion, what that

20   document appears to be?

21   **A.**  In the gang culture, we would call this a "kite."  It's a

22   small piece of paper with miniature writing --

23                  **(Court reporter clarification.)**

24          **THE WITNESS:**  And it has communication between two

25   gang members.  There is reference to monikers, where the

1    information is coming from --

2                    **(Judge reviews.)**

3                    ***THE WITNESS:***  It has instructions of information

4    that is being shared.

5    **BY MR. FRENTZEN:**

6    ***Q.***  And in terms of the -- what you described as being very

7    small, is there a purpose to that?

8    ***A.***  Yes, obviously, to cram as much information as you can in a

9    small piece of paper, but also serves as a function of

10   disguising the information, making it hard to read.

11   ***Q.***  Is there a reason, though, why the -- I mean, the kite, in

12   general -- I know you talked about kites earlier, but the

13   reason why they are very small?

14   ***A.***  It's easier to conceal.  Most of this information is being

15   transferred back and forth in the jail system.  Based on my

16   training and experience and my own observations, they are

17   wrapped in cellophane paper, they are wrapped in gum wrappers.

18                    Some inmates swallow the kites, and somehow they get

19   involved in certain incidents where they are transferred, so

20   they bring that information to another setting.  And it's

21   usually passed through nature ways, received at the other end,

22   clean up, and give it to the person that it's intended to.

23                    People pass kites when they go to school.  People

24   pass kites back and forth during gym periods.  I have

25   information and talked to correctional officers that have

1    recovered kites from suspected gang members where they were

2    doing PE classes in the gym.  They hide them in their pants.

3    They hide them in their mouth.  They hide them in the rectal

4    cavities.  They hide them in their mattresses, everywhere they

5    can put a small piece of paper.

6           And basically, it's just the person who has a kite

7    receives certain status within the gang, that that person is

8    being -- giving information, that shows leadership within the

9    gang.

10   **Q.**  Moving now to paragraph 21.

11          "In order to be a member of MS-13, one must be

12   'jumped in,' that is, be ritualistically beaten by other gang

13   members.  The typical duration of this beating for many MS-13

14   cliques is 13 seconds because the number 13 is sacred to the

15   gang.  But the 20th Street clique carries out the beating for

16   20 seconds to mirror the name of the gang."

17          Could you tell us the basis for that opinion, sir?

18   **A.**  Once again, based on my training and experience, speaking

19   to other officers, watching videos, surveillance conducted by

20   law enforcement on suspected gang members, documentaries on

21   MS-13, where they had -- film crews had documented actual

22   jump-ins conducted in El Salvador, information -- as I said

23   before, talking to gang members about the rituals of getting

24   jumped into the gang.

25          Thirteen is once again their symbol, symbolizes the

 1   gang in being able to endure a beating.  It shows the gang how

 2   strong you are and the strength that you've been to the gang.

 3   And it also gives them a preview of the violence they are

 4   embarking on.  And 20th Street represents the gang in

 5   San Francisco.

 6   *BY MR. LEUNG:*

 7   *Q.*  Paragraph 22:

 8           "Presently, about 70 percent of the membership of

 9   the 20th Street clique is of Salvadorian descent.  There is

10   also an influx of Yucatecos and Honduran nationals that

11   recently immigrated into the San Francisco Bay Area and are

12   joining the gang.  Many Honduran nationals are being accepted

13   here as part of the 20th Street clique."

14           And I understand, sir, you would like that to

15   probably say presently about -- approximately 70 percent

16   membership?

17   *A.*  Yeah, roughly.

18   *Q.*  The membership?

19   *A.*  Roughly.

20   *Q.*  Roughly.

21   *A.*  70 percent, yeah.

22   *Q.*  Could you tell us, with that modification, what the basis

23   for that opinion is, sir?

24   *A.*  Just my observations in how the gang operates, the changes

25   I've seen within the gang membership.  The Mission District,

1    the majority are Latin in heritage.  And we see changes in the

2    influx of people that are coming to our district.  We have seen

3    a large, a large number of Yucatecos, Y-u-c-a-t-e-c-o-s, which

4    are Mexican nationals from the Yucatan Peninsula, which is the

5    area of Cancun of the Gulf of Mexico.  We have a great

6    influence of them into our district.  And most of them are

7    staying within the north side of the district, which we had the

8    apartment buildings, the hotels, and the area where MS-13

9    claims.

10            So we see these new immigrants being assimilated by

11   the gang.  We are seeing Hondurans, too, that are coming

12   through our city.  And some of them already had -- have been

13   part of the gang culture in their country, so they bring their

14   own learnings, their own, gang mentality to our city and

15   affiliate with MS-13, 20th Street clique here in San Francisco.

16   Q.  Paragraph 23:

17            "The leadership of the 20th Street clique, however,

18   has always been and continues to be held by Salvadorian

19   nationals.  For instance, the early leaders were Darwin Yo-Yo

20   Flores, currently incarcerated in Soledad Prison, and Guillermo

21   Memo Fuentes, who was murdered in 2004 by a 22B Norteño gang

22   member.

23            "In recent years and up through now, the leadership

24   position has been split among different factions within the

25   gang, although the division between the gang is fluid and

 1    varies with the personality of the gang members."

 2            Could you tell us the basis for that opinion?

 3    **A.** My personal observations in the Mission District, talking

 4    to gang members in the Mission District, specifically, for

 5    MS-13.

 6            Darwin Yo-Yo Flores was a well-known figure when I

 7    got to the Mission District in the 1990s, '95, '96.  He was

 8    involved in acts of violence, and so forth.

 9            There was an article written by, I want to say the

10    *Guardian* on gangs in the Mission District, I think that

11    happened in '96 or '97, and they rode with us, me and my

12    partner, at the time.  And they contacted numerous gang members

13    throughout the district.  And an article came out based on that

14    and about the gang violence in the district.

15            And some of the persons that they interviewed was

16    Yo-Yo Darwin Flores, who spoke about the violence and what --

17    MS-13 did disguise the names, they disguised the name of the

18    gangs to protect their sources, I guess, or what they talked

19    about, but it shows the gang mentality at the time, about the

20    conversations that the reporters had with those gang members,

21    show gang members flashing gang signs, and so forth.

22            **MR. SABELLI:**  Your Honor, I could not hear the name

23    of the article, or the author of that article.

24            **MR. FRENTZEN:**  I don't think he said.

25            **MR. SABELLI:**  I thought I heard something about an

```
 1   article.

 2              MR. FRENTZEN:  He said in the Guardian.

 3              MR. SABELLI:  In the Guardian, that's fine, in the

 4   Guardian.  That's what I didn't hear, "in the Guardian."

 5              And, Your Honor, if I may, I would like a standing

 6   objection on two grounds.

 7              Number one, I think the answers are narrative, and I

 8   would ask that they be restricted to answer the question.

 9              Secondly, many of these answers include the phrase,

10   "based upon my personal observations"; I have not heard with

11   respect to the last answer or other answers what, specifically,

12   those observations were.

13              If we are here to explore the bases of the opinions,

14   I think we need to know what specific observations support an

15   opinion rather than a general phrase, "I've made observations,"

16   because that does not allow us to understand what the bases

17   are.

18              Of course, it's up to Mr. Frentzen if he wants to go

19   into it or not, I'm simply indicating to the Court that we are

20   not receiving actual bases, we are just receiving a code phrase

21   for what that witness characterizes, generally, as the basis of

22   his opinions without actually giving us the bases.

23              THE COURT:  Here is the answer:  In terms of

24   narrative, that's overruled.  These answers are reasonably

25   responsive to the questions asked.
```

**Molina - Direct / Frentzen**

1              As far as the form of the answer and whether or not

2      it's sufficiently detailed, as I said yesterday, the Government

3      is here to make whatever record it wants, and I'm not going to

4      interject if I think it's not enough.  I'm not going to jump up

5      and say, no, that's not enough.

6              I -- I'm letting the Government make the record it

7      wants, and we will sort out with the briefing afterwards how

8      much of this has sufficient foundation or not.

9              And maybe it is enough and maybe it's not, I'm not

10     deciding that right now.  But you've made your point for the

11     record, and the Government counsel can proceed as they wish.

12             Go ahead.

13             **MR. FRENTZEN:**  Thank you, Your Honor.

14             I got lost in -- as to whether or not, if I could

15     inquire through the Court, if counsel wants me to ask about who

16     wrote the article, if the sergeant remembers who wrote the

17     article.

18             **THE COURT:**  Who -- do you know who wrote the

19     article?

20             **THE WITNESS:**  Not at this point.  But I have seen a

21     copy, I can provide you with a copy.  I have a copy myself.  I

22     think it's very available online.  If you query the *Bay*

23     *Guardian* in 1996 in the Mission District, it makes reference to

24     the *West Side Story*, that's basically --

25             **(Court reporter clarification.)**

**Molina - Direct / Frentzen**

1          **THE WITNESS:**  To *West Side Story*.  But it says these

2     are not -- these are kids killing each other, it's some type of

3     reference to that.  And it talks about the violence in the

4     Mission District in the '90s and how they were killing each

5     other.

6                    **MR. FRENTZEN:**  May I proceed, Your Honor?

7                    **THE COURT:**  Sure.  Please go ahead.

8     **BY MR. FRENTZEN:**

9     **Q.**  Sergeant Molina, I think you went over personal

10    observations, conversations with MS members, made reference to

11    Darwin Flores, and investigations of Mr. Flores, and then I

12    believe you mentioned the *Guardian* article in terms of reciting

13    the basis for your opinion; is there more to the basis of your

14    opinion than that before we were cut off?

15    **A.**  Sure.  That was in reference to Darwin, and also in

16    reference to Memo.  He was also the leader of MS-13.

17                    Once again, based on my observations, when he got

18    murdered, when he was killed.  The services were held across

19    the street from Mission Station, on 17th and Valencia at the

20    Duggins Mortuary, which is 50 yards away from our police

21    station.

22                    I saw members of MS-13 gang wearing gang attires

23    *[verbatim]*, wearing the color blue, ribbons which signify, once

24    again, the color of the gang and the -- honoring the person

25    that had killed -- that was killed, and the talk on the street

**Molina - Direct / Frentzen**

1  that the leader of MS-13 has been killed by a rival gang

2  member, the shrine that followed -- in the graffiti that

3  followed the shrine where he was killed at 24th and York on

4  June 26, 2004 in the evening hours.

5  **Q.**  Just so that we know, did you, yourself, have any personal

6  interactions with Mr. Fuentes, Memo, before he died?

7  **A.**  Yes.  I knew him.  I had seen him in the area about 20th

8  and Mission, the Mission Playground.  He played soccer.  He was

9  a fixture up there, the person that I dealt with in the past.

10  **Q.**  Paragraph 24:

11          "As noted above, MS-13 gang members consider

12  themselves Sureños and typically wear blue clothing items to

13  show their allegiance.  They also tattoo themselves with gang

14  symbols and tag locations with gang graffiti to claim territory

15  or to challenge rival gang members.  Common words and symbols

16  in their graffiti, tattoos, hand signs, and clothing include

17  the number 20, Mara Salvatrucha, MS, MS-13, la garra,

18  g-a-r-r-a, i.e., the devil horns hand sign; 20 locotes,

19  l-o-c-o-t-e-s, the El Salvador flag and/or shield, Sureño,

20  Lower Mission gangster, XIII, in other words, the Latin 13; XX,

21  or 20, friction -- Frisco XX, and controla, i.e., control among

22  others.  Indeed, one motto of MS-13 is "matar, violar,

23  controlar," which means in Spanish, "kill, steal, rape,

24  control."

25          **MR. FRENTZEN:**  And at this point in time, I'm going

1    to show a large number of documents to the witness, Your Honor.

2    It's my understanding from -- I'm sure counsel will correct me

3    if I'm wrong, Mr. Goldrosen, that rather than go through all of

4    this photograph by photograph here today that it would be

5    acceptable to the defense that I sort of show these items one

6    by one to -- in groups one by one to Sergeant Molina and then

7    ask sort of more global questions at this point, if that's

8    acceptable to the Court as well.

9           *THE COURT:*  Well, that's okay with me if it's okay

10   with Mr. Goldrosen and the defense counsel.

11          *MR. GOLDROSEN:*  That's fine.

12          *THE COURT:*  All right, then we can proceed that way,

13   then.

14          *MR. FRENTZEN:*  Thank you.

15   *BY MR. FRENTZEN:*

16   *Q.*  I'm going to show you first, Sergeant Molina, what's been

17   marked in the demonstrative exhibits as No. 1, photographs

18   taken from near the residence of Douglas Largaespada.  If you

19   can -- or, I'm sorry, Bates R001906 through -1920.

20          If you could take a look at those, Sergeant, and see

21   whether you recognize what those are?

22   *A.*  Just a correction:  The photos were not taken near his

23   residence, I took those photos, and they were taken at 20th and

24   San Carlos, which is gang turf.

25   *Q.*  Thank you for the correction.

1   **A.**  This is a set of photos that depicts the area where I

2   contacted the person that we talked about.  The graffiti that

3   was in the area where he was with other members of the gang, I

4   took those photos.

5           He was -- I took photos of his gang-related tattoos.

6   And I also took photos of gang indicia that was recovered from

7   his residence.  At the time, he was on probation with a search

8   condition.

9   **Q.**  And are those documents -- is No. 1 -- basically, those

10  photographs, those observations, are those items that you

11  relied on in forming your opinions that you're expressing here

12  today?

13  **A.**  Yes, they are.  It shows gang graffiti, it shows the area

14  where the gang hangs out, their turf.  It shows monikers of

15  gang members that frequent that area.  It shows the two

16  monikers, "El Niño," n-i-ñ-o; "Syco," spelled a little bit

17  different, spelled S-y-c-o; the number, "20th Street"; "MS,"

18  the letters "M" and "S" with the "X," Roman numeral X, and the

19  "3" for 13.

20          Once again, it shows, if I remember correctly, I

21  might be wrong here, but I don't think it was writing, but it

22  was engraved on the fresh cement.  At one point, the sidewalk

23  was worked on cement, and somebody engraved on the cement "MS,"

24  and that was in the area of about 20th and San Carlos.

25          I also see a picture of Douglas Largaespada, a

1  picture taken from the back that shows the letter "2" and "0"

2  for 20th.

3  **Q.**  Sorry, was that "2" and "0"?

4  **A.**  Yes.

5  **Q.**  I'm going to show you now -- should be Item No. 2 on the

6  demonstrative exhibits.  This is R001998 through -- oh, shoot,

7  sorry.  R002007.

8          Could you take a look at Demonstrative No. 2 and see

9  if you recognize what that is?

10         **MR. FRENTZEN:**  Your Honor, for the Court and

11 counsel's benefit, I believe this -- most of these items were

12 already gone through with Detective Flores earlier today.

13         **THE COURT:**  All right.

14         **MR. CANNON:**  Could you please repeat that Bates

15 range?

16         **MR. FRENTZEN:**  Sure.

17         It's R001998 through R002007.

18         **MR. CANNON:**  Thank you.

19 **BY MR. FRENTZEN:**

20 **Q.**  Do you recognize what those items are depicted in that

21 group of photographs?

22 **A.**  I recognize what I consider gang indicia, or gang

23 paraphernalia, a baseball bat with the letters "MS," written on

24 it; the letter "X," followed by a "3" for "13."  And the letter

25 "X," represents the 10 and the 3, so 13, together.

 1              Gang members flashing gang signs.  A member flashing

 2    the "S," a member flashing the "M," other members flashing "la

 3    garra."  I have a blue ribbon that was worn by members of the

 4    gang for Memo's funeral.  It has the "RIP Memo, MS-13,

 5    6/26/04," which was the date that he was killed.

 6              Football jersey with the number "13," was, again,

 7    with reference to the 13th letter of the alphabet, which is the

 8    "M" that signifies the Mexican Mafia allegiance, blue

 9    handkerchief that represents the colors of the gang.

10              Correspondence that makes reference to the gang,

11    "Mara Salvadoreña," has a moniker on the side of the letter,

12    and then El, E-l, Big, B-i-g, Triste, T-r-i-s-t-e, which can be

13    translated to "sad boy."

14              It has other monikers that are recognized to be

15    members of MS-13 20th Street clique, Colmillo, C-o-l-m-i-l-l-o.

16    It makes reference to that name.

17              It has MS-13, also.  In the writing it talks about

18    the gang, and it makes a reference in writing to the gang.

19    *Q.*  And are those --

20              *MR. PHILIPSBORN:*  I'm sorry, Your Honor.

21              I'm sorry Mr. Frentzen.

22              Again, just for our record, the witness did make

23    reference to a photograph of gang members and identified a gang

24    member by name, and I'm assuming eventually when we get to a

25    ruling on this issue, that that's -- we're still clear that at

**Molina - Direct / Frentzen**

1  trial this witness could not opine on those particular issues.

2      **MR. FRENTZEN:**  And to be clear, Your Honor, I mean,

3  when we are in front of a jury we will be cautious.

4          Again, we are going to be dividing -- Sergeant

5  Molina, I believe, and I don't want to overstep bounds here,

6  but I believe when called as a fact witness, will recognize

7  individuals depicted in photographs.  He will not, during the

8  course of his expert testimony, refer to those individuals as,

9  in his opinion, a gang member or a member of MS-13.  He will,

10  as an expert, however, be able to indicate the flashing of "la

11  garra."

12      **MR. PHILIPSBORN:**  I appreciate Mr. Frentzen's

13  explanation of that.  And again, at the appropriate time, I'm

14  assuming that the Court will entertain objections to those

15  issues.

16      **THE COURT:**  All right, I'm not making a ruling on

17  any of this now.

18          Let's move on.

19      **MR. GOLDROSEN:**  Could I make one suggestion?  I've

20  agreed to this procedure of giving the witness groups of

21  materials to make these go faster, but as Sergeant Molina is

22  making references to certain things that he is discussing, it

23  would be helpful if he could give us the page number that he is

24  referring to so we have a record of what page these

25  observations come from.

1      **THE COURT:**  All right, we are not going to go back.

2           Going forward, when you make an observation about a

3    particular page, give us the Bates number.

4           **THE WITNESS:**  I will, Your Honor.

5           **MR. FRENTZEN:**  Thank you, Your Honor.

6    **BY MR. FRENTZEN:**

7    **Q.**  Back to Item 2.  Are those the types of -- is that the type

8    of evidence that you have used in formulating the opinions that

9    you have expressed here today?

10   **A.**  Yes.

11   **Q.**  Moving on, now, to Item 3 on the list, this is Bates

12   R002017 through R002052.

13          **MR. FRENTZEN:**  And again, Your Honor, this Item No.

14   3:  We spent a considerable amount of time on this with

15   Detective Flores earlier.

16   **BY MR. FRENTZEN:**

17   **Q.**  Sergeant Molina, could you just take a quick look through

18   the pages of Item No. 3 and tell us whether or not you've seen

19   that document before.

20   **A.**  I have.

21   **Q.**  Could you describe, generally, I mean without going through

22   it page by page, but just generally, I mean, what is that --

23   what is that, Item No. 3?

24   **A.**  It's a book of graffiti, gang names, monikers, reference to

25   the gang MS-13.  It depicts a roll call, what we call a "roll

**Molina - Direct / Frentzen**

1  call" with monikers, names of the gang members attached to the

2  MS letters, and so forth.

3  *Q.*  And is that an item which you had previously reviewed in

4  order to assist in forming the basis of your opinions expressed

5  here today?

6  *A.*  Yes, it is.

7         *THE COURT:*  Where did that thing come from?

8         *THE WITNESS:*  It came from a search of one of the

9  individuals believed to be a member of MS-13.

10         *THE COURT:*  The search of his house?  A search of

11  his person?

12         *THE WITNESS:*  His room.

13         *THE COURT:*  His room.

14         *THE WITNESS:*  Yes.

15         *THE COURT:*  One of our defendants?

16         *THE WITNESS:*  Yes.

17         *THE COURT:*  Is there any reason why we can't know

18  who it is?

19         Who was it?

20         *THE WITNESS:*  Mr. Morris Flores.

21         *THE COURT:*  All right.

22         Go ahead.

23         *MR. FRENTZEN:*  Thank you, Your Honor.

24  *BY MR. FRENTZEN:*

25  *Q.*  Sergeant Molina, let me move to Item No. 4.  And this is

1    Bates R002084 through R002090.

2             Sergeant Molina, can you take a look at Item No. 4

3    and see if you recognize what it is.

4                       **(Reviewing document.)**

5    *BY MR. FRENTZEN:*

6    *Q.*  Could you describe, generally, what Item No. 4 is.

7    *A.*  It's a set of pages depicting pictures of individuals,

8    suspected MS-13 gang members, flashing gang signs.  The

9    pictures -- I recognize the areas where the pictures were

10   taken, at least some of them, not all of them, but some of

11   them.  Some of them were taken in Cunningham Alley.  That's in

12   reference to page --

13                    **(Court reporter clarification.)**

14             *THE WITNESS:*  R002084.

15             And that is -- the two pictures from the top, that

16   is Cunningham Alley, which is the dead-end street, or the alley

17   next to the Mission Playground, which we have talked about the

18   headquarters of MS-13.

19             It depicts gang members, one of who is deceased now,

20   on the right-hand side of the picture.  He got killed

21   March 9th, 2004 in the area of Ocean Beach parking lot.

22             The other pictures were -- appears were taken in a

23   residence.  One of them was taken in a residence.  I recognize

24   the hand signs being flashed by gang members.  They are typical

25   of MS-13 gang members.

1            On page "R," as in Robert, 002086 depicts pictures

2     of Latino males, gang members sitting on the bleachers at

3     Crocker Amazon Park, which is the park in the Excelsior

4     District on Geneva and Moscow Avenue -- Moscow Street.  I'm

5     sorry.  It depicts members of the gang flashing gang signs,

6     have "la garra" being flashed, we have the "X" being flashed.

7            On page R002087, you have a group of individuals

8     posing after the funeral of Trucho, which happened on

9     March 29th -- I mean, I'm sorry, March 9, 2004.  I recognize

10    the area where the picture was taken; this is the doughnut shop

11    that used to be located at 20th and Mission.  Now it's a

12    pharmacy, I think.  But back in the days, it was a doughnut

13    shop.  I think it was called Magic Doughnuts.

14            It shows some of the leadership of MS-13.  It shows

15    Memo, who is now deceased, in the center of the group flashing

16    gang signs.  They show other individuals that belong to the

17    gang flashing gang signs, showing their tattoos, which is

18    another way of claiming the gang, wearing the colors, the blue

19    bandannas, the ribbons for the "RIP," flashing "la garra"

20    upwards and downwards, when you flash la garra downwards, it

21    signifies the "M," and just a group of more pictures, basically

22    the same thing.

23            MR. PHILIPSBORN:  Your Honor, just so we can clarify

24    where we're going with Sergeant Molina, would -- could we find

25    out if it's the Government's intention during the nonexpert

 1   portion of the show for Sergeant Molina to be asked, based on

 2   his personal experience, if he can identify the persons who are

 3   in the photographs?

 4              THE COURT:  Do you know who that -- those

 5   individuals were?

 6              THE WITNESS:  Yes.

 7              THE COURT:  By name?

 8              THE WITNESS:  They are here.

 9              THE COURT:  So he would be able to identify them in

10   the photograph?

11              THE WITNESS:  Yes.

12              THE COURT:  At trial, is that your intention, to ask

13   him who -- to identify the photographs --

14              MR. FRENTZEN:  In the nonexpert portion --

15              THE COURT:  Yeah, the nonexpert portion.

16              MR. FRENTZEN:  Absolutely.  He recognizes them.

17              MR. PHILIPSBORN:  Thank you, Your Honor.

18              THE COURT:  Isn't that what you expected?

19              MR. PHILIPSBORN:  I thought it might make sense for

20   the record to reflect it, Your Honor.  Thank you.

21              THE COURT:  All right.

22   BY MR. FRENTZEN:

23   Q.  Item No. 5, R -- this is Bates R002073 through R002081.

24              If you could take a look at that, Item 5.  While you

25   are looking at it, I'm going to ask a question --

1           *MR. FRENTZEN:*  Have a moment, Your Honor?

2                    **(Reviewing notes.)**

3   *BY MR. FRENTZEN:*

4   *Q.*  Since I think I forgot this, back to Item 4.

5           Sergeant Molina, is that evidence which you had seen

6   before today?

7   *A.*  Yes.

8   *Q.*  Okay.  And is that evidence which you relied on in forming

9   the -- or, as part of the basis for your opinions here today?

10  *A.*  Yes.

11  *Q.*  Okay.

12          Sorry.  Go ahead with No. 5.

13                    **(Reviewing exhibit.)**

14          *THE WITNESS:*  Okay.  Okay.  I reviewed it.

15  *BY MR. FRENTZEN:*

16  *Q.*  Generally, can you describe for us what Item No. 5 is.

17  *A.*  Sure.  They are pictures of clothing, page R002073.  It's a

18  picture of a sweatshirt that says "Sur," has the letters,

19  s-u-r, that stands for south.

20          It has South Side written on it.  It's got the

21  number 13 in the middle and circled the 1, 3.  It's got --

22  that's about it.

23          It has -- this is the back of the sweatshirt.  I'm

24  the officer who recovered the sweatshirt in a search warrant,

25  so I'm familiar with it.  It has the Salvadorian shield on the

1    back of the sweatshirt.  And I have seen the sweatshirt on the

2    streets before being worn by the member of the gang that I

3    recovered it from in the search warrant.

4            It has number 13, original page number R002075.  He

5    has pictures of other gang indicia.  He has copies of pictures

6    that were recovered from this individual's house during the

7    execution of the search warrant.

8            He has that particular individual posing with the

9    jersey No. 13 on it, and that's on page R, as in Robert,

10   002079.  It also depicts members of the gang flashing gang

11   signs in the area of 20th and Mission, once again, in front of

12   the doughnut shop I talked about before.  That is on the

13   southwest corner, southwest corner of Mission and 20th.  And

14   this other picture is taken on the northwest corner of Mission

15   and 20th, gang members flashing gang signs.

16           *THE COURT:*  Can I ask you a question?

17           What is the reason that someone would flash a gang

18   sign standing in front of a doughnut shop?  Why would they do

19   that?

20           *THE WITNESS:*  That's Mission and 20th.  That's the

21   gang turf, so they are --

22           *THE COURT:*  Who are they flashing it to?

23           *THE WITNESS:*  States -- this is for memories, to

24   show allegiance to the gang.  They are flashing it to whoever

25   is taking the pictures.

**Molina - Direct / Frentzen**

1          Gang members, they are fascinated by pictures.  They

2    take pictures of themselves committing crimes.  They take

3    pictures of their tattoos.  It's part of the gang culture.  It

4    also marks their territory.

5          **THE COURT:**  Who took these pictures?

6          **THE WITNESS:**  I don't know who took them.  The

7    person that I recovered them from, I know who it is.  It's

8    depicted here in the pictures.

9          It also shows they are comfortable as being in the

10   house.  They are just standing there flashing gang signs, which

11   is the gang turf.  Mission and 20th, they consider that their

12   house, that is how relaxed they are, flashing gang signs.

13   That's their turf.  They feel protected there.  They are

14   relaxed enough to take pictures.

15         **THE COURT:**  All right.

16         **THE WITNESS:**  Memory keepsakes.

17         I have the same individual flashing gang signs

18   holding his baby, other individuals flashing tattoos.  That's

19   on page R002080.

20   **BY MR. FRENTZEN:**

21   **Q.**  Is that it?

22   **A.**  Yes.

23   **Q.**  Okay.

24         And are those -- are those items that you are

25   familiar with?

 1    *A.*  Yes, I recovered those items in a search warrant that I

 2    served on this individual's house.

 3    *Q.*  Are those --

 4            *THE COURT:*  What individual was that?

 5            *THE WITNESS:*  It's not here.  His name is Spanky.

 6            *THE COURT:*  Who?

 7            *THE WITNESS:*  Spanky, that's what he went by.  His

 8    name escapes me right now.  But that was his moniker, or that

 9    is his moniker.

10    *BY MR. FRENTZEN:*

11    *Q.*  And are those documents ones that you relied on in forming

12    the opinions that you are expressing here today?

13    *A.*  They are.  These are the items that I talked about

14    recovering search warrants, and so forth.

15            *MR. FRENTZEN:*  Item No. 6:  This is Bates R002123

16    and R002171.

17            Can you take a look at those, Sergeant Molina, and

18    see if you recognize what's in there.

19            *MR. SABELLI:*  Your Honor, while the witness is

20    looking through that exhibit, may I inquire through the Court

21    of the Government who Spanky is so that we know what the basis

22    of this opinion is?  If Sergeant Molina doesn't know, perhaps

23    counsel knows.

24            *THE COURT:*  You want to answer that question?

25            *MR. LEUNG:*  I don't know Spanky's real name, off the

**Molina - Direct / Frentzen**

```
 1   top of my head.

 2              MR. FRENTZEN:  Do you know it?

 3              THE WITNESS:  I can't remember his name, but I know

 4   who it is.  I will provide you the name upon request.  I'll

 5   give you the name, I just can't remember right now what his

 6   name is.

 7              MR. LEUNG:  The last name, Flores, sounds familiar.

 8              THE COURT:  In the demonstrative exhibit list, it

 9   says Juan Flores, I believe.

10              THE WITNESS:  Yeah, that's who it is.

11              MR. SABELLI:  Thank you very much.  Appreciate it.

12              THE COURT:  Go ahead.

13              MR. FRENTZEN:  I'm sorry, Your Honor, I lost track

14   of where we are.

15              THE WITNESS:  I reviewed the photographs.

16   BY MR. FRENTZEN:

17   Q.  Okay, do you recognize those?

18   A.  Yes, I do.

19   Q.  Okay.  And very generally, what do you recognize those to

20   be?

21   A.  It's a set of pages depicting gang members flashing gang

22   signs, gang graffiti, roll calls with monikers -- when I say

23   "roll call," roll call, in a gang culture, is a set of

24   nicknames, the names that get posted up on the wall, gets

25   posted up on the book.  And basically, it's a roll call of the
```

**Molina - Direct / Frentzen**

1   gang.  The person that writes that roll call is tight with his

2   group.

3   *Q.*  So that everybody knows, what page are you referring to

4   there?

5   *A.*  Oh, I'm sorry.

6   *Q.*  In terms of the roll call?

7   *A.*  The roll call would be -- page number would be R, as in

8   Robert, 002149.

9   *Q.*  Otherwise, is it generally photographs?

10  *A.*  They are photographs, basically, the same as before, not

11  the same pictures, but the same type of behavior depicted in

12  the photographs, flashing gang signs with their hands, their

13  arms in locations.

14  *Q.*  And are those photographs that you had seen before today?

15  *A.*  Yes.

16  *Q.*  Are those photographs of assistance to you in forming the

17  opinions that you have expressed here today?

18  *A.*  Yes.

19  *Q.*  Now I'm going to go to Item No. 8, which is Bates range

20  R001925.

21          *MR. GOLDROSEN:*  I think you said you were not going

22  to use number 8.

23          *MR. FRENTZEN:*  Give me a second.

24          Sorry, Your Honor, we're skipping 8.

25          Thank you.

1   *BY MR. FRENTZEN:*

2   *Q.* All right, Sergeant Molina, I'm going to hand you Item 10,

3   which is a large collection with some wide-ranging Bates

4   numbers.  I'm going to try to get through this:

5          Bates ranges R002192 to -2194; R002200 to R002207 --

6   right; R002210 to R002219; photo 00210 to -214; photo 00217 to

7   250; photo 00252 to -268.

8   *BY MR. FRENTZEN:*

9   *Q.* Sergeant Molina, can you take a look at those and see if

10  you recognize what those photos are of.

11  *A.* I do.

12  *Q.* And generally, what are all of those?

13  *A.* Some of them are actually color copies of the previous

14  exhibit that you showed me before.  This is different, I see --

15  *Q.* Generally speaking, do each of those photographs seem to

16  depict different graffiti?

17  *A.* Yes, they do.  I recognize the graffiti.  The -- I

18  recognize the -- the letters or the writing on the graffiti,

19  "MS" in reference to R002192.

20          I recognize the area where this picture was taken,

21  that's the Mission Playground, which is located on Valencia

22  between 19th and 20th on the west side of the street next to

23  Cunningham Alley.

24          I recognize la garra being depicted on the picture,

25  which is the trademark for MS-13.  I recognize the number 20

1    being depicted next to la garra.  20th Street, Locotes,

2    L-o-c-o-t-e-s.

3         I recognize the words "eme ese," it's -- in Spanish

4    that stands for MS, "e-m-e," e-s-e," this is typical writing of

5    MS-13.

6    *Q.*  To move along so we don't go through each of those; I mean,

7    basically, each of the photographs of graffiti in there in your

8    view is indicative of, basically, MS-13 graffiti?

9    *A.*  Yeah.  I would say the majority is, but there are some

10   pictures in here about Norteño graffiti towards the end of the

11   booklet.

12        I don't know if you want the numbers, but those --

13   there are pictures here that also depict Norteño graffiti.

14   *Q.*  So either MS-13 or Norteño graffiti?

15   *A.*  Correct.

16   *Q.*  And are you familiar with those photographs?

17   *A.*  I -- I am.

18   *Q.*  Are those photographs, or that graffiti, were those items

19   that you relied on in forming the opinions that you're

20   expressing here today?

21   *A.*  Yes, they are.

22   *Q.*  I'm going to hand you Item No. 11, which, again, is

23   collections of different Bates numbers, but we're talking about

24   Bates range R0022 -- one moment, Your Honor.  Sorry.

25        Thirty-three to -2241, photo 00 --

```
 1              MR. ROSENBUSH:  Excuse me.  I'm sorry, I missed that

 2    last reference.

 3              MR. FRENTZEN:  R002233 to R002241.

 4              MR. ROSENBUSH:  Thank you.

 5              MR. BERSON:  Which number is this on your list?

 6              MR. FRENTZEN:  11.

 7              MR. BERSON:  Thank you.

 8              MR. FRENTZEN:  Typo.

 9              Photo 00269 to photo 00282; photo 00314 to photo

10    00406; photo 00178 -- I'm sorry, scratch that last reference.

11              Photo 02418 to photo 02472.

12              MR. CANNON:  The first group of photos, did you say

13    R002243 or R002233?

14              MR. FRENTZEN:  Thirty-three.

15    BY MR. FRENTZEN:

16    Q.  Do you want to take a look at No. 11 there and see if you

17    recognize what it is?

18    A.  I do.

19              Is 11 the whole packet or just --

20    Q.  No, the whole deal.

21    A.  Okay.

22    Q.  Do those all generally appear to be photographs of tattoos?

23    A.  Yes, they are.

24    Q.  Okay.

25              And in terms of what types of tattoos are depicted
```

**Molina - Direct / Frentzen**

1   there, generally speaking, are those tattoos that are of

2   significance to you in terms of your investigations of MS-13?

3   *A.*  Yes, they are.

4   *Q.*  Why is that?

5   *A.*  It depicts tattoos that are claimed by the gang.  It has

6   the letters "MS," "MS-13."  It has "eme ese," in Spanish.  It

7   has "la garra," which is the devil's claw.  It has pictures of

8   people that I'm familiar with.

9          It has photographs of gang indicia that are typical

10  of MS-13.  Once again, it's just MS-13 tattoos.

11  *Q.*  Are those items that you had seen prior to today?

12  *A.*  Yes.

13  *Q.*  Are those items that were significant to you in forming --

14  in assisting in the basis of the opinions that you're

15  describing here today?

16  *A.*  Yes, they are.

17  *Q.*  I'd like to show you Item No. 15 on the list, which is

18  CD4-00003 through -45.

19          If you could, Sergeant Molina, take a look at No. 15

20  and see if you recognize No. 15.

21          Do you recognize, generally, what's depicted there

22  in Item No. 15?

23  *A.*  I do.  I recognize the writing, which is typical of MS-13

24  writing.  The areas where the pictures were taken, some of

25  them, not all of them.  The shrine; there is a shrine on page

1    CD400003.  That's -- once again, that is Cunningham Alley and

2    Mission Playground.  That shrine was erected after the killing

3    of Trucho from MS-13 on March 9, 2004.  That was to honor him.

4              I recognize the people, some of the people that were

5    in front of the shrine flashing gang signs, which are typical

6    of MS-13 signs, flashing their gang-related tattoos.

7              And I recognize some of the individuals in these

8    pictures that I'm familiar with, members of MS-13 in

9    San Francisco, 20th Street clique.

10   **Q.**  And those photographs there, Item 15, had you seen those

11   before today?

12   **A.**  Yes.

13   **Q.**  Were those significant to you, and did those assist in

14   forming the basis of your opinions that you are expressing here

15   today?

16   **A.**  Yes.

17   **Q.**  Okay.

18             And now, I read paragraph No. 24, but I don't think

19   I asked you the basis other than the items that we've now gone

20   through.  Could you describe for us the basis of your opinions

21   there in paragraph 24.

22   **A.**  Um, my own observations of the areas where MS-13 hangs out

23   based on my training and experience, talking to other officers

24   that had done gang work in the Mission District, police

25   officers that worked the Mission District, watching

1    documentaries on MS-13, talking to victims and witnesses of

2    gang crimes, and talking to gang members themselves.

3    *Q.*  And that's in addition to all the evidence that you've gone

4    through and sort of reviewed for us; is that right?

5    *A.*  Correct.

6    *Q.*  Paragraph 25:

7            "MS-13 is currently at war with all Norteño cliques

8    in the San Francisco Bay Area and, in particular, with the 22B

9    Norteño clique.  The main reason behind this particular feud is

10   because Marcus Gringo Compos *(phonetic)*, a 22B member, murdered

11   Guillermo Memo Fuentes, then the 20th Street clique leader in

12   2004.

13           "In recent years, MS-13 has chosen the area served

14   by the Ingleside Police District, mostly populated by Norteño

15   gangs, as their hunting ground.  The Ingleside District has

16   experienced a spike in murders, aggravated assaults, and other

17   violent crimes against Norteños, or Latino males who are

18   perceived to be Norteños.

19           "The Norteño gangs claim the 24th Street corridor

20   between Guerrero Street and San Bruno Avenue and the borders of

21   23rd Street to Cesar Chavez.  Historically, most of the Norteño

22   violence against MS-13 has occurred in MS-13 turf, which is the

23   north side of the Mission District."

24           Could you give us -- I'm sorry; need me to go back?

25           *THE INTERPRETER:*  Yes.

1              **MR. FRENTZEN:**  "Historically, most of the Norteño

2     violence against MS-13 has occurred in MS-13 turf, which is the

3     north side of the Mission District."

4     **BY MR. FRENTZEN:**

5     **Q.**  Could you give as a basis for that opinion, sir?

6              **MR. PHILIPSBORN:**  Objection, Your Honor.

7              The first two sentences, as well as the middle

8     sentence, "the Ingleside District has experienced a spike in

9     murders, aggravated assaults, and other violent crimes against

10    Norteños, or Latino males who are perceived to be Norteños,"

11    outside the scope of -- of an expert's opinion.  It's invasive

12    of the jury's prerogative to decide the state of mind.

13             It's not relevant, especially since we are talking

14    about currently at war.  It's 403.  And I would ask that this

15    Court not allow this issue to be inquired into.

16             **THE COURT:**  Mr. Frentzen, what do you say to that?

17    We are not getting into what is currently going on.  This case

18    is frozen in time, 2008 and earlier.

19             And now to start telling the jury about a war

20    between gangs going on right now.  What is the point of that?

21             **MR. FRENTZEN:**  That, Your Honor, I think could be

22    qualified in terms of time.

23    **BY MR. FRENTZEN:**

24    **Q.**  I mean, Sergeant Molina, how long, or for what period of

25    time, to your observation, has there been a feud ongoing

**Molina - Direct / Frentzen**

1    between MS-13 and Norteño cliques in the Bay Area?

2    *A.*  Since reading police reports, MS-13, I was -- in the '90s,

3    when I got to Mission Station, MS-13 was already established in

4    the Mission District.  And they were currently at war with

5    Norteños, I mean, that's an ongoing feud.

6    *Q.*  Was there -- to your observation, was there any change in

7    the intensity of that feud due to the events in 2004?

8    *A.*  Yes.

9    *Q.*  Could you describe that for us, please.

10   *A.*  After the homicide of Memo in June, the violence increased

11   between two specific gangs, 22nd and Bryant and MS-13.

12              *MR. FRENTZEN:*  I don't know if that fixes the timing

13   for the Court.  I recognize there was an objection larger than

14   that, but I just wanted to address the Court's --

15              *THE COURT:*  That helps some on the timing of it, but

16   just think about it for a second:  Here you are, if you were to

17   lay this before the jury exactly that way it's written up here,

18   the implication of it is is that the MS-13 went out and killed

19   a bunch of Norteños in Ingleside District.

20              *MR. FRENTZEN:*  You --

21              *THE COURT:*  Right?  I mean, that's your point.

22              *MR. FRENTZEN:*  I'm trying to work with this, here.

23   And if the Court would hear me out?

24              *THE COURT:*  All right, go ahead.

25              *MR. FRENTZEN:*  Would the Court consider -- I

```
 1   recognize the difficulty with "MS-13 has chosen," or, "in

 2   recent years, MS-13 has chosen":  If we were to strike that

 3   sentence -- in other words, a spike in incidents in -- related

 4   to Norteños is actually a valid observation, that is not an

 5   attribution, necessarily, if that earlier sentence is struck.

 6            I recognize the difficulty with that -- with the

 7   sentence about "in recent years," because it says "has chosen."

 8            THE COURT:  Yes, but there is more -- you are not

 9   coming to grips with the main problem.

10            The main problem is, you basically want to have the

11   following major premise/minor premise conclusion:  You want to

12   have an expert come in and say MS-13 is a bad gang, and they

13   kill people, and never refer, even if, you know, your theory is

14   never refer to an individual defendant.

15            Then you come in, as it turns out with the very same

16   witness wearing a different hat, a percipient witness, saying,

17   ah-hah, I'm going to go down, now, each of the individual

18   members -- defendants are a member of the gang --

19            MR. FRENTZEN:  But the --

20            THE COURT:  And that would be it, you could rest.

21            (Laughter.)

22            MR. FRENTZEN:  The witness is not going to say that

23   last part.

24            THE COURT:  Well, somebody is going to say it.  You

25   would just prove in some manner, that would presumably be easy,
```

**Molina - Direct / Frentzen**

1   to prove that everybody is a member of the gang; therefore,

2   they are a member of a gang that does murders, therefore, they

3   are guilty, end of story.

4           And I don't know, this is a mode of proof that seems

5   quite convenient and very easy to convict anybody because the

6   expert says there has been an increase in murders.

7           **MR. FRENTZEN:** But, Your Honor, I think the point is

8   not -- I recognize what the issue was in Mejia related to this,

9   and I think this is somewhat different.  And respectfully, I

10  understand what the Court's concern is, I think here again

11  today, we are arguing about whether or not this witness has

12  sufficient background --

13          **THE COURT:** All right.

14          **MR. FRENTZEN:** -- to be able to enunciate certain

15  opinions.

16          **THE COURT:** All right, we are going to argue out the

17  broader points later.  And Mr. Philipsborn raised it, and so

18  let's postpone that.

19          I think you're right:  We stick with getting the --

20  this is not the time to start trying to negotiate the wording

21  of this, because I think that would take a long discussion, if

22  it could even be done.  So right now, we are going to stick

23  with the foundation.

24          **MR. FRENTZEN:** I appreciate that, Your Honor.

25          And also, I mean, let me say:  I'm not blind to the

1  concern that Mr. Philipsborn is raising, and I'm not blind to

2  what the Court is now saying, and we are willing to work

3  through that.

4           On the other hand, the fact that we've got a good

5  case I don't think means that we are not entitled to certain --

6  to the admission of certain opinions.  And I'll leave it at

7  that.

8           **THE COURT:**  You may have a great case, I don't know

9  why you would want to goof it up with opinion evidence.  If

10  you've got just a great case, put on the great case instead of

11  putting on an opinion by the police officer that the gang is a

12  bad gang and commits murders.

13           **MR. FRENTZEN:**  Respectfully, that's not the opinion

14  that we are seeking to elicit, but I understand the Court's

15  point.

16           **THE COURT:**  All right.  Let's move on.

17  **BY MR. FRENTZEN:**

18  **Q.**  I think I had finished reading at this point, and I was

19  going to ask you what the basis was for your opinion, sir.

20           **THE COURT:**  Right, that's where we were.

21           **THE WITNESS:**  My observations -- the Ingleside

22  District has experienced a spike in murders.  In 2008, we had

23  seven homicides that have been attributed to members of MS-13

24  gang, allegedly committed by them.  So in a period of

25  March 2008, I would say to the latter part of 2008, we have

**Molina - Direct / Frentzen**

```
 1   investigated seven homicides in a specific small area of our

 2   city, in the Ingleside District.

 3               THE COURT:  Was anybody ever convicted for those

 4   murders?

 5               THE WITNESS:  No -- well, it's all in litigation

 6   right now.

 7               THE COURT:  It's what?

 8               THE WITNESS:  It's all in the Court system.

 9               THE COURT:  Has anyone been charged with those

10   murders?

11               THE WITNESS:  Yes, they have.

12               THE COURT:  Anybody charged over there in our

13   defendant group?

14               THE WITNESS:  It's my understanding that they are.

15               MR. GOLDROSEN:  In this very case, Your Honor.

16               THE COURT:  Other than this case, have they been

17   charged?

18               THE WITNESS:  Yes.

19               THE COURT:  All right.

20               I assume everyone knows more about it than I do.

21               MR. THOMSON:  No, Your Honor, sorry, I do not.

22               THE COURT:  What?

23               MR. THOMSON:  I don't know.

24               THE COURT:  All right, well, there we go.

25               Next question.  Go ahead.
```

1    **BY MR. FRENTZEN:**

2    **Q.** If you could continue with the basis of your opinion, sir.

3    **A.** I talked about the district, mainly, the Ingleside

4    District's populated Latinos, a mixture of ethnicities there.

5    But we don't have a Sureño gang that claims that district, only

6    Norteños. We have 31st Street and E-Mob. So it's easier to go

7    to a rival turf where you know that the only people you cannot

8    confront are enemies, no friendlies to go and retaliate or

9    conduct violence against them.

10           So that is one of the basis also for my opinion,

11   because there is no Sureño gangs that claim that specific turf,

12   only Norteños. So it's easy pickings, you know? If you are a

13   gang member, you go to that area, the only thing you are going

14   to find is Norteños that claim or defend their turf, if they

15   feel there is a rival gang trying to encroach into their turf.

16           And as I said before, the increase in violence in

17   that district, either by committing homicides and vice-versa,

18   also, the increase in violence in Norteños against members of

19   MS-13 that have encroached in that area.

20           We had shootings in that area where members of MS-13

21   were the target. We had aggravated assaults by Norteños

22   against Latin males that were perceived to be members of a

23   Sureño gang that were checked, and the gang culture being

24   "checked" means they check you, they check for tattoos to see

25   if you are a rival gang member. They check your belt to see

1   whether you are wearing the rival gang color.  They check your

2   clothing, your shoes, your pockets to see whether they can find

3   any rival paraphernalia.

4            So we had seen that increase in that specific area.

5   And based on all those factors, I provided this opinion.

6   Q.  Okay.  Paragraph 26:

7            "20th Street clique has become one of the most

8   active gangs in San Francisco.  The gang hunts for rival gang

9   members to bolster their fearsome representation and to

10  intimidate the rivals in the community.  For the same reasons,

11  the gang also seeks to retaliate quickly, commit payback

12  against rival gangs or other adversaries whenever 20th Street

13  members or associates are attacked and/or disrespected, or when

14  20th Street demands are ignored.

15           Can you tell the --

16           MR. GOLDROSEN:  I think we need to include 26 in the

17  objection we made to 25.  It's essentially having the expert,

18  Sergeant Molina, tell the jury --

19           THE COURT:  Well, all right, you don't need to keep

20  making that objection.  That's been made before and implies to

21  the entire statement.  Go ahead, let's get the foundation.

22           MR. FRENTZEN:  Noted, Your Honor.  Thank you.

23  BY MR. FRENTZEN:

24  Q.  Sir, can you tell us the basis for that opinion?

25  A.  Once again, cases that I have investigated or assisted to

1    investigate.  We had a specific shooting in March, where one of

2    the members of MS-13 got shot in their home turf, the Mission

3    Playground.

4            Within hours there was a shooting committed against

5    Norteños on the other side of the district, allegedly by MS-13

6    gang members in the area of 26th and South Van Ness.

7            **THE COURT:**  In March of what year?

8            **THE WITNESS:**  2008.

9            And there was subsequently a double homicide

10   committed within a two-, three-day period.  After that incident

11   where an MS-13 member was shot in the playground, that was

12   another shooting that resulted in a double homicide in the

13   Ingleside District allegedly committed by MS-13.

14           Within 48 hours -- within 24 hours of that shooting

15   a member of MS-13 was caught with a firearm that was used in

16   that double homicide within the City of San Francisco.  So it

17   shows the connection of the violence that is carried by this

18   gang if they were attacked or perceived that the rivals have

19   encroached on their territory.

20   **BY MR. FRENTZEN:**

21   **Q.**  In addition to specific cases or incidents, is there any

22   other basis?

23   **A.**  Talking to other law enforcement officers and sources.

24           **THE COURT:**  May I ask a question about timing here?

25           It's now 3:30 and we need to take a break, but I am

1   not sure, unless we can wind this up in about 30 minutes, I

2   want to just break for the day.  So what's your druthers on

3   that?

4               **MR. FRENTZEN:**  At the --

5               **THE COURT:**  You got about -- looks like about 8 or 9

6   more paragraphs to go.

7               **MR. FRENTZEN:**  That's accurate, Your Honor.

8               At the Court's pleasure.

9               **THE COURT:**  All right, let me say I have asked the

10  clerk, and I -- Mr. Sabelli, we -- here are the time slots I

11  have available on the week starting October 22 -- well, that's

12  a Friday.  Friday, October 22, all day; Monday, October 25,

13  7:30 to 1:00 p.m.; Tuesday, October 26, 7:30 to 1:00 p.m.;

14  Friday, October 29, all day.

15              The only reason I got these is another criminal case

16  that was supposed to be in trial then we had to give a

17  continuance.  So that -- I have more time than usual in that

18  time period, but in the future I don't, it goes back to being

19  booked up completely.  I need to get you to agree to two of

20  those time slots.

21              Now, Mr. Sabelli, I have your commitment, your

22  absolute guaranteed promise that by noon tomorrow you will have

23  worked it out with the Government and everybody else to tell me

24  the two that you want.  And I'll just leave it all in your

25  hands because you promised me a minute ago that you could do

1  that.  But I don't want to hold you to that if you don't think

2  you can do that.

3         **MR. SABELLI:**  Your Honor, when the Court concludes

4  today, Mr. Frentzen and Mr. Leung and counsel who are here --

5  we should have an answer by 4:00.

6         **THE COURT:**  If you don't, I will pick two days and

7  impose it.  But I will give you the chance to work through and

8  see if you can pick out those days that will work for the

9  maximum amount of people.

10         **MR. SABELLI:**  If we don't work it out, I will submit

11  to the Court's authority, Your Honor.

12             **(Laughter.)**

13         **THE COURT:**  A first.

14             **(Laughter.)**

15         **THE COURT:**  I appreciate that.  And I know you will

16  do a good job of working it out.

17         I recommend we adjourn now to resume later on the

18  dates that you all tell me, that Mr. Sabelli tells me will work

19  by 4:00 p.m.; is the Government okay with that?

20         **MR. FRENTZEN:**  Yes, Your Honor.  Thank you.

21         **THE COURT:**  How about all defense counsel, are you

22  okay with that?

23         **MR. THOMSON:**  Yes, Your Honor.

24         **THE COURT:**  So then we will be resuming soon, but it

25  will be at the soonest October 22.  And we still have quite a

1  ways to go on this project, all right?

2          I appreciate all the counsel cooperating.  And we'll

3  see you soon.

4          Anything more today?

5          **MR. SABELLI:**  Your Honor, Mr. Frentzen has just

6  informed me that Mr. Molina is only available on the 22nd of

7  the days that the Court has indicated.

8          **THE COURT:**  Are you really that busy?

9                      **(Laughter.)**

10         **THE WITNESS:**  Your Honor, I have a gang conference

11 that I'm going to from the 20th through the 22nd.

12         **THE COURT:**  Which?

13         **THE WITNESS:**  A gang conference from the 20th

14 through the 22nd.  And then I'm doing a series of presentations

15 on drug prevention the 25th through 28th.

16         **THE COURT:**  Well, look, you are goofing us up here.

17 Can't you accommodate us?  I mean, the Government has

18 designated you as a number one witness.  And look at how many

19 people turn on your schedule.

20         **THE WITNESS:**  I can do the 22nd.  If push comes to

21 shove, I can do the entire Friday.  And I can do the 26th,

22 27th, but I really need the 25th and the 28th.

23         **THE COURT:**  I was talking about the 29th.

24         Is this going to work Mr. Sabelli?  Are you going to

25 be able to get this all together?

1      **MR. SABELLI:**  Yes, Your Honor.

2      **THE COURT:**  Well, why don't you then do the 22nd for

3   this witness.  We come back on the 22nd, and then you pick out

4   one of the other dates that work for your other day.

5      **MR. PHILIPSBORN:**  Your Honor, I just told

6   Mr. Sabelli I'm not available on the 22nd.  I do have an

7   interest in examining this witness briefly after our primary

8   examiner, Mr. Goldrosen.

9      **THE COURT:**  Can't Ms. Raffanti do that?  She is

10   still in the case for the time being.

11      **MR. PHILIPSBORN:**  Your Honor, she is not here.

12      **THE COURT:**  I know she's not here, but if you only

13   have a few questions, you can give them to her and she can do

14   them.

15      **MR. PHILIPSBORN:**  Your Honor, I appreciate the

16   Court's spirit of efficiency, but I think without her having

17   this -- the transcript in hand, it's not really going to work.

18      **THE COURT:**  I am not going to let that stand in the

19   way.  No, she can do that, or you can tell the other counsel to

20   ask those questions.

21      Ms. Raffanti is an esteemed member of the bar of

22   this court; I have no doubt she could ask a short list of

23   questions and do the proper follow-up.  So if you can't be

24   here, then she's got to be here.  But that is just too many

25   other people, Mr. Philipsborn, to accommodate.

1            **MR. PHILIPSBORN:**  Your Honor, I've made the record,

2    and --

3            **THE COURT:**  Thank you for making the record.

4            All right, Mr. Sabelli, can I count on you to get

5    this solved by 4:00 p.m.?

6            **MR. SABELLI:**  Yes, Your Honor.  Mr. McDonnell is

7    outside, and we'll confer with Mr. Molina and Mr. McDonnell,

8    and we should have an answer in a few minutes.

9            **MR. BERSON:**  What time do you want to start?

10           **THE COURT:**  7:30, so we'll get -- you see how

11   much -- we made decent progress today, but we got an early

12   start.  And it's now 3:35, so it's time to adjourn.

13           **MR. THOMSON:**  Will we go to 4:00 or 4:30, or will it

14   be --

15           **THE COURT:**  No, we will go all day.  Except when I

16   say "all day," when we start getting close to 4:00 o'clock -- I

17   would be willing to go a little past 4:00 today if we could

18   finish this direct, but I don't think Mr. Frentzen is going to

19   make it.

20           **MR. THOMSON:**  I was just wondering whether it would

21   be a half or full day.

22           **THE COURT:**  It will be a full day.

23           **MR. THOMSON:**  Thank you.

24           **THE COURT:**  All right, we are going to adjourn at

25   this point.  And I await Mr. Sabelli's report.

1          MR. SABELLI:  Thank you very much, Your Honor.

2          THE COURT:  Have a good day.

3          MR. LEUNG:  Thank you, Your Honor.

4              (Proceedings adjourned at 3:38 p.m.)

5

6                    ---o0o---

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sahar McVickar, C.S.R. No. 12963, RPR
Official Court Reporter, U.S. District Court
(415) 626-6060

## CERTIFICATE OF REPORTER

I, Sahar McVickar, Official Court Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.  The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

/s/ Sahar McVickar
_____

Sahar McVickar, RPR, CSR No. 12963

Tuesday, October 19, 2010

*Sahar McVickar, C.S.R. No. 12963, RPR*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*