CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant IVAN CERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0730 WHA |
| ) | |
| Plaintiff, ) | ~~[PROPOSED~~ ORDER] TO SEAL EXHIBITS IN SUPPORT OF IVAN CERNA'S JOINDER IN SEVERANCE MOTIONS FILED BY CO-DEFENDANTS |
| ) | |
| v. ) | |
| ) | |
| IVAN CERNA et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the exhibits in support of Ivan Cerna's motion to join co-defendants' motions to sever their trials, entitled "Ivan Cerna's Notice of Joinder and Joinder in Severance Motions Filed by Co-defendants," filed as Doc. 2763, shall be sealed until further order of this Court.

**SO ORDERED**.

DATED: December 21, 2010.

_____
The Honorable William H. Alsup

ORDER TO SEAL EXHIBITS IN SUPPORT OF IVAN CERNA'S JOINDER IN SEVERANCE MOTIONS FILED BY CO-DEFENDANTS
No. CR 08-0730 WHA

1