**CHRISTOPHER J. CANNON,** State Bar No. 88034
**RYAN R. DAVIS,** State Bar No. 266330
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorneys for Defendant IVAN CERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0730 WHA |
| ) | |
| Plaintiff, ) | ~~[PROPOSED]~~ **ORDER PERMITTING THE RELEASE OF DISCOVERY TO UNITED STATES PROBATION OFFICER CHRISTINA CARRUBA TO ASSIST HER IN PREPARING THE PRE-SENTENCE REPORT FOR IVAN CERNA** |
| ) | |
| v. ) | |
| ) | |
| IVAN CERNA et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**IT IS HEREBY ORDERED THAT** counsel for Ivan Cerna is permitted to disclose to United States Probation Officer Christina Carruba the discovery materials at the following bates numbers: 000012-000013; R0004-R0006; R0044-R0047; R0050-R0051; R0052-R0054; R0055-R0056; R0069-R0071; R0082-R0084; R0174-R0176; R0567-R0569; R0582-R0584; R001134-R01137; R001139; R001140; R001153; R001179-R001182; R001194-R001195; R001222; R001243-R001244; and CG000139.

Officer Carruba may use this material in preparing the pre-sentence report, but to the extent any of the documents contain material that would identify or locate witnesses,

1

Officer Carruba shall not disclose such protected material and following sentencing in this case shall return the documents to defense counsel.

**SO ORDERED.**

DATED:  February 11, 2011.          _____
                                     WILLIAM H. ALSUP
                                     United States District Court Judge