MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758/7301
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08-CR-0730-WHA |
| v. | STIPULATION AND [PROPOSED] ORDER |
| IVAN CERNA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the United States of America, by Melinda Haag, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, and Ivan Cerna, by his attorney, Christopher Cannon, Esq., that:

    1    Sentencing for Cerna is scheduled for March 29, 2011;

    2.    The Government has requested that sentencing for Cerna be continued for two days, until March 31, 2011, at 12:30 pm;

    3.    Mr. Cannon has consented to the Government's request for a continuance.

1       SO STIPULATED.

2
DATED: March 25, 2011
3
                                          /s/
4                                  Christopher Cannon, Esq.
                                   Counsel for Ivan Cerna
5

6  DATED: March 25, 2011

7                                  MELINDA L. HAAG
                                   United States Attorney
8

9                           By:    /s/
                                   W.S. Wilson Leung
10                                 Assistant United States Attorney

11

12      FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED that sentencing for

13 Ivan Cerna is continued from March 29, 2011, until March 31 2011 at ~~12:30 p.m.~~  7:15 a.m.

14      SO ORDERED.

15

16

17 DATED: March  28 , 2011         _____
                                   HON. WILLIAM ALSUP
18                                 United States District Judge

-2-